IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOUISE AGRE, WILLIAM EWING, FLOYD MONTGOMERY, JOY MONTGOMERY, RAYMAN SOLOMON<br><br>v.<br><br>**THOMAS W. WOLF**, Governor of Pennsylvania, **PEDRO CORTES**, Secretary of State of Pennsylvania**, JONATHAN MARKS**, Commissioner of the Bureau of Elections – in their official capacities | CIVIL ACTION<br><br>NO. 17-4392 |
|---|---|

### PRETRIAL SCHEDULING ORDER

**AND NOW**, this 10th day of October, 2017, following a pretrial Rule 16 conference for scheduling purposes, the Court after consultation with counsel at a hearing this date, **ORDERS**:

1. Defendants, Wolf, Cortes and Marks ("Executive Branch Defendants") will answer, move or otherwise respond to the Complaint by October 24, 2017.

2. Proposed Intervenors, Scarnati and Turzai ("Legislative Defendants"), shall file their Motion to Intervene, together with a pleading responsive to the Complaint, or a Motion to Dismiss, together with a Motion to Stay Proceedings, and supporting memoranda, by October 24, 2017.

3. Plaintiffs shall serve written discovery, first set of document requests, interrogatories and requests for admissions by October 13, 2017. Objections must be served by October 20, 2017 and must be specific in nature. Counsel shall meet and confer about objections no later than October 25, 2017 and shall file any motion to compel by October 30, 2017. If a motion to compel is filed, the response is due by November 3, 2017.

4. Plaintiffs shall reply to any motion filed by the Legislative Defendants, or the

Executive Defendants, by October 31, 2017. A reply brief limited to 10 pages may be filed by November 3, 2017.

5. On Tuesday, November 7, 2017 at 10:00 a.m., the Court will have a further pretrial hearing and argument on any pending motions, and will also discuss the progress of pretrial discovery and set further deadlines. Counsel shall discuss proposed depositions prior to this hearing and attempt to reach agreement.

6. Plaintiff shall serve expert reports by October 24, 2017. Defendants may take depositions of Plaintiffs' experts at any time thereafter. Defendants' expert reports shall be served by November 22, 2017. Plaintiffs may take depositions of Defendants' experts anytime thereafter, and prior to trial.

7. The Court tentatively sets Monday, December 4, 2017 at 10:00 a.m. for any further pretrial motions such as motions in limine, or need for any hearings under Evidence Rule 104. The trial will begin on Tuesday, December 5, 2017 at 10:00 a.m. in Courtroom 3A.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-4392 Agre v Wolf\17cv4392 Pretrial Scheduling Order 10102017.docx