IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Louis Agre, William Ewing,
Floyd Montgomery, Joy Montgomery,
and Rayman Solomon,
      Plaintiffs,


          v.                            Civil Action No. 2:17-cv-04392

Thomas W. Wolf, Governor of Pennsylvania,
Pedro Cortes, Secretary of State of
Pennsylvania, and Jonathan Marks,
Commissioner of the Bureau of Elections,
in their official capacities,
      Defendants

_____

On Application to Convene a Three Judge District Court
_____

Present:    D. Brooks Smith, *Chief Judge*

    Section 2284 of Title 28 United States Code authorizes the convening of a Three Judge District Court when an action challenges the constitutionality of the apportionment of congressional districts.

    The complaint in this case challenges the constitutionality of the apportionment of congressional districts in Pennsylvania. Pursuant to 28 U.S.C. § 2284, this action must be heard and determined before a district court of three judges.

    Accordingly, I hereby designate a Three Judge District Court pursuant to 28 U.S.C. § 2284 as follows:

                D. Brooks Smith, *Chief Judge*
                Patty Shwartz, *Circuit Judge*
           Michael M. Baylson, *District Judge*

to hear and determine this cause in accordance with the law. Chief Judge D. Brooks Smith shall preside.

    The Clerk of the District Court shall process this Order forthwith.

                          By the Court,

                          s/D. Brooks Smith
                          Chief Judge, United States Court
                          of Appeals for the Third Circuit

Date: