## UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF PENNSYLVANIA*
*3810 United States Courthouse*
*Sixth and Market Streets*
*Philadelphia, Pennsylvania 19106-1741*
*E-mail: Chambers_of_Judge__Michael_Baylson@paed.uscourts.gov*

*Chambers of*
*Michael M. Baylson*
*United States District Judge*

*Telephone (267) 299-7520*
*Fax (267) 299-5078*

October 23, 2017

Via Email – awballard@awballard.com

Alice W. Ballard, Esquire
Law Office of Alice W. Ballard, PC
123 S. Broad St Suite 2135
Philadelphia, PA 19109

FILED

OCT 23 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

> **RE:** **Agre, et al. v. Wolf, et al.**
> **EDPA Civil Action No. 17-4392**

Dear Ms. Ballard:

This letter is to direct that you should notify all other counsel that if they have an objection to the Plaintiffs' Motion for An Amended to Pre-Trial Scheduled to Extend the Deadline for Their Expert Report (ECF 39) filed on Friday, that any such objection shall be made by letter to the Court no later than 4:00 p.m. today, Monday, October 23, 2017.

Thank you for your prompt attention to this matter.

Sincerely,

Michael M. Baylson
United States District Court Judge

MMB/lkd
DICTATED BUT NOT READ

cc:   Counsel of record (per CM/ECF docket)