IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:17-4392__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Marc Erik Elias__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 06/03/1994 | 442007 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Proposed Plaintiff-Intervenors Barbara Diamond, Steven Diamond, Nancy Chiswick, William Cole, Ronald Fairman, Colleen Guiney, Gillian Kratzer, Deborah Noel, Margaret Swoboda, Susan Wood, and Pamela Zidik

(Applicant's Signature)

11/02/2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Perkins Coie LLP 700 13th Street NW Suite 600 Washington, D.C. 20005

Sworn and subscribed before me this

_1_ Day of __Nov__, 20_17_

_____
Notary Public

10/04

## MARC ERIK ELIAS

## BAR ADMISSIONS

| Jurisdiction | Date Admitted | Bar Number | Status With Bar Or Court |
|---|---|---|---|
| District of Columbia | 6/30/94 | 442007 | Active |
| U.S. Supreme Court | 2/23/09 | 270360 | Active |
| U.S. Court of Appeals - D.C. Circuit | 1/4/95 | No Bar Number | Active |
| U.S. Court of Appeals -3rd Circuit | 3/15/2010 | No Bar Number | Active |
| U.S. Court of Appeals - 4th Circuit | 8/19/14 | No Bar Number | Active |
| U.S. Court of Appeals - 5th Circuit | 8/26/11 | No Bar Number | Active |
| U.S. Court of Appeals - 9th Circuit | 9/27/16 | No Bar Number | Active |
| U.S. Court of Appeals - 10th Circuit | 6/17/99 | No Bar Number | Active |
| U.S. District Court for the District of Columbia | 1/9/95 | No Bar Number | Active |
| U.S. District Court for the Northern District of Florida | November 2015 | No Bar Number | Active |
| U.S. District Court for the Eastern District of Michigan | 6/2/95 | No Bar Number | Active |
| U.S. District Court for the Western District of Wisconsin | 5/10/15 | No Bar Number | Active |
| 11th Circuit Court of Appeals | 9/26/17 | | Active |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Marc Erik Elias____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Adam C. Bonin | *[signature]* | 01/05/1998 | 80929 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Law Office of Adam C. Bonin 30 South 15th Street 15th Floor

Philadelphia, PA 19102   267-242-5014

Sworn and subscribed before me this

6 Day of NOV , 2017

*[signature] Rachel E Doran*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RACHEL E DORAN
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Mar 4, 2019

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Louise Agre, et al.
    Plaintiffs
       and
Barbara Diamond, et al.
    Proposed Plaintiff-Intervenors
       v.
Thomas W. Wolf, et al.
    Defendants
       and
Michael C. Turzai, et al.
    Defendant-Intervenors

: CIVIL ACTION
:
:
:
:
: NO. 2:17-4392
:

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Marc Erik Elias</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Louise Agre, et al.
   Plaintiffs
      and : CIVIL ACTION
Barbara Diamond, et al.
   Proposed Plaintiff-Intervenors
      V.
Thomas W. Wolf, et al.
   Defendants : NO. 2:17-4392
      and
Michael C. Turzai, et al.
   Defendant-Intervenors

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Marc Erik Elias** Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Electronic filing

_____
Signature of Attorney
Adam C. Bonin
Name of Attorney

Diamond et al.
Name of Moving Party

11·6·17
Date