IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS AGRE, WILLIAM EWING, FLOYD MONTGOMERY, JOY MONTGOMERY, RAYMAN SOLOMAN,<br>    Plaintiffs,<br><br>v.<br><br>THOMAS W. WOLF, Governor of Pennsylvania, PEDRO CORTES, Secretary of State of Pennsylvania, JONATHAN MARKS, Commissioner of the Bureau of Elections—in their official capacities,<br>    Defendants. | 2:17-CV-04392 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Robert Torres, in his official capacity as Acting Secretary of State, and Jonathan Marks, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation of the Pennsylvania Department of State.

                                      Respectfully submitted,

By:    */s/ Kathleen M. Kotula*
           KATHLEEN M. KOTULA
           Deputy Chief Counsel
           PA I.D. No. 86321
           Pennsylvania Department of State
           306 North Office Building
           Harrisburg, PA 17120
           Tel: 717-783-0736
           Fax: 717-214-9899
           Email: kkotula@pa.gov

DATE:  November 14, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS AGRE, WILLIAM EWING, FLOYD MONTGOMERY, JOY MONTGOMERY, RAYMAN SOLOMAN,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THOMAS W. WOLF, Governor of Pennsylvania, PEDRO CORTES, Secretary of State of Pennsylvania, JONATHAN MARKS, Commissioner of the Bureau of Elections—in their official capacities,<br>　　　　　　　Defendants. | 2:17-CV-04392 |

**CERTIFICATE OF SERVICE**

I, Kathleen M. Kotula, hereby certify that on November 14, 2017, I served this *Entry of Appearance* by Notice of Docket Activity sent automatically by CM/ECF on all counsel and parties of record.

　　　　　　　　　　　　　　　　By:　*/s/ Kathleen M. Kotula*
　　　　　　　　　　　　　　　　　　　Kathleen M. Kotula