IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS AGRE, WILLIAM EWING, FLOYD MONTGOMERY, JOY MONTGOMERY, RAYMAN SOLOMON**<br><br>v.<br><br>**THOMAS W. WOLF**, Governor of Pennsylvania, **PEDRO CORTES**, Secretary of State of Pennsylvania, **JONATHAN MARKS**, Commissioner of the Bureau of Elections – in their official capacities | **CIVIL ACTION**<br><br>**NO. 17-4392** |

## PROCEDURAL ORDER

**BEFORE:  Smith, Chief Circuit Judge; Shwartz, Circuit Judge; Baylson, District Judge:**

1. Assuming Plaintiffs file an Amended Complaint by November 17, 2017, the Court directs that both the executive defendants and the legislative-intervenors must answer, plead or otherwise move by November 22, 2017.  If a Motion to Dismiss is filed, responsive briefs must be filed by November 27, 2017.  All briefs are limited to ten (10) pages each.  Because the briefs are to contain all of the arguments that the parties want the Court to consider, the parties may not incorporate by reference arguments made in earlier briefs.

2. Stipulated Facts.  The Court will require each party to serve on every other party proposed stipulated facts by November 17, 2017.  Each party shall serve its responses to the proposed stipulated facts by November 24, 2017.  No later than November 29, 2017 at noon, the parties shall file a statement of those facts which have been stipulated to, and separately, shall file a statement of proposed facts that have not been the subject of a stipulation, which the Court will treat as requests for findings of fact.

3. The parties will be given leave, after the trial, to promptly revise and expand their proposed findings of fact.

4. The Court will not require proposed conclusions of law prior to the trial.

5. Motions in limine must be filed by November 20, 2017 and responses are due by November 29, 2017.  All in limine motions shall be supported by a single brief that does not exceed fifteen (15) pages.

6. Counsel shall order trial transcripts to be available by e-mail, or otherwise, by close of business on December 8, 2017 (except for any proceedings on December 8, 2017, which shall be available by close of business on December 11, 2017).  Costs shall paid 1/3 plaintiffs, 1/3 defendants, 1/3 intervenor-defendants.

7. All communications with the Court shall be filed on the docket.  Faxes and emails to Chambers will not be permitted without express permission from the Court.

8. Deadline for filing and service shall be 3:00 p.m. on the date specified.

**BY THE COURT:**

**11/13/2017**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-4392 Agre v Wolf\17cv4392 Procedural order.docx