APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS AGRE, et al. | : | CIVIL ACTION |
| v. | : | |
| THOMAS W. WOLF, et al. | : | NO. 2:17-cv-4392 |

**FILED**
NOV 17 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 17th Day of November, 2017, it is hereby

ORDERED that the application of Ashton R. Lattimore, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Michael M. Baylson_ sue
_____
J.