IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Louis Agre** *et al.*, | : | |
| Plaintiffs, | : | Civil Action No. 2:17-cv-4392 |
| v. | : | |
| **Thomas W. Wolf** *et al.*, | : | |
| Defendants. | : | |

## LEGISLATIVE DEFENDANTS' SUPPLEMENT TO THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

Legislative Defendants submit this Supplement to their Motion to Dismiss the Amended Complaint filed on November 22, 2017 (ECF No. 108). On November 7, 2017, the Court granted Plaintiffs "leave to amend their Complaint to add one voter from each Congressional district in the Commonwealth of Pennsylvania, also by November 17, 2017." (ECF No. 74).[1] On November 17, 2017, Plaintiffs filed their Amended Complaint. (ECF No. 88). Plaintiff Edwin Gragert is the only Plaintiff identified in the Amended Complaint who allegedly lives in the 10th Congressional District. (ECF No. 88).

On November 22, 2017, the Court entered an Order requiring every Plaintiff to appear for a deposition to testify regarding, among other things, the "harm" they have suffered as a result of the 2011 Plan. (ECF 112). That day, Legislative Defendants filed a Motion to Dismiss the Amended Complaint. (ECF No. 108).

---

[1] The Court's Order implicitly recognized that, to have standing to challenge Pennsylvania's 2011 Congressional District Map (the "2011 Plan") on a statewide basis, Plaintiffs would need to allege that a Plaintiff living in every Congressional District suffered harm as a result of the enactment of the 2011 Plan. (ECF No. 83 at 4).

On November 24, 2017, Plaintiffs for the first time disclosed to Legislative Defendants that Mr. Gragert will be traveling abroad at least until December 8, 2017 and that he will only be available for a deposition via Skype from Argentina. But, under the Hague Convention, Argentina does not allow voluntary depositions to take place in Argentinian territory absent permission. *See* https://travel.state.gov/content/travel/en/legalconsiderations/judicial/country/argentina.html ("The taking of voluntary depositions of willing witnesses outside of making a formal request under the Hague Evidence Convention is not permitted in Argentina, regardless of the nationality of the witness.") (emphasis added). Because there is insufficient time for any party to make a formal request to depose Mr. Gragert in Argentina, a deposition of Mr. Gragert would necessarily violate international and Argentinian law.

Mr. Gragert is therefore not be available for his Court-Ordered deposition.[2] As such, the Amended Complaint should be dismissed as to Mr. Gragert for lack of standing because he cannot demonstrate that he has suffered individualized harm, or otherwise provide his Court-Ordered testimony. And, because Mr. Gragert is the only Plaintiff who lives in the 10th Congressional District, Plaintiffs do not have standing to challenge the 2011 Plan on a statewide basis. For this reason, and the other reasons set forth in the Motion to be Dismiss (ECF No. 108), Plaintiffs' Amended Complaint should be dismissed.

---

[2] Given Mr. Gragert's anticipated return date, it is also unlikely that he will be available for trial.

Dated: November 27, 2017            Respectfully submitted,

| **BLANK ROME LLP** | **CIPRIANI & WERNER PC** |
|---|---|
| */s/ Brian S. Paszamant*<br>BRIAN S. PASZAMANT<br>JASON A. SNYDERMAN<br>JOHN P. WIXTED<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, Pennsylvania 19103<br>Phone: 215-569-5791<br>Facsimile: 215-832-5791<br>Email: Paszamant@blankrome.com<br>Snyderman@blankrome.com<br>JWixted@blankrome.com<br><br>*Attorneys for Legislative Defendant Senator Joseph B. Scarnati, III* | */s/ Kathleen Gallagher*<br>KATHLEEN GALLAGHER<br>CAROLYN BATZ MCGEE<br>650 Washington Road, Suite 700<br>Pittsburgh, Pennsylvania 15228<br>Phone: 412-563-4978<br>Email: KGallagher@c-wlaw.com<br>CMcgee@c-wlaw.com<br><br>*Attorneys for Legislative Defendant Representative Michael C. Turzai* |

**HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC**

*/s/ Jason Torchinsky*
JASON TORCHINSKY (admitted *Pro Hac Vice*)
SHAWN SHEEHY (admitted *Pro Hac Vice*)
45 North Hill Drive, Suite 100
Warrenton, Virginia 20186
Phone: 540-341-8808
Facsimile: 540-341-8809
Email: JTorchinsky@hvjt.law
ssheehy@hvjt.law

*Attorneys for Legislative Defendants Senator Joseph B. Scarnati, III and Representative Michael C. Turzai*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 27, 2017, the foregoing was served upon the following Counsel of Record via the Court's ECF system:

Alice W. Ballard, Esquire
Law Office of Alice W. Ballard, PC
123 S. Broad Street, Suite 2135
Philadelphia, Pennsylvania 19109
*Attorneys for Plaintiffs*

Lisa A. Mathewson, Esquire
The Law Offices of Lisa A. Mathewson LLC
123 S. Broad Street, Suite 810
Philadelphia, PA 19109
*Attorney for Plaintiffs*

Michael Persoon, Esquire
Sean Morales-Doyle, Esquire
Thomas H. Geoghegan, Esquire
Despres Schwartz & Geoghegan, Ltd.
77 W. Washington Street, Suite 711
Chicago, Illinois 60602
*Attorneys for Plaintiffs*

Brian A. Gordon, Esquire
Gordon & Ashworth PC
One Belmont Avenue, Suite 519
Bala Cynwyd, Pennsylvania 19004
*Attorneys for Plaintiffs*

Virginia L. Hardwick, Esquire
Hardwick Benfer, LLC
179 North Broad Street
Doylestown, Pennsylvania 18901
*Attorneys for Plaintiffs*

Garen Meguerian, Esquire
201 Industrial Boulevard, Suite 201
Paoli, Pennsylvania 19301
*Attorneys for Plaintiffs*

Timothy E. Gates, Esquire
Pennsylvania Department of State
Office of Chief Counsel

306 North Office Building
Harrisburg, Pennsylvania 17120
*Attorneys for Defendant, Pedro Cortes, Secretary of State of Pennsylvania*

Ashton R. Lattimore, Esquire
Mark A. Aronchick, Esquire
Claudia DePalma, Esquire
Michele D. Hangley, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
*Attorneys for Defendants, Thomas W. Wolf, Governor of Pennsylvania; Pedro A. Cortés, Secretary of State of Pennsylvania; and Jonathan M. Marks, Commissioner for the Bureau of Commissions, Elections, and Legislation, in their official capacities*

Gregory George Schwab, Esquire
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania 17101
*Attorneys for Defendant, Governor Thomas Wolf*

Dated:  November 27, 2017          */s/  Brian S. Paszamant*
                                   BRIAN S. PASZAMANT