IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS AGRE, *et al.* | : | |
| | : | Civil Action |
| v. | | |
| | : | No. 2:17-cv-4392 |
| THOMAS W. WOLFE, *et al.* | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as co-counsel for Plaintiffs.

                            s/ Elliot B. Platt
                            ELLIOT B. PLATT
                            Attorney at Law

                            1500 John F. Kennedy Blvd., Suite 1930
                            Philadelphia, PA 19102
                            PA ID No. 13309
                            215-564-5551
                            ebplatt@att.net

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been filed electronically and is available for viewing and downloading from the ECF system.

Date:  November 27, 2017                          ___s/ Elliot B. Platt_____
                                                                        ELLIOT B. PLATT
                                                                        Attorney for Plaintiff