# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS AGRE, *et al.*, | : |
|                   *Plaintiffs,* | :  CIVIL ACTION |
| v. | : |
| THOMAS W. WOLF, Governor of Pennsylvania, in his official capacity, *et al.*, | :  No. 2:17-cv-4392 |
|                   *Defendants.* | : |

## **EXECUTIVE BRANCH DEFENDANTS' NOTICE REGARDING DISPUTED FACTS**

Defendants Governor Thomas W. Wolf, Acting Secretary of the Commonwealth Robert Torres, and Commissioner Jonathan Marks, in their official capacities (together, the "Executive Branch Defendants") do not propose any additional facts which have not been the subject of a stipulation, pursuant to paragraph 2 of the Court's Procedural Order of November 13, 2017, ECF No. 81, because all of Executive Branch Defendants' proposed facts have been stipulated to by all parties.

                                              Respectfully submitted,

                                              HANGLEY ARONCHICK SEGAL
                                              PUDLIN & SCHILLER

Dated: November 29, 2017          By: /s/ Michele D. Hangley
                                                    Mark A. Aronchick
                                                    Michele D. Hangley
                                                    Claudia De Palma
                                                    Ashton R. Lattimore (*pro hac vice*)
                                                     One Logan Square, 27th Floor
                                                     Philadelphia, PA 19103
                                                   (215) 568-6200

- 2 -

*Attorneys for Defendants Thomas W. Wolf, Governor of Pennsylvania; Robert Torres, Acting Secretary of the Commonwealth; and Jonathan Marks, Commissioner for the Bureau of Commissions, Elections, and Legislation, in their official capacities*

Gregory G. Schwab
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101

*Attorney for Defendant
Governor Thomas Wolf*

Timothy E. Gates
Kathleen M. Kotula
Pennsylvania Department of State
Office of Chief Counsel
306 North Office Building
Harrisburg, PA  17120

*Attorneys for Defendants
Acting Secretary of the Commonwealth
Robert Torres and Commissioner Jonathan Marks*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I caused a true and correct copy of the foregoing Notice to be electronically filed pursuant to the court's electronic court filing system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

/s/ Michele D. Hangley
Michele D. Hangley