# EXHIBIT A

## THE GENERAL ASSEMBLY OF PENNSYLVANIA

# SENATE BILL

## No. 1249 Session of 2011

INTRODUCED BY PILEGGI, SCARNATI AND McILHINNEY,
    SEPTEMBER 14, 2011

REFERRED TO STATE GOVERNMENT, SEPTEMBER 14, 2011

AN ACT

1   Apportioning this Commonwealth into congressional districts in
2       conformity with constitutional requirements; providing for
3       the nomination and election of Congressmen; and requiring
4       publication of notice of the establishment of congressional
5       districts following the Federal decennial census.

6       The General Assembly of the Commonwealth of Pennsylvania

7   hereby enacts as follows:

8                           CHAPTER 1

9                       PRELIMINARY PROVISIONS

10  Section 101.  Short title.

11      This act shall be known and may be cited as the Congressional

12  Redistricting Act of 2011.

13  Section 102.  Definitions.

14      The following words and phrases when used in this act shall

15  have the meanings given to them in this section unless the

16  context clearly indicates otherwise:

17      "Secretary."  The Secretary of the Commonwealth.

18                          CHAPTER 3

19              ESTABLISHMENT OF CONGRESSIONAL DISTRICTS

1  Section 301.  Congressional districts.

2      For the purpose of electing representatives of the people of

3  Pennsylvania to serve in the House of Representatives in the

4  Congress of the United States, this Commonwealth shall be

5  divided into 18 districts which shall have one Congressman each,

6  as follows:

7          (1)  The First District is composed of a portion of this

8      Commonwealth.

9          (2)  The Second District is composed of a portion of this

10     Commonwealth.

11         (3)  The Third District is composed of a portion of this

12     Commonwealth.

13         (4)  The Fourth District is composed of a portion of this

14     Commonwealth.

15         (5)  The Fifth District is composed of a portion of this

16     Commonwealth.

17         (6)  The Sixth District is composed of a portion of this

18     Commonwealth.

19         (7)  The Seventh District is composed of a portion of

20     this Commonwealth.

21         (8)  The Eighth District is composed of a portion of this

22     Commonwealth.

23         (9)  The Ninth District is composed of a portion of this

24     Commonwealth.

25         (10)  The Tenth District is composed of a portion of this

26     Commonwealth.

27         (11)  The Eleventh District is composed of a portion of

28     this Commonwealth.

29         (12)  The Twelfth District is composed of a portion of

30     this Commonwealth.

1    (13)  The Thirteenth District is composed of a portion of
2    this Commonwealth.
3    (14)  The Fourteenth District is composed of a portion of
4    this Commonwealth.
5    (15)  The Fifteenth District is composed of a portion of
6    this Commonwealth.
7    (16)  The Sixteenth District is composed of a portion of
8    this Commonwealth.
9    (17)  The Seventeenth District is composed of a portion
10   of this Commonwealth.
11   (18)  The Eighteenth District is composed of a portion of
12   this Commonwealth.
13  Section 302.  Current officeholders and vacancies.
14   (a)  Current officeholders.--The members of Congress now in
15  office shall continue in the office until the expiration of
16  their respective terms.
17   (b)  Vacancies.--Vacancies now existing or happening after
18  the passage of this chapter and before the commencement of the
19  terms of the members elected at the election of 2012 shall be
20  filled for the unexpired terms from the districts established
21  under section 301.
22  Section 303.  Missed political subdivision.
23   In the event any political subdivision or part thereof should
24  be omitted in the description of the congressional districts,
25  the political subdivision or part thereof shall be included as a
26  part of the congressional district which completely surrounds
27  it. Should any omitted political subdivision or part thereof be
28  not completely surrounded by one congressional district, it
29  shall become a part of that congressional district to which it
30  is contiguous, or if there are two or more such contiguous

1  districts, it shall become a part of that congressional district
2  contiguous thereto which has the least population.
3  Section 304.  Duty to publish notice of redistricting.
4     The secretary shall publish notice of the congressional
5  districts as established at least once in at least one newspaper
6  of general circulation in each county in which such newspapers
7  are published. The notice shall contain legal descriptions for
8  all congressional districts in the county in which the
9  publication is made. The notice shall also state the population
10 of the districts having the smallest and largest populations and
11 the percentage variation of such districts from the average
12 population for congressional districts.
13                          CHAPTER 15
14                    MISCELLANEOUS PROVISIONS
15 Section 1510.  Effective date.
16    This act shall take effect immediately.

# EXHIBIT B

## THE GENERAL ASSEMBLY OF PENNSYLVANIA

# SENATE BILL

## No. 1249 Session of 2011

INTRODUCED BY PILEGGI, SCARNATI AND McILHINNEY,
    SEPTEMBER 14, 2011

SENATOR McILHINNEY, STATE GOVERNMENT, AS AMENDED, DECEMBER 14,
    2011

### AN ACT

1  Apportioning this Commonwealth into congressional districts in
2      conformity with constitutional requirements; providing for
3      the nomination and election of Congressmen; and requiring
4      publication of notice of the establishment of congressional
5      districts following the Federal decennial census.

6      The General Assembly of the Commonwealth of Pennsylvania

7  hereby enacts as follows:

8                          CHAPTER 1

9                     PRELIMINARY PROVISIONS

10 Section 101.  Short title.

11     This act shall be known and may be cited as the Congressional

12 Redistricting Act of 2011.

13 Section 102.  Definitions.

14     The following words and phrases when used in this act shall

15 have the meanings given to them in this section unless the

16 context clearly indicates otherwise:

17     "Secretary."  The Secretary of the Commonwealth.

18                          CHAPTER 3

19              ESTABLISHMENT OF CONGRESSIONAL DISTRICTS

Section 301.  Congressional districts.

For the purpose of electing representatives of the people of
Pennsylvania to serve in the House of Representatives in the
Congress of the United States, this Commonwealth shall be
divided into 18 districts which shall have one Congressman each,
as follows:

~~(1)  The First District is composed of a portion of this~~  ←
~~Commonwealth.~~

~~(2)  The Second District is composed of a portion of this~~
~~Commonwealth.~~

~~(3)  The Third District is composed of a portion of this~~
~~Commonwealth.~~

~~(4)  The Fourth District is composed of a portion of this~~
~~Commonwealth.~~

~~(5)  The Fifth District is composed of a portion of this~~
~~Commonwealth.~~

~~(6)  The Sixth District is composed of a portion of this~~
~~Commonwealth.~~

~~(7)  The Seventh District is composed of a portion of~~
~~this Commonwealth.~~

~~(8)  The Eighth District is composed of a portion of this~~
~~Commonwealth.~~

~~(9)  The Ninth District is composed of a portion of this~~
~~Commonwealth.~~

~~(10)  The Tenth District is composed of a portion of this~~
~~Commonwealth.~~

~~(11)  The Eleventh District is composed of a portion of~~
~~this Commonwealth.~~

~~(12)  The Twelfth District is composed of a portion of~~
~~this Commonwealth.~~

1    (13)  The Thirteenth District is composed of a portion of
2    this Commonwealth.
3    (14)  The Fourteenth District is composed of a portion of
4    this Commonwealth.
5    (15)  The Fifteenth District is composed of a portion of
6    this Commonwealth.
7    (16)  The Sixteenth District is composed of a portion of
8    this Commonwealth.
9    (17)  The Seventeenth District is composed of a portion
10   of this Commonwealth.
11   (18)  The Eighteenth District is composed of a portion of
12   this Commonwealth.
13   (1)  THE FIRST DISTRICT IS COMPOSED OF PART OF DELAWARE    ←
14   COUNTY CONSISTING OF THE CITY OF CHESTER PART, WARDS 01 PART,
15   DIVISIONS 01, 02, 04, 05 AND 08, 02, 03, 04, 05, 06, 07, 08,
16   09, 10 AND 11 AND THE TOWNSHIPS OF CHESTER, DARBY PART, WARDS
17   01, 02 AND 03 PART, DIVISION 01, NETHER PROVIDENCE, RIDLEY
18   PART, WARD 01 PART, DIVISION 02, TINICUM PART, WARDS 01, 02
19   AND 04 AND UPPER DARBY PART, DISTRICTS 02 PART, DIVISION 01,
20   04, 05 PART, DIVISIONS 01, 02 AND 05, 06 AND 07 AND THE
21   BOROUGHS OF COLLINGDALE, COLWYN, DARBY, EAST LANSDOWNE,
22   EDDYSTONE, FOLCROFT, GLENOLDEN PART, PRECINCTS 02, 03, 04 AND
23   05, LANSDOWNE, MILLBOURNE, ROSE VALLEY, SHARON HILL,
24   SWARTHMORE, UPLAND AND YEADON AND PART OF PHILADELPHIA COUNTY
25   CONSISTING OF THE CITY OF PHILADELPHIA PART, WARDS 01, 02,
26   03, 05, 07, 14, 15 PART, DIVISIONS 01, 02, 03, 04, 05, 06,
27   07, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18 AND 19, 18, 19, 20
28   PART, DIVISIONS 01, 02, 03, 04, 05, 06, 08, 10 AND 11, 25,
29   26, 31, 33, 34, 37 PART, DIVISIONS 17, 18, 19 AND 20, 39, 40,
30   41, 45, 47 PART, DIVISION 01, 54 PART, DIVISIONS 03, 14, 15,

```
1   16, 19, 20 AND 21, 55 PART, DIVISIONS 01, 02, 03, 04, 05, 06,
2   07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
3   22, 23, 25, 26, 27, 28 AND 29, 57 PART, DIVISION 18, 62 PART,
4   DIVISIONS 01, 02, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14,
5   15, 16, 17, 18, 19, 21, 22, 23, 24, 25 AND 26, 64 PART,
6   DIVISION 12 AND 65.
7       (2)  THE SECOND DISTRICT IS COMPOSED OF PART OF
8   MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIP OF LOWER MERION
9   PART, WARDS 01, 02 PART, DIVISIONS 01, 02 ALL BLOCKS EXCEPT
10  1000, 1001, 1002 AND 1021 OF TRACT 204800 AND 03, 03, 04, 05,
11  06, 07, 08, 09, 10, 11, 12, 13 AND 14 AND THE BOROUGH OF
12  NARBERTH AND PART OF PHILADELPHIA COUNTY CONSISTING OF THE
13  CITY OF PHILADELPHIA PART, WARDS 04, 06, 08, 09, 10, 11, 12,
14  13, 15 PART, DIVISION 15, 16, 17, 20 PART, DIVISIONS 07 AND
15  09, 21, 22, 24, 27, 28, 29, 30, 32, 36, 37 PART, DIVISIONS
16  01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15,
17  16 AND 21, 38, 43, 44, 46, 47 PART, DIVISIONS 02, 03, 04, 05,
18  06, 07, 08, 09, 10, 11, 12, 13 AND 14, 48, 49, 50, 51, 52,
19  59, 60 AND 61 PART, DIVISIONS 01, 02, 06, 07, 17, 21, 22, 23
20  AND 24.
21      (3)  THE THIRD DISTRICT IS COMPOSED OF ALL OF ARMSTRONG
22  COUNTY; ALL OF BUTLER COUNTY; PART OF CLARION COUNTY
23  CONSISTING OF THE TOWNSHIPS OF BRADY, LICKING, MADISON,
24  MONROE, PERRY, PINEY ALL BLOCKS EXCEPT 3000, 3001, 3002,
25  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3013, 3014,
26  3015, 3021, 3024, 3026, 3030, 3031, 3032, 3037, 3038, 3039,
27  3044, 3046, 3056, 3136 AND 3137 OF TRACT 160500, PORTER,
28  REDBANK AND TOBY AND THE BOROUGHS OF CALLENSBURG, EAST BRADY,
29  HAWTHORN, NEW BETHLEHEM, RIMERSBURG AND SLIGO; PART OF
30  CRAWFORD COUNTY CONSISTING OF THE CITY OF MEADVILLE AND THE
```

1  TOWNSHIPS OF ATHENS, BEAVER, BLOOMFIELD, CAMBRIDGE, CONNEAUT,
2  CUSSEWAGO, EAST FAIRFIELD, EAST FALLOWFIELD, EAST MEAD,
3  FAIRFIELD, GREENWOOD, HAYFIELD, NORTH SHENANGO, OIL CREEK,
4  PINE, RANDOLPH, RICHMOND, ROCKDALE, ROME, SADSBURY, SOUTH
5  SHENANGO, SPARTA, SPRING, STEUBEN, SUMMERHILL, SUMMIT, TROY,
6  UNION, VENANGO, VERNON, WAYNE, WEST FALLOWFIELD, WEST MEAD,
7  WEST SHENANGO AND WOODCOCK AND THE BOROUGHS OF BLOOMING
8  VALLEY, CAMBRIDGE SPRINGS, CENTERVILLE, COCHRANTON, CONNEAUT
9  LAKE, CONNEAUTVILLE, HYDETOWN, LINESVILLE, SAEGERTOWN,
10  SPARTANSBURG, SPRINGBORO, TOWNVILLE, VENANGO AND WOODCOCK;
11  PART OF ERIE COUNTY CONSISTING OF THE CITY OF ERIE AND THE
12  TOWNSHIPS OF CONNEAUT, ELK CREEK, FAIRVIEW, GIRARD, LAKE
13  ERIE, MILLCREEK PART, DISTRICTS 03, 04, 05, 06, 07, 08, 09,
14  10, 13, 14, 15, 16, 17, 22 AND 24 AND SPRINGFIELD AND THE
15  BOROUGHS OF ALBION, CRANESVILLE, GIRARD, LAKE CITY AND
16  PLATEA; PART OF LAWRENCE COUNTY CONSISTING OF THE CITY OF NEW
17  CASTLE AND THE TOWNSHIPS OF HICKORY, MAHONING, NESHANNOCK,
18  NORTH BEAVER, PLAIN GROVE, PULASKI, SCOTT, SHENANGO, SLIPPERY
19  ROCK, TAYLOR, UNION, WASHINGTON AND WILMINGTON AND THE
20  BOROUGHS OF BESSEMER, NEW WILMINGTON, S.N.P.J., SOUTH NEW
21  CASTLE AND VOLANT AND ALL OF MERCER COUNTY.
22      (4)  THE FOURTH DISTRICT IS COMPOSED OF ALL OF ADAMS
23  COUNTY; PART OF CUMBERLAND COUNTY CONSISTING OF THE TOWNSHIPS
24  OF EAST PENNSBORO, HAMPDEN, LOWER ALLEN, SILVER SPRING AND
25  UPPER ALLEN PART, PRECINCTS 01, 02, 03, 04, 05, 07, 08 AND 10
26  AND THE BOROUGHS OF CAMP HILL, LEMOYNE, MECHANICSBURG PART,
27  WARD 02 PART, DIVISION 02, NEW CUMBERLAND, SHIREMANSTOWN AND
28  WORMLEYSBURG; PART OF DAUPHIN COUNTY CONSISTING OF THE CITY
29  OF HARRISBURG PART, WARDS 01 PART, DIVISION 02, 02, 03, 04,
30  05, 06, 07, 08, 09, 10, 11, 12, 13, 14 AND 15 AND THE

1   TOWNSHIP OF SUSQUEHANNA PART, WARDS 01 AND 03 ONLY BLOCKS

2   4009, 4010, 4027, 4029, 4037 AND 4038 OF TRACT 022000 AND ALL

3   OF YORK COUNTY.

4        (5)  THE FIFTH DISTRICT IS COMPOSED OF ALL OF CAMERON

5   COUNTY; ALL OF CENTRE COUNTY; PART OF CLARION COUNTY

6   CONSISTING OF THE TOWNSHIPS OF ASHLAND, BEAVER, CLARION, ELK,

7   FARMINGTON, HIGHLAND, KNOX, LIMESTONE, MILLCREEK, PAINT,

8   PINEY ONLY BLOCKS 3000, 3001, 3002, 3003, 3004, 3005, 3006,

9   3007, 3008, 3009, 3010, 3013, 3014, 3015, 3021, 3024, 3026,

10  3030, 3031, 3032, 3037, 3038, 3039, 3044, 3046, 3056, 3136

11  AND 3137 OF TRACT 160500, RICHLAND, SALEM AND WASHINGTON AND

12  THE BOROUGHS OF CLARION, EMLENTON CLARION COUNTY PORTION,

13  FOXBURG, KNOX, SHIPPENVILLE, ST. PETERSBURG AND

14  STRATTANVILLE; ALL OF CLEARFIELD COUNTY; ALL OF CLINTON

15  COUNTY; PART OF CRAWFORD COUNTY CONSISTING OF THE CITY OF

16  TITUSVILLE; ALL OF ELK COUNTY; PART OF ERIE COUNTY CONSISTING

17  OF THE CITY OF CORRY AND THE TOWNSHIPS OF AMITY, CONCORD,

18  FRANKLIN, GREENE, GREENFIELD, HARBORCREEK, LAWRENCE PARK,

19  LEBOEUF, MCKEAN, MILLCREEK PART, DISTRICTS 01, 02, 11, 12,

20  18, 19, 20, 21 AND 23, NORTH EAST, SUMMIT, UNION, VENANGO,

21  WASHINGTON, WATERFORD AND WAYNE AND THE BOROUGHS OF EDINBORO,

22  ELGIN, MCKEAN, MILL VILLAGE, NORTH EAST, UNION CITY,

23  WATERFORD, WATTSBURG AND WESLEYVILLE; ALL OF FOREST COUNTY;

24  PART OF HUNTINGDON COUNTY CONSISTING OF THE TOWNSHIPS OF

25  BARREE, BRADY, FRANKLIN, HENDERSON, JACKSON, JUNIATA, LOGAN,

26  MILLER, MORRIS, ONEIDA, PENN ALL BLOCKS EXCEPT 2102 OF TRACT

27  950600, PORTER, SHIRLEY PART, DISTRICTS MOUNT UNION AND

28  SHIRLEY, SMITHFIELD, SPRUCE CREEK, UNION, WALKER, WARRIORS

29  MARK AND WEST AND THE BOROUGHS OF ALEXANDRIA, BIRMINGHAM,

30  HUNTINGDON, MAPLETON, MILL CREEK, MOUNT UNION, PETERSBURG AND

1   SHIRLEYSBURG; ALL OF JEFFERSON COUNTY; ALL OF MCKEAN COUNTY;
2   ALL OF POTTER COUNTY; PART OF TIOGA COUNTY CONSISTING OF THE
3   TOWNSHIPS OF CHATHAM, CLYMER, GAINES AND SHIPPEN ALL BLOCKS
4   EXCEPT 2016, 2017, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
5   2100, 2101, 2105, 2106, 2107, 2108, 2109, 2110, 2116, 2132,
6   2133, 2134 AND 2209 OF TRACT 950900; ALL OF VENANGO COUNTY
7   AND ALL OF WARREN COUNTY.
8       (6)  THE SIXTH DISTRICT IS COMPOSED OF PART OF BERKS
9   COUNTY CONSISTING OF THE TOWNSHIPS OF ALSACE, BERN,
10  COLEBROOKDALE, CUMRU PART, DISTRICTS 01 ALL BLOCKS EXCEPT
11  1000, 1001, 1003, 1004, 1005, 1006, 1007, 1018 AND 1039 OF
12  TRACT 002600, 04, 06 AND 07, DISTRICT, EXETER, HEIDELBERG,
13  HEREFORD PART, DISTRICT 02, LOWER ALSACE PART, DISTRICT 02,
14  LOWER HEIDELBERG, MAIDENCREEK, MARION, MUHLENBERG PART,
15  DISTRICTS 02, 03, 05, 06, 07, 08 AND 09, NORTH HEIDELBERG,
16  ONTELAUNEE, PENN, PIKE, RICHMOND, ROCKLAND, RUSCOMBMANOR,
17  SOUTH HEIDELBERG, SPRING PART, DISTRICTS 05, 07 AND 08 AND
18  WASHINGTON AND THE BOROUGHS OF BALLY, BECHTELSVILLE,
19  BERNVILLE, BIRDSBORO, BOYERTOWN, FLEETWOOD, KENHORST,
20  LAURELDALE PART, DISTRICT 01 ALL BLOCKS EXCEPT 4034, 4039 AND
21  4045 OF TRACT 012800, LEESPORT, ROBESONIA, SHILLINGTON, ST.
22  LAWRENCE, WERNERSVILLE, WOMELSDORF AND WYOMISSING PART,
23  DISTRICTS 01, 02, 04 AND 05; PART OF CHESTER COUNTY
24  CONSISTING OF THE TOWNSHIPS OF CALN PART, DISTRICTS 01 AND
25  04, CHARLESTOWN, EAST BRADFORD PART, DISTRICTS NORTH AND
26  SOUTH PART, DIVISION 01, EAST BRANDYWINE, EAST CALN, EAST
27  COVENTRY, EAST GOSHEN, EAST NANTMEAL, EAST PIKELAND, EAST
28  VINCENT, EAST WHITELAND, EASTTOWN, NORTH COVENTRY,
29  SCHUYLKILL, SOUTH COVENTRY, THORNBURY, TREDYFFRIN, UPPER
30  UWCHLAN, UWCHLAN, WEST BRADFORD PART, PRECINCTS 01, 02 AND

1    03, WEST GOSHEN, WEST PIKELAND, WEST VINCENT, WEST WHITELAND,
2    WESTTOWN AND WILLISTOWN AND THE BOROUGHS OF DOWNINGTOWN,
3    MALVERN, PHOENIXVILLE, SPRING CITY AND WEST CHESTER; PART OF
4    LEBANON COUNTY CONSISTING OF THE CITY OF LEBANON PART, WARDS
5    01, 02, 04, 05, 07, 08, 09 AND 10 AND THE TOWNSHIPS OF
6    HEIDELBERG, JACKSON, MILLCREEK, NORTH LEBANON PART, DISTRICT
7    EAST ONLY BLOCK 2039 OF TRACT 002702, SOUTH LEBANON AND WEST
8    CORNWALL AND THE BOROUGHS OF CORNWALL, MYERSTOWN AND RICHLAND
9    AND PART OF MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIPS OF
10   DOUGLASS, LIMERICK, LOWER POTTSGROVE, LOWER PROVIDENCE, NEW
11   HANOVER, PERKIOMEN PART, DISTRICTS 01 ALL BLOCKS EXCEPT 1045,
12   1046, 1047, 1048, 1057, 1059, 1061 AND 1065 OF TRACT 206501
13   AND 02, UPPER HANOVER PART, DISTRICT 03, UPPER POTTSGROVE,
14   UPPER PROVIDENCE, WEST NORRITON PART, DISTRICTS 01 PART,
15   DIVISION 01, 02 PART, DIVISION 01 AND 03 AND WEST POTTSGROVE
16   AND THE BOROUGHS OF COLLEGEVILLE, EAST GREENVILLE, PENNSBURG,
17   POTTSTOWN, RED HILL, ROYERSFORD, SCHWENKSVILLE AND TRAPPE.
18       (7)  THE SEVENTH DISTRICT IS COMPOSED OF PART OF BERKS
19   COUNTY CONSISTING OF THE TOWNSHIPS OF AMITY, BRECKNOCK,
20   CAERNARVON, CUMRU PART, DISTRICTS 02, 03 AND 05, DOUGLASS,
21   EARL, OLEY, ROBESON, SPRING PART, DISTRICTS 01, 06 AND 11 AND
22   UNION AND THE BOROUGHS OF MOHNTON AND NEW MORGAN; PART OF
23   CHESTER COUNTY CONSISTING OF THE TOWNSHIPS OF BIRMINGHAM,
24   CALN PART, DISTRICT 03, EAST BRADFORD PART, DISTRICT SOUTH
25   PART, DIVISION 02, HIGHLAND, HONEY BROOK, KENNETT PART,
26   PRECINCTS 01, 02 ALL BLOCKS EXCEPT 1003, 1004, 1005 AND 1007
27   OF TRACT 303301 AND 04, LONDON BRITAIN, LONDONDERRY, NEW
28   GARDEN, NEWLIN, PENN, PENNSBURY PART, DISTRICTS NORTH PART,
29   DIVISION 02 AND SOUTH, POCOPSON, SADSBURY PART, DISTRICT
30   NORTH, UPPER OXFORD, WALLACE, WARWICK, WEST BRADFORD PART,

```
 1    PRECINCTS 04 AND 05, WEST BRANDYWINE, WEST CALN, WEST
 2    FALLOWFIELD, WEST NANTMEAL AND WEST SADSBURY AND THE BOROUGHS
 3    OF ATGLEN, ELVERSON AND HONEY BROOK; PART OF DELAWARE COUNTY
 4    CONSISTING OF THE CITY OF CHESTER PART, WARD 01 PART,
 5    DIVISIONS 03, 06 AND 07 AND THE TOWNSHIPS OF ASTON, BETHEL,
 6    CHADDS FORD, CONCORD, DARBY PART, WARDS 03 PART, DIVISION 02,
 7    04 AND 05, EDGMONT, HAVERFORD, LOWER CHICHESTER, MARPLE,
 8    MIDDLETOWN, NEWTOWN, RADNOR, RIDLEY PART, WARDS 01 PART,
 9    DIVISIONS 01 AND 03, 02, 03, 04, 05, 06, 07, 08 AND 09,
10    SPRINGFIELD, THORNBURY, TINICUM PART, WARDS 03 AND 05, UPPER
11    CHICHESTER, UPPER DARBY PART, DISTRICTS 01, 02 PART,
12    DIVISIONS 02, 03, 04, 05, 06 AND 07, 03 AND 05 PART,
13    DIVISIONS 03, 04, 06, 07, 08 AND 09 AND UPPER PROVIDENCE AND
14    THE BOROUGHS OF ALDAN, BROOKHAVEN, CHESTER HEIGHTS, CLIFTON
15    HEIGHTS, GLENOLDEN PART, PRECINCTS 01 AND 06, MARCUS HOOK,
16    MEDIA, MORTON, NORWOOD, PARKSIDE, PROSPECT PARK, RIDLEY PARK,
17    RUTLEDGE AND TRAINER; PART OF LANCASTER COUNTY CONSISTING OF
18    THE TOWNSHIPS OF BART, COLERAIN, LEACOCK, PARADISE, SADSBURY
19    AND SALISBURY AND THE BOROUGH OF CHRISTIANA AND PART OF
20    MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIPS OF EAST
21    NORRITON PART, DISTRICT 01 PART, DIVISIONS 01, 03 AND 04,
22    HORSHAM PART, DISTRICTS 02 PART, DIVISIONS 02 ALL BLOCKS
23    EXCEPT 2006 AND 2027 OF TRACT 200506, 03 AND 04, 03 PART,
24    DIVISIONS 03 AND 05 AND 04 PART, DIVISIONS 01, 02 AND 03,
25    LOWER GWYNEDD PART, DISTRICTS 01 PART, DIVISIONS 02 AND 03
26    AND 02 PART, DIVISION 01, PERKIOMEN PART, DISTRICT 01 ONLY
27    BLOCKS 1045, 1046, 1047, 1048, 1057, 1059, 1061 AND 1065 OF
28    TRACT 206501, PLYMOUTH PART, DISTRICTS 01 PART, DIVISION 01,
29    02 PART, DIVISIONS 01, 02 AND 03A AND 03 PART, DIVISION 01,
30    SKIPPACK, SPRINGFIELD PART, DISTRICTS 03, 06 AND 07 PART,
```

1    DIVISION 02, TOWAMENCIN, UPPER DUBLIN PART, DISTRICTS 02
2    PART, DIVISION 01, 04 PART, DIVISION 01, 05 PART, DIVISION
3    01, 06 PART, DIVISION 02 AND 07 PART, DIVISIONS 01 AND 02,
4    UPPER GWYNEDD PART, DISTRICTS 01, 02, 04, 05, 06 AND 07,
5    UPPER MERION PART, DISTRICTS BELMONT PART, DIVISIONS 02, 04
6    AND 05, GULPH PART, DIVISION 02 AND ROBERTS, WEST NORRITON
7    PART, DISTRICTS 01 PART, DIVISION 02, 02 PART, DIVISION 02
8    AND 04, WHITEMARSH PART, DISTRICTS EAST AND MIDDLE PART,
9    DIVISION 05, WHITPAIN PART, DISTRICTS 01, 02, 03, 05, 06, 07,
10   08, 11 AND 12 AND WORCESTER.
11       (8)  THE EIGHTH DISTRICT IS COMPOSED OF ALL OF BUCKS
12   COUNTY AND PART OF MONTGOMERY COUNTY CONSISTING OF THE
13   TOWNSHIPS OF FRANCONIA, HATFIELD ALL BLOCKS EXCEPT 2006 AND
14   2027 OF TRACT 200506, LOWER FREDERICK, LOWER SALFORD,
15   MARLBOROUGH, SALFORD, UPPER FREDERICK, UPPER HANOVER PART,
16   DISTRICTS 01 AND 02 AND UPPER SALFORD AND THE BOROUGHS OF
17   GREEN LANE, HATFIELD, SOUDERTON AND TELFORD MONTGOMERY COUNTY
18   PORTION.
19       (9)  THE NINTH DISTRICT IS COMPOSED OF ALL OF BEDFORD
20   COUNTY; ALL OF BLAIR COUNTY; PART OF CAMBRIA COUNTY
21   CONSISTING OF THE TOWNSHIPS OF ALLEGHENY, BARR PART,
22   DISTRICTS NORTH AND SOUTH ONLY BLOCKS 3001 AND 3002 OF TRACT
23   011800, CHEST, CLEARFIELD, CRESSON, DEAN, EAST CARROLL PART,
24   DISTRICT NORTH, ELDER, GALLITZIN, MUNSTER, READE,
25   SUSQUEHANNA, WEST CARROLL AND WHITE AND THE BOROUGHS OF
26   ASHVILLE, CHEST SPRINGS, CRESSON, GALLITZIN, HASTINGS,
27   LORETTO, NORTHERN CAMBRIA PART, WARDS 01, 02, 03 ONLY BLOCK
28   3026 OF TRACT 011800, 04 AND 05, PATTON, SANKERTOWN AND
29   TUNNELHILL CAMBRIA COUNTY PORTION; ALL OF FAYETTE COUNTY; ALL
30   OF FRANKLIN COUNTY; ALL OF FULTON COUNTY; PART OF GREENE

COUNTY CONSISTING OF THE TOWNSHIPS OF CUMBERLAND, DUNKARD,
GREENE, JEFFERSON, MONONGAHELA AND MORGAN PART, DISTRICTS
CHART/T.GRDN AND MATHER AND THE BOROUGHS OF CARMICHAELS,
CLARKSVILLE, GREENSBORO, JEFFERSON AND RICES LANDING; PART OF
HUNTINGDON COUNTY CONSISTING OF THE TOWNSHIPS OF CARBON,
CASS, CLAY, CROMWELL, DUBLIN, HOPEWELL, LINCOLN, PENN ONLY
BLOCK 2102 OF TRACT 950600, SHIRLEY PART, DISTRICT VALLEY
PT., SPRINGFIELD, TELL, TODD AND WOOD AND THE BOROUGHS OF
BROAD TOP CITY, CASSVILLE, COALMONT, DUDLEY, MARKLESBURG,
ORBISONIA, ROCKHILL, SALTILLO, SHADE GAP AND THREE SPRINGS;
ALL OF INDIANA COUNTY; PART OF SOMERSET COUNTY CONSISTING OF
THE TOWNSHIPS OF ADDISON, ALLEGHENY, BROTHERSVALLEY, ELK
LICK, FAIRHOPE, GREENVILLE, LARIMER, LOWER TURKEYFOOT,
NORTHAMPTON, SOUTHAMPTON, STONYCREEK AND SUMMIT AND THE
BOROUGHS OF ADDISON, BERLIN, CALLIMONT, CONFLUENCE, GARRETT,
INDIAN LAKE, MEYERSDALE, NEW BALTIMORE, SALISBURY,
SHANKSVILLE, URSINA AND WELLERSBURG; PART OF WASHINGTON
COUNTY CONSISTING OF THE CITY OF MONONGAHELA AND THE
TOWNSHIPS OF CARROLL, EAST BETHLEHEM AND FALLOWFIELD PART,
DISTRICTS 01, 02 ALL BLOCKS EXCEPT 1030 OF TRACT 781700, 03
AND 04, AND THE BOROUGHS OF ALLENPORT, BENTLEYVILLE,
CALIFORNIA, CENTERVILLE, CHARLEROI, COAL CENTER, DONORA,
DUNLEVY, ELCO, LONG BRANCH, NEW EAGLE, NORTH CHARLEROI,
ROSCOE, SPEERS, STOCKDALE, TWILIGHT AND WEST BROWNSVILLE AND
PART OF WESTMORELAND COUNTY CONSISTING OF THE CITY OF
MONESSEN AND THE BOROUGH OF NORTH BELLE VERNON.

(10)  THE TENTH DISTRICT IS COMPOSED OF ALL OF BRADFORD
COUNTY; ALL OF JUNIATA COUNTY; PART OF LACKAWANNA COUNTY
CONSISTING OF THE TOWNSHIPS OF ABINGTON, BENTON, CARBONDALE
PART, DISTRICTS NORTHEAST AND SOUTH, CLIFTON, COVINGTON,

1  ELMHURST, FELL, GLENBURN, GREENFIELD, JEFFERSON, LA PLUME,

2  MADISON, NEWTON, NORTH ABINGTON, RANSOM, ROARING BROOK,

3  SCOTT, SOUTH ABINGTON AND WEST ABINGTON AND THE BOROUGHS OF

4  ARCHBALD PART, WARDS 02 AND 03, CLARKS GREEN, CLARKS SUMMIT,

5  DALTON, MOSCOW, OLYPHANT PART, WARDS 03 PART, DIVISION 02 ALL

6  BLOCKS EXCEPT 1025 OF TRACT 111400 AND 04, THROOP PART, WARD

7  04 AND VANDLING; ALL OF LYCOMING COUNTY; ALL OF MIFFLIN

8  COUNTY; PART OF MONROE COUNTY CONSISTING OF THE TOWNSHIPS OF

9  BARRETT, JACKSON, PARADISE, POCONO, PRICE AND STROUD PART,

10  DISTRICTS 02, 03 AND 04 AND THE BOROUGHS OF EAST STROUDSBURG,

11  MOUNT POCONO AND STROUDSBURG; PART OF NORTHUMBERLAND COUNTY

12  CONSISTING OF THE TOWNSHIPS OF DELAWARE, EAST CHILLISQUAQUE,

13  LEWIS, POINT, TURBOT AND WEST CHILLISQUAQUE AND THE BOROUGHS

14  OF MCEWENSVILLE, MILTON, NORTHUMBERLAND, TURBOTVILLE AND

15  WATSONTOWN; PART OF PERRY COUNTY CONSISTING OF THE TOWNSHIPS

16  OF BUFFALO, CENTRE, GREENWOOD, HOWE, JACKSON, JUNIATA,

17  LIVERPOOL, MILLER, NORTH EAST MADISON, OLIVER, SAVILLE, SOUTH

18  WEST MADISON, TOBOYNE, TUSCARORA, TYRONE AND WATTS AND THE

19  BOROUGHS OF BLAIN, BLOOMFIELD, LANDISBURG, LIVERPOOL,

20  MILLERSTOWN, NEW BUFFALO, NEWPORT AND RIVERSIDE ONLY BLOCKS

21  2032, 2035, 2043, 2100, 2102, 2103, 3037, 3038, 3039, 3043,

22  3050 AND 3051 OF TRACT 080700; ALL OF PIKE COUNTY; ALL OF

23  SNYDER COUNTY; ALL OF SULLIVAN COUNTY; ALL OF SUSQUEHANNA

24  COUNTY; PART OF TIOGA COUNTY CONSISTING OF THE TOWNSHIPS OF

25  BLOSS, BROOKFIELD, CHARLESTON, COVINGTON, DEERFIELD, DELMAR,

26  DUNCAN, ELK, FARMINGTON, HAMILTON, JACKSON, LAWRENCE,

27  LIBERTY, MIDDLEBURY, MORRIS, NELSON, OSCEOLA, PUTNAM,

28  RICHMOND, RUTLAND, SHIPPEN ONLY BLOCKS 2016, 2017, 2093,

29  2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2105, 2106,

30  2107, 2108, 2109, 2110, 2116, 2132, 2133, 2134 AND 2209 OF

1    TRACT 950900, SULLIVAN, TIOGA, UNION, WARD AND WESTFIELD AND

2    THE BOROUGHS OF BLOSSBURG, ELKLAND, KNOXVILLE, LAWRENCEVILLE,

3    LIBERTY, MANSFIELD, ROSEVILLE, TIOGA, WELLSBORO AND

4    WESTFIELD; ALL OF UNION COUNTY AND ALL OF WAYNE COUNTY.

5        (11)  THE ELEVENTH DISTRICT IS COMPOSED OF PART OF CARBON

6    COUNTY CONSISTING OF THE TOWNSHIPS OF BANKS, KIDDER,

7    LAUSANNE, LEHIGH, PACKER AND PENN FOREST AND THE BOROUGHS OF

8    BEAVER MEADOWS, EAST SIDE AND WEATHERLY; ALL OF COLUMBIA

9    COUNTY; PART OF CUMBERLAND COUNTY CONSISTING OF THE TOWNSHIPS

10   OF COOKE, DICKINSON, HOPEWELL, LOWER FRANKFORD, LOWER

11   MIFFLIN, MIDDLESEX, MONROE, NORTH MIDDLETON, NORTH NEWTON,

12   PENN, SHIPPENSBURG, SOUTH MIDDLETON, SOUTH NEWTON,

13   SOUTHAMPTON, UPPER ALLEN PART, PRECINCTS 06 AND 09, UPPER

14   FRANKFORD, UPPER MIFFLIN AND WEST PENNSBORO AND THE BOROUGHS

15   OF CARLISLE, MECHANICSBURG PART, WARDS 01, 02 PART, DIVISION

16   01, 03, 04 AND 05, MOUNT HOLLY SPRINGS, NEWBURG, NEWVILLE AND

17   SHIPPENSBURG CUMBERLAND COUNTY PORTION; PART OF DAUPHIN

18   COUNTY CONSISTING OF THE CITY OF HARRISBURG PART, WARD 01

19   PART, DIVISIONS 01 AND 03 AND THE TOWNSHIPS OF HALIFAX,

20   JACKSON, JEFFERSON, LOWER PAXTON, LOWER SWATARA, LYKENS,

21   MIDDLE PAXTON, MIFFLIN, REED, RUSH, SUSQUEHANNA PART, WARDS

22   02, 03 ALL BLOCKS EXCEPT 4009, 4010, 4027, 4029, 4037 AND

23   4038 OF TRACT 022000, 04, 05, 06, 07, 08 AND 09, SWATARA,

24   UPPER PAXTON, WASHINGTON, WAYNE, WEST HANOVER PART, DISTRICT

25   01, WICONISCO AND WILLIAMS AND THE BOROUGHS OF BERRYSBURG,

26   DAUPHIN, ELIZABETHVILLE, GRATZ, HALIFAX, HIGHSPIRE, LYKENS,

27   MILLERSBURG, PAXTANG, PENBROOK, PILLOW, STEELTON AND

28   WILLIAMSTOWN; PART OF LUZERNE COUNTY CONSISTING OF THE CITIES

29   OF HAZLETON AND NANTICOKE AND THE TOWNSHIPS OF BEAR CREEK,

30   BLACK CREEK, BUCK, BUTLER, CONYNGHAM, DALLAS, DENNISON,

1   DORRANCE, EXETER, FAIRMOUNT, FAIRVIEW, FOSTER, FRANKLIN,
2   HANOVER, HAZLE, HOLLENBACK, HUNLOCK, HUNTINGTON, JACKSON,
3   KINGSTON, LAKE, LEHMAN, NESCOPECK, NEWPORT, PLYMOUTH, RICE,
4   ROSS, SALEM, SLOCUM, SUGARLOAF, UNION AND WRIGHT AND THE
5   BOROUGHS OF ASHLEY, BEAR CREEK VILLAGE, CONYNGHAM, COURTDALE,
6   DALLAS, EDWARDSVILLE, FORTY FORT, FREELAND, HARVEYS LAKE,
7   JEDDO, KINGSTON, LARKSVILLE, LAUREL RUN, LUZERNE, NESCOPECK,
8   NEW COLUMBUS, NUANGOLA, PENN LAKE PARK, PLYMOUTH, PRINGLE,
9   SHICKSHINNY, SUGAR NOTCH, SWOYERSVILLE, WARRIOR RUN, WEST
10  HAZLETON AND WHITE HAVEN; ALL OF MONTOUR COUNTY; PART OF
11  NORTHUMBERLAND COUNTY CONSISTING OF THE CITIES OF SHAMOKIN
12  AND SUNBURY AND THE TOWNSHIPS OF COAL, EAST CAMERON, JACKSON,
13  JORDAN, LITTLE MAHANOY, LOWER AUGUSTA, LOWER MAHANOY, MOUNT
14  CARMEL, RALPHO, ROCKEFELLER, RUSH, SHAMOKIN, UPPER AUGUSTA,
15  UPPER MAHANOY, WASHINGTON, WEST CAMERON AND ZERBE AND THE
16  BOROUGHS OF HERNDON, KULPMONT, MARION HEIGHTS, MOUNT CARMEL,
17  RIVERSIDE ALL BLOCKS EXCEPT 2032, 2035, 2043, 2100, 2102,
18  2103, 3037, 3038, 3039, 3043, 3050 AND 3051 OF TRACT 080700
19  AND SNYDERTOWN; PART OF PERRY COUNTY CONSISTING OF THE
20  TOWNSHIPS OF CARROLL, PENN, RYE, SPRING AND WHEATFIELD AND
21  THE BOROUGHS OF DUNCANNON AND MARYSVILLE AND ALL OF WYOMING
22  COUNTY.
23      (12)  THE TWELFTH DISTRICT IS COMPOSED OF PART OF
24  ALLEGHENY COUNTY CONSISTING OF THE TOWNSHIPS OF ALEPPO, FAWN,
25  FRAZER, HAMPTON, HARRISON PART, WARDS 01 PART, DIVISIONS 02
26  AND 03, 03, 04 AND 05 PART, DIVISION 02, INDIANA, KILBUCK,
27  MARSHALL, MCCANDLESS, O'HARA, OHIO, PINE, RESERVE, RICHLAND,
28  ROSS, SHALER AND WEST DEER AND THE BOROUGHS OF ASPINWALL,
29  BELL ACRES, BRADFORD WOODS, FOX CHAPEL, FRANKLIN PARK, GLEN
30  OSBORNE, HAYSVILLE, MONROEVILLE PART, WARDS 03 PART,

```
1    DIVISIONS 01 AND 04 AND 04 PART, DIVISION 03, PLUM,
2    SEWICKLEY, SEWICKLEY HEIGHTS, SEWICKLEY HILLS AND WEST VIEW;
3    ALL OF BEAVER COUNTY; PART OF CAMBRIA COUNTY CONSISTING OF
4    THE CITY OF JOHNSTOWN AND THE TOWNSHIPS OF ADAMS, BARR PART,
5    DISTRICTS NORTH AND SOUTH ALL BLOCKS EXCEPT 3001 AND 3002 OF
6    TRACT 011800, BLACKLICK, CAMBRIA, CONEMAUGH, CROYLE, EAST
7    CARROLL PART, DISTRICT SOUTH, EAST TAYLOR, JACKSON, LOWER
8    YODER, MIDDLE TAYLOR, NORTHERN CAMBRIA PART, WARD 03 ONLY
9    BLOCK 3026 OF TRACT 011800, PORTAGE, RICHLAND, STONYCREEK,
10   SUMMERHILL, UPPER YODER, WASHINGTON AND WEST TAYLOR AND THE
11   BOROUGHS OF BROWNSTOWN, CARROLLTOWN, CASSANDRA, DAISYTOWN,
12   DALE, EAST CONEMAUGH, EBENSBURG, EHRENFELD, FERNDALE,
13   FRANKLIN, GEISTOWN, LILLY, LORAIN, NANTY GLO, PORTAGE, SCALP
14   LEVEL, SOUTH FORK, SOUTHMONT, SUMMERHILL, VINTONDALE,
15   WESTMONT AND WILMORE; PART OF LAWRENCE COUNTY CONSISTING OF
16   THE TOWNSHIPS OF LITTLE BEAVER, PERRY AND WAYNE AND THE
17   BOROUGHS OF ELLPORT, ELLWOOD CITY LAWRENCE COUNTY PORTION,
18   ENON VALLEY, NEW BEAVER AND WAMPUM; PART OF SOMERSET COUNTY
19   CONSISTING OF THE TOWNSHIPS OF BLACK, CONEMAUGH, JEFFERSON,
20   JENNER, LINCOLN, MIDDLECREEK, MILFORD, OGLE, PAINT,
21   QUEMAHONING, SHADE, SOMERSET AND UPPER TURKEYFOOT AND THE
22   BOROUGHS OF BENSON, BOSWELL, CASSELMAN, CENTRAL CITY,
23   HOOVERSVILLE, JENNERSTOWN, NEW CENTERVILLE, PAINT, ROCKWOOD,
24   SEVEN SPRINGS SOMERSET COUNTY PORTION, SOMERSET, STOYSTOWN
25   AND WINDBER AND PART OF WESTMORELAND COUNTY CONSISTING OF THE
26   CITY OF LOWER BURRELL AND THE TOWNSHIPS OF ALLEGHENY, BELL,
27   DERRY, FAIRFIELD, LOYALHANNA, SALEM, ST. CLAIR, UPPER BURRELL
28   AND WASHINGTON AND THE BOROUGHS OF AVONMORE, BOLIVAR,
29   DELMONT, DERRY, EAST VANDERGRIFT, EXPORT, HYDE PARK,
30   MURRYSVILLE, NEW ALEXANDRIA, NEW FLORENCE, OKLAHOMA, SEWARD,
```

1    VANDERGRIFT AND WEST LEECHBURG.

2        (13)  THE THIRTEENTH DISTRICT IS COMPOSED OF PART OF

3    MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIPS OF ABINGTON,

4    CHELTENHAM, EAST NORRITON PART, DISTRICTS 01 PART, DIVISION

5    02 AND 02, HATFIELD PART, DISTRICT 05 PART, DIVISION 02 ONLY

6    BLOCK 3006 OF TRACT 200704, HORSHAM PART, DISTRICTS 01, 02

7    PART, DIVISIONS 01 AND 02 ONLY BLOCKS 2006 AND 2027 OF TRACT

8    200506, 03 PART, DIVISIONS 01, 02 AND 04 AND 04 PART,

9    DIVISION 04, LOWER GWYNEDD PART, DISTRICTS 01 PART, DIVISIONS

10   01 AND 04 AND 02 PART, DIVISION 02, LOWER MERION PART, WARD

11   02 PART, DIVISION 02 ONLY BLOCKS 1000, 1001, 1002 AND 1021 OF

12   TRACT 204800, LOWER MORELAND, MONTGOMERY, PLYMOUTH PART,

13   DISTRICTS 01 PART, DIVISION 02, 02 PART, DIVISIONS 03B AND

14   03C, 03 PART, DIVISIONS 02 AND 03 AND 04, SPRINGFIELD PART,

15   DISTRICTS 01, 02, 04, 05 AND 07 PART, DIVISION 01, UPPER

16   DUBLIN PART, DISTRICTS 01, 02 PART, DIVISIONS 02 AND 03, 03,

17   04 PART, DIVISIONS 02 AND 03, 05 PART, DIVISIONS 01, 02 AND

18   03, 06 PART, DIVISIONS 01, 03A AND 03B AND 07 PART, DIVISION

19   03, UPPER GWYNEDD PART, DISTRICT 03, UPPER MERION PART,

20   DISTRICTS BELMONT PART, DIVISIONS 01 AND 03, CANDLEBROOK,

21   GULPH PART, DIVISION 01, KING, SWEDELAND AND SWEDESBURG,

22   UPPER MORELAND, WHITEMARSH PART, DISTRICTS MIDDLE PART,

23   DIVISIONS 01, 02, 03 AND 04 AND WEST AND WHITPAIN PART,

24   DISTRICTS 04, 09 AND 10 AND THE BOROUGHS OF AMBLER,

25   BRIDGEPORT, BRYN ATHYN, CONSHOHOCKEN, HATBORO, JENKINTOWN,

26   LANSDALE, NORRISTOWN, NORTH WALES, ROCKLEDGE AND WEST

27   CONSHOHOCKEN AND PART OF PHILADELPHIA COUNTY CONSISTING OF

28   THE CITY OF PHILADELPHIA PART, WARDS 23, 35, 42, 53, 54 PART,

29   DIVISIONS 01, 02, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 17,

30   18 AND 22, 55 PART, DIVISION 24, 56, 57 PART, DIVISIONS 01,

1  02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16,
2  17, 19, 20, 21, 22, 23, 24, 25, 26, 27 AND 28, 58, 61 PART,
3  DIVISIONS 03, 04, 05, 08, 09, 10, 11, 12, 13, 14, 15, 16, 18,
4  19, 20, 25, 26, 27 AND 28, 62 PART, DIVISIONS 10 AND 20, 63,
5  64 PART, DIVISIONS 01, 02, 03, 04, 05, 06, 07, 08, 09, 10,
6  11, 13, 14, 15, 16, 17 AND 18 AND 66.

7      (14)  THE FOURTEENTH DISTRICT IS COMPOSED OF PART OF
8  ALLEGHENY COUNTY CONSISTING OF THE CITIES OF CLAIRTON,
9  DUQUESNE, MCKEESPORT AND PITTSBURGH AND THE TOWNSHIPS OF
10  BALDWIN, EAST DEER, HARMAR, HARRISON PART, WARDS 01 PART,
11  DIVISION 01, 02 AND 05 PART, DIVISION 01, KENNEDY, NEVILLE,
12  NORTH VERSAILLES, PENN HILLS, ROBINSON PART, DISTRICTS 03 AND
13  05, SPRINGDALE, STOWE AND WILKINS AND THE BOROUGHS OF AVALON,
14  BALDWIN, BELLEVUE, BEN AVON, BEN AVON HEIGHTS, BLAWNOX,
15  BRACKENRIDGE, BRADDOCK, BRADDOCK HILLS, BRENTWOOD, CHALFANT,
16  CHESWICK, CHURCHILL, CORAOPOLIS, CRAFTON, DORMONT,
17  DRAVOSBURG, EAST MCKEESPORT, EAST PITTSBURGH, EDGEWOOD,
18  EMSWORTH, ETNA, FOREST HILLS, GLASSPORT, GLENFIELD, GREEN
19  TREE, HOMESTEAD, INGRAM, LIBERTY, LINCOLN, MCKEES ROCKS,
20  MILLVALE, MONROEVILLE PART, WARDS 01, 02 PART, DIVISION 02,
21  03 PART, DIVISION 03, 05 PART, DIVISIONS 01, 02 AND 04, 06
22  AND 07, MOUNT OLIVER, MUNHALL, NORTH BRADDOCK, OAKMONT,
23  PITCAIRN, PORT VUE, RANKIN, SHARPSBURG, SPRINGDALE,
24  SWISSVALE, TARENTUM, TRAFFORD ALLEGHENY COUNTY PORTION,
25  TURTLE CREEK, VERONA, VERSAILLES, WALL, WEST HOMESTEAD, WEST
26  MIFFLIN, WHITAKER, WHITE OAK, WHITEHALL PART, DISTRICTS 01
27  ONLY BLOCKS 2006, 2008 AND 2009 OF TRACT 477200, 02, 03, 04,
28  05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15 AND 16 WILKINSBURG
29  AND WILMERDING AND PART OF WESTMORELAND COUNTY CONSISTING OF
30  THE CITIES OF ARNOLD AND NEW KENSINGTON.

1    (15)  THE FIFTEENTH DISTRICT IS COMPOSED OF PART OF BERKS
2    COUNTY CONSISTING OF THE TOWNSHIPS OF ALBANY, BETHEL, CENTRE,
3    GREENWICH, HEREFORD PART, DISTRICT 01, JEFFERSON, LONGSWAMP,
4    MAXATAWNY, PERRY, TILDEN, TULPEHOCKEN, UPPER BERN, UPPER
5    TULPEHOCKEN AND WINDSOR AND THE BOROUGHS OF CENTERPORT,
6    HAMBURG, KUTZTOWN, LENHARTSVILLE, LYONS, SHOEMAKERSVILLE,
7    STRAUSSTOWN AND TOPTON; PART OF DAUPHIN COUNTY CONSISTING OF
8    THE TOWNSHIPS OF CONEWAGO, DERRY, EAST HANOVER, LONDONDERRY,
9    SOUTH HANOVER AND WEST HANOVER PART, DISTRICTS 02, 03 AND 04
10   AND THE BOROUGHS OF HUMMELSTOWN, MIDDLETOWN AND ROYALTON;
11   PART OF LEBANON COUNTY CONSISTING OF THE CITY OF LEBANON
12   PART, WARDS 03 AND 06 AND THE TOWNSHIPS OF ANNVILLE, BETHEL,
13   EAST HANOVER, NORTH ANNVILLE, NORTH CORNWALL, NORTH LEBANON
14   PART, DISTRICTS EAST ALL BLOCKS EXCEPT 2039 OF TRACT 002702,
15   MIDDLE AND WEST, NORTH LONDONDERRY, SOUTH ANNVILLE, SOUTH
16   LONDONDERRY, SWATARA, UNION AND WEST LEBANON AND THE BOROUGHS
17   OF CLEONA, JONESTOWN, MOUNT GRETNA AND PALMYRA; ALL OF LEHIGH
18   COUNTY AND PART OF NORTHAMPTON COUNTY CONSISTING OF THE CITY
19   OF BETHLEHEM NORTHAMPTON COUNTY PORTION PART, WARDS 01, 02,
20   03, 04, 05, 06, 07, 08, 09, 14, 15, 16 AND 17 BLOCKS 1026,
21   1123, 2018 AND 2055 OF TRACT 011300 AND THE TOWNSHIPS OF
22   ALLEN, BUSHKILL, EAST ALLEN, HANOVER, LEHIGH, LOWER NAZARETH,
23   LOWER SAUCON, MOORE, PLAINFIELD PART, DISTRICTS BELFAST,
24   KESSLERSVILLE AND PLAINFIELD CHURCH, UPPER NAZARETH PART,
25   DISTRICT WEST AND WILLIAMS AND THE BOROUGHS OF BATH, CHAPMAN,
26   HELLERTOWN, NORTH CATASAUQUA, NORTHAMPTON AND WALNUTPORT.
27   (16)  THE SIXTEENTH DISTRICT IS COMPOSED OF PART OF BERKS
28   COUNTY CONSISTING OF THE CITY OF READING AND THE TOWNSHIPS OF
29   CUMRU PART, DISTRICT 01 ONLY BLOCKS 1000, 1001, 1003, 1004,
30   1005, 1006, 1007, 1018 AND 1039 OF TRACT 002600, LOWER ALSACE

1　　PART, DISTRICT 01, MUHLENBERG PART, DISTRICTS 01 AND 04 AND

2　　SPRING PART, DISTRICTS 02, 03, 04, 09, 10 AND 12 AND THE

3　　BOROUGHS OF ADAMSTOWN BERKS COUNTY PORTION, LAURELDALE PART,

4　　DISTRICTS 01 ONLY BLOCKS 4034, 4039 AND 4045 OF TRACT 012800

5　　AND 02, MOUNT PENN, SINKING SPRING, WEST READING AND

6　　WYOMISSING PART, DISTRICT 03; PART OF CHESTER COUNTY

7　　CONSISTING OF THE CITY OF COATESVILLE AND THE TOWNSHIPS OF

8　　CALN PART, DISTRICT 02, EAST FALLOWFIELD, EAST MARLBOROUGH,

9　　EAST NOTTINGHAM, ELK, FRANKLIN, KENNETT PART, PRECINCT 02

10　　ONLY BLOCKS 1003, 1004, 1005 AND 1007 OF TRACT 303301 AND 03,

11　　LONDON GROVE, LOWER OXFORD, NEW LONDON, PENNSBURY PART,

12　　DISTRICT NORTH PART, DIVISION 01, SADSBURY PART, DISTRICT

13　　SOUTH, VALLEY, WEST MARLBOROUGH AND WEST NOTTINGHAM AND THE

14　　BOROUGHS OF AVONDALE, KENNETT SQUARE, MODENA, OXFORD,

15　　PARKESBURG, SOUTH COATESVILLE AND WEST GROVE AND PART OF

16　　LANCASTER COUNTY CONSISTING OF THE CITY OF LANCASTER AND THE

17　　TOWNSHIPS OF BRECKNOCK, CAERNARVON, CLAY, CONESTOGA, CONOY,

18　　DRUMORE, EARL, EAST COCALICO, EAST DONEGAL, EAST DRUMORE,

19　　EAST EARL, EAST HEMPFIELD, EAST LAMPETER, EDEN, ELIZABETH,

20　　EPHRATA, FULTON, LANCASTER, LITTLE BRITAIN, MANHEIM, MANOR,

21　　MARTIC, MOUNT JOY, PENN, PEQUEA, PROVIDENCE, RAPHO,

22　　STRASBURG, UPPER LEACOCK, WARWICK, WEST COCALICO, WEST

23　　DONEGAL, WEST EARL, WEST HEMPFIELD AND WEST LAMPETER AND THE

24　　BOROUGHS OF ADAMSTOWN LANCASTER COUNTY PORTION, AKRON,

25　　COLUMBIA, DENVER, EAST PETERSBURG, ELIZABETHTOWN, EPHRATA,

26　　LITITZ, MANHEIM, MARIETTA, MILLERSVILLE, MOUNT JOY,

27　　MOUNTVILLE, NEW HOLLAND, QUARRYVILLE, STRASBURG AND TERRE

28　　HILL.

29　　　　(17)　THE SEVENTEENTH DISTRICT IS COMPOSED OF PART OF

30　　CARBON COUNTY CONSISTING OF THE TOWNSHIPS OF EAST PENN,

1     FRANKLIN, LOWER TOWAMENSING, MAHONING AND TOWAMENSING AND THE
2     BOROUGHS OF BOWMANSTOWN, JIM THORPE, LANSFORD, LEHIGHTON,
3     NESQUEHONING, PALMERTON, PARRYVILLE, SUMMIT HILL AND
4     WEISSPORT; PART OF LACKAWANNA COUNTY CONSISTING OF THE CITIES
5     OF CARBONDALE AND SCRANTON AND THE TOWNSHIPS OF CARBONDALE
6     PART, DISTRICT NORTHWEST, SPRING BROOK AND THORNHURST AND THE
7     BOROUGHS OF ARCHBALD PART, WARDS 01 AND 04, BLAKELY, DICKSON
8     CITY, DUNMORE, JERMYN, JESSUP, MAYFIELD, MOOSIC, OLD FORGE,
9     OLYPHANT PART, WARDS 01, 02 AND 03 PART, DIVISIONS 01 AND 02
10    ONLY BLOCK 1025 OF TRACT 111400, TAYLOR AND THROOP PART,
11    WARDS 01, 02 AND 03; PART OF LUZERNE COUNTY CONSISTING OF THE
12    CITIES OF PITTSTON AND WILKES-BARRE AND THE TOWNSHIPS OF
13    JENKINS, PITTSTON, PLAINS AND WILKES-BARRE AND THE BOROUGHS
14    OF AVOCA, DUPONT, DURYEA, EXETER, HUGHESTOWN, LAFLIN, WEST
15    PITTSTON, WEST WYOMING, WYOMING AND YATESVILLE; PART OF
16    MONROE COUNTY CONSISTING OF THE TOWNSHIPS OF CHESTNUTHILL,
17    COOLBAUGH, ELDRED, HAMILTON, MIDDLE SMITHFIELD, POLK, ROSS,
18    SMITHFIELD, STROUD PART, DISTRICTS 01, 05, 06 AND 07,
19    TOBYHANNA AND TUNKHANNOCK AND THE BOROUGH OF DELAWARE WATER
20    GAP; PART OF NORTHAMPTON COUNTY CONSISTING OF THE CITIES OF
21    BETHLEHEM NORTHAMPTON COUNTY PORTION PART, WARD 17 ALL EXCEPT
22    BLOCKS 1026, 1123, 2018 AND 2055 OF TRACT 011300 AND EASTON
23    AND THE TOWNSHIPS OF BETHLEHEM, FORKS, LOWER MOUNT BETHEL,
24    PALMER, PLAINFIELD PART, DISTRICT DELABOLE, UPPER MOUNT
25    BETHEL, UPPER NAZARETH PART, DISTRICT EAST AND WASHINGTON AND
26    THE BOROUGHS OF BANGOR, EAST BANGOR, FREEMANSBURG, GLENDON,
27    NAZARETH, PEN ARGYL, PORTLAND, ROSETO, STOCKERTOWN, TATAMY,
28    WEST EASTON, WILSON AND WIND GAP AND ALL OF SCHUYLKILL
29    COUNTY.
30        (18)  THE EIGHTEENTH DISTRICT IS COMPOSED OF PART OF

1  ALLEGHENY COUNTY CONSISTING OF THE TOWNSHIPS OF COLLIER,
2  CRESCENT, ELIZABETH, FINDLAY, FORWARD, LEET, MOON, MOUNT
3  LEBANON, NORTH FAYETTE, ROBINSON PART, DISTRICTS 01, 02, 04,
4  06, 07, 08 AND 09, SCOTT, SOUTH FAYETTE, SOUTH PARK, SOUTH
5  VERSAILLES AND UPPER ST. CLAIR AND THE BOROUGHS OF BETHEL
6  PARK, BRIDGEVILLE, CARNEGIE, CASTLE SHANNON, EDGEWORTH,
7  ELIZABETH, HEIDELBERG, JEFFERSON HILLS, LEETSDALE, MCDONALD
8  ALLEGHENY COUNTY PORTION, MONROEVILLE PART, WARDS 02 PART,
9  DIVISIONS 01 AND 03, 03 PART, DIVISION 02, 04 PART, DIVISIONS
10 01 AND 02 AND 05 PART, DIVISION 03, OAKDALE, PENNSBURY
11 VILLAGE, PLEASANT HILLS, ROSSLYN FARMS, THORNBURG, WEST
12 ELIZABETH, AND WHITEHALL PART, DISTRICTS 01 ALL BLOCKS EXCEPT
13 2006, 2008 AND 2009 OF TRACT 477200, 02, 03, 04, 05, 06, 07,
14 08, 09, 10, 11, 12, 13, 14, 15 AND 16; PART OF GREENE COUNTY
15 CONSISTING OF THE TOWNSHIPS OF ALEPPO, CENTER, FRANKLIN,
16 FREEPORT, GILMORE, GRAY, JACKSON, MORGAN PART, DISTRICT
17 LIPPENCOTT, MORRIS, PERRY, RICHHILL, SPRINGHILL, WASHINGTON,
18 WAYNE AND WHITELEY AND THE BOROUGH OF WAYNESBURG; PART OF
19 WASHINGTON COUNTY CONSISTING OF THE CITY OF WASHINGTON AND
20 THE TOWNSHIPS OF AMWELL, BLAINE, BUFFALO, CANTON, CECIL,
21 CHARTIERS, CROSS CREEK, DONEGAL, EAST FINLEY, FALLOWFIELD
22 PART, DISTRICTS 01, 02 ONLY BLOCK 1030 OF TRACT 781700, 03
23 AND 04, HANOVER, HOPEWELL, INDEPENDENCE, JEFFERSON, MORRIS,
24 MOUNT PLEASANT, NORTH BETHLEHEM, NORTH FRANKLIN, NORTH
25 STRABANE, NOTTINGHAM, PETERS, ROBINSON, SMITH, SOMERSET,
26 SOUTH FRANKLIN, SOUTH STRABANE, UNION, WEST BETHLEHEM, WEST
27 FINLEY AND WEST PIKE RUN AND THE BOROUGHS OF BEALLSVILLE,
28 BURGETTSTOWN, CANONSBURG, CLAYSVILLE, COKEBURG, DEEMSTON,
29 EAST WASHINGTON, ELLSWORTH, FINLEYVILLE, GREEN HILLS,
30 HOUSTON, MARIANNA, MCDONALD WASHINGTON COUNTY PORTION, MIDWAY

1 AND WEST MIDDLETOWN AND PART OF WESTMORELAND COUNTY

2 CONSISTING OF THE CITIES OF GREENSBURG, JEANNETTE AND LATROBE

3 AND THE TOWNSHIPS OF COOK, DONEGAL, EAST HUNTINGDON,

4 HEMPFIELD, LIGONIER, MOUNT PLEASANT, NORTH HUNTINGDON, PENN,

5 ROSTRAVER, SEWICKLEY, SOUTH HUNTINGDON AND UNITY AND THE

6 BOROUGHS OF ADAMSBURG, ARONA, DONEGAL, HUNKER, IRWIN, LAUREL

7 MOUNTAIN, LIGONIER, MADISON, MANOR, MOUNT PLEASANT, NEW

8 STANTON, NORTH IRWIN, PENN, SCOTTDALE, SMITHTON, SOUTH

9 GREENSBURG, SOUTHWEST GREENSBURG, SUTERSVILLE, TRAFFORD

10 WESTMORELAND COUNTY PORTION, WEST NEWTON, YOUNGSTOWN AND

11 YOUNGWOOD.

12 Section 302. Current officeholders and vacancies.

13 (a) Current officeholders.--The members of Congress now in

14 office shall continue in the office until the expiration of

15 their respective terms.

16 (b) Vacancies.--Vacancies now existing or happening after

17 the passage of this chapter and before the commencement of the

18 terms of the members elected at the election of 2012 shall be

19 filled for the unexpired terms from the districts established

20 under section 301.

21 Section 303. Missed political subdivision.

22 In the event any political subdivision or part thereof should

23 be omitted in the description of the congressional districts,

24 the political subdivision or part thereof shall be included as a

25 part of the congressional district which completely surrounds

26 it. Should any omitted political subdivision or part thereof be

27 not completely surrounded by one congressional district, it

28 shall become a part of that congressional district to which it

29 is contiguous, or if there are two or more such contiguous

30 districts, it shall become a part of that congressional district

1 contiguous thereto which has the least population.

2 Section 304.  Duty to publish notice of redistricting.

3    The secretary shall publish notice of the congressional

4 districts as established at least once in at least one newspaper

5 of general circulation in each county in which such newspapers

6 are published. The notice shall contain legal descriptions for

7 all congressional districts in the county in which the

8 publication is made. The notice shall also state the population

9 of the districts having the smallest and largest populations and

10 the percentage variation of such districts from the average

11 population for congressional districts.

12                          CHAPTER 15

13                    MISCELLANEOUS PROVISIONS

14 Section 1510.  Effective date.

15    This act shall take effect immediately.

# EXHIBIT C

THE GENERAL ASSEMBLY OF PENNSYLVANIA

# SENATE BILL

## No. 1249 Session of 2011

INTRODUCED BY PILEGGI, SCARNATI AND McILHINNEY,
SEPTEMBER 14, 2011

SENATOR CORMAN, APPROPRIATIONS, RE-REPORTED AS AMENDED, DECEMBER
14, 2011

### AN ACT

1   Apportioning this Commonwealth into congressional districts in
2       conformity with constitutional requirements; providing for
3       the nomination and election of Congressmen; and requiring
4       publication of notice of the establishment of congressional
5       districts following the Federal decennial census.

6   The General Assembly of the Commonwealth of Pennsylvania

7   hereby enacts as follows:

8                         CHAPTER 1

9                   PRELIMINARY PROVISIONS

10  Section 101.  Short title.

11      This act shall be known and may be cited as the Congressional

12  Redistricting Act of 2011.

13  Section 102.  Definitions.

14      The following words and phrases when used in this act shall

15  have the meanings given to them in this section unless the

16  context clearly indicates otherwise:

17      "Secretary."  The Secretary of the Commonwealth.

18                         CHAPTER 3

19              ESTABLISHMENT OF CONGRESSIONAL DISTRICTS

Section 301.  Congressional districts.

For the purpose of electing representatives of the people of
Pennsylvania to serve in the House of Representatives in the
Congress of the United States, this Commonwealth shall be
divided into 18 districts which shall have one Congressman each,
as follows:

(1)  The First District is composed of part of Delaware ←
County consisting of the city of Chester part, Wards 01 part,
Divisions 01, 02, 04, 05 and 08, 02, 03, 04, 05, 06, 07, 08,
09, 10 and 11 and the townships of Chester, Darby part, Wards
01, 02 and 03 part, Division 01, Nether Providence, Ridley
part, Ward 01 part, Division 02, Tinicum part, Wards 01, 02
and 04 and Upper Darby part, Districts 02 part, Division 01,
04, 05 part, Divisions 01, 02 and 05, 06 and 07 and the
boroughs of Collingdale, Colwyn, Darby, East Lansdowne,
Eddystone, Folcroft, Glenolden part, Precincts 02, 03, 04 and
05, Lansdowne, Millbourne, Rose Valley, Sharon Hill,
Swarthmore, Upland and Yeadon and part of Philadelphia County
consisting of the city of Philadelphia part, Wards 01, 02,
03, 05, 07, 14, 15 part, Divisions 01, 02, 03, 04, 05, 06,
07, 08, 09, 10, 11, 12, 13, 14, 16, 17, 18 and 19, 18, 19, 20
part, Divisions 01, 02, 03, 04, 05, 06, 08, 10 and 11, 25,
26, 31, 33, 34, 37 part, Divisions 17, 18, 19 and 20, 39, 40,
41, 45, 47 part, Division 01, 54 part, Divisions 03, 14, 15,
16, 19, 20 and 21, 55 part, Divisions 01, 02, 03, 04, 05, 06,
07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
22, 23, 25, 26, 27, 28 and 29, 57 part, Division 18, 62 part,
Divisions 01, 02, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14,
15, 16, 17, 18, 19, 21, 22, 23, 24, 25 and 26, 64 part,
Division 12 and 65.

1    (2)  The Second District is composed of part of
2    Montgomery County consisting of the township of Lower Merion
3    part, Wards 01, 02 part, Divisions 01, 02 all blocks except
4    1000, 1001, 1002 and 1021 of tract 204800 and 03, 03, 04, 05,
5    06, 07, 08, 09, 10, 11, 12, 13 and 14 and the borough of
6    Narberth and part of Philadelphia County consisting of the
7    city of Philadelphia part, Wards 04, 06, 08, 09, 10, 11, 12,
8    13, 15 part, Division 15, 16, 17, 20 part, Divisions 07 and
9    09, 21, 22, 24, 27, 28, 29, 30, 32, 36, 37 part, Divisions
10   01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15,
11   16 and 21, 38, 43, 44, 46, 47 part, Divisions 02, 03, 04, 05,
12   06, 07, 08, 09, 10, 11, 12, 13 and 14, 48, 49, 50, 51, 52,
13   59, 60 and 61 part, Divisions 01, 02, 06, 07, 17, 21, 22, 23
14   and 24.
15       (3)  The Third District is composed of all of Armstrong
16   County; all of Butler County; part of Clarion County
17   consisting of the townships of Brady, Licking, Madison,
18   Monroe, Perry, Piney all blocks except 3000, 3001, 3002,
19   3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3013, 3014,
20   3015, 3021, 3024, 3026, 3030, 3031, 3032, 3037, 3038, 3039,
21   3044, 3046, 3056, 3136 and 3137 of tract 160500, Porter,
22   Redbank and Toby and the boroughs of Callensburg, East Brady,
23   Hawthorn, New Bethlehem, Rimersburg and Sligo; part of
24   Crawford County consisting of the city of Meadville and the
25   townships of Athens, Beaver, Bloomfield, Cambridge, Conneaut,
26   Cussewago, East Fairfield, East Fallowfield, East Mead,
27   Fairfield, Greenwood, Hayfield, North Shenango, Oil Creek,
28   Pine, Randolph, Richmond, Rockdale, Rome, Sadsbury, South
29   Shenango, Sparta, Spring, Steuben, Summerhill, Summit, Troy,
30   Union, Venango, Vernon, Wayne, West Fallowfield, West Mead,

West Shenango and Woodcock and the boroughs of Blooming
Valley, Cambridge Springs, Centerville, Cochranton, Conneaut
Lake, Conneautville, Hydetown, Linesville, Saegertown,
Spartansburg, Springboro, Townville, Venango and Woodcock;
part of Erie County consisting of the city of Erie and the
townships of Conneaut, Elk Creek, Fairview, Girard, Lake
Erie, Millcreek part, Districts 03, 04, 05, 06, 07, 08, 09,
10, 13, 14, 15, 16, 17, 22 and 24 and Springfield and the
boroughs of Albion, Cranesville, Girard, Lake City and
Platea; part of Lawrence County consisting of the city of New
Castle and the townships of Hickory, Mahoning, Neshannock,
North Beaver, Plain Grove, Pulaski, Scott, Shenango, Slippery
Rock, Taylor, Union, Washington and Wilmington and the
boroughs of Bessemer, New Wilmington, S.N.P.J., South New
Castle and Volant and all of Mercer County.

(4)  The Fourth District is composed of all of Adams
County; part of Cumberland County consisting of the townships
of East Pennsboro, Hampden, Lower allen, Silver Spring and
Upper allen part, Precincts 01, 02, 03, 04, 05, 07, 08 and 10
and the boroughs of Camp Hill, Lemoyne, Mechanicsburg part,
Ward 02 part, Division 02, New Cumberland, Shiremanstown and
Wormleysburg; part of Dauphin County consisting of the city
of Harrisburg part, Wards 01 part, Division 02, 02, 03, 04,
05, 06, 07, 08, 09, 10, 11, 12, 13, 14 and 15 and the
township of Susquehanna part, Wards 01 and 03 only blocks
4009, 4010, 4027, 4029, 4037 and 4038 of tract 022000 and all
of YORK County.

(5)  The Fifth District is composed of all of Cameron
County; all of Centre County; part of Clarion County
consisting of the townships of Ashland, Beaver, Clarion, Elk,

1     Farmington, Highland, Knox, Limestone, Millcreek, Paint,
2     Piney only blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006,
3     3007, 3008, 3009, 3010, 3013, 3014, 3015, 3021, 3024, 3026,
4     3030, 3031, 3032, 3037, 3038, 3039, 3044, 3046, 3056, 3136
5     and 3137 of tract 160500, Richland, Salem and Washington and
6     the boroughs of Clarion, Emlenton Clarion County Portion,
7     Foxburg, Knox, Shippenville, St. Petersburg and
8     Strattanville; all of Clearfield County; all of Clinton
9     County; part of Crawford County consisting of the city of
10    Titusville; all of Elk County; part of Erie County consisting
11    of the city of Corry and the townships of Amity, Concord,
12    Franklin, Greene, Greenfield, Harborcreek, Lawrence Park,
13    Leboeuf, McKean, Millcreek part, Districts 01, 02, 11, 12,
14    18, 19, 20, 21 and 23, North East, Summit, Union, Venango,
15    Washington, Waterford and Wayne and the boroughs of Edinboro,
16    Elgin, McKean, Mill Village, North East, Union City,
17    Waterford, Wattsburg and Wesleyville; all of Forest County;
18    part of Huntingdon County consisting of the townships of
19    Barree, Brady, Franklin, Henderson, Jackson, Juniata, Logan,
20    Miller, Morris, Oneida, Penn all blocks except 2102 of tract
21    950600, Porter, Shirley part, Districts Mount Union and
22    Shirley, Smithfield, Spruce Creek, Union, Walker, Warriors
23    Mark and West and the boroughs of Alexandria, Birmingham,
24    Huntingdon, Mapleton, Mill Creek, Mount Union, Petersburg and
25    Shirleysburg; all of Jefferson County; all of McKean County;
26    all of Potter County; part of Tioga County consisting of the
27    townships of Chatham, Clymer, Gaines and Shippen all blocks
28    except 2016, 2017, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
29    2100, 2101, 2105, 2106, 2107, 2108, 2109, 2110, 2116, 2132,
30    2133, 2134 and 2209 of tract 950900; all of Venango County

1    and all of Warren County.

2        (6)   The Sixth District is composed of part of Berks
3    County consisting of the townships of Alsace, Bern,
4    Colebrookdale, Cumru part, Districts 01 all blocks except
5    1000, 1001, 1003, 1004, 1005, 1006, 1007, 1018 and 1039 of
6    tract 002600, 04, 06 and 07, District, Exeter, Heidelberg,
7    Hereford part, District 02, Lower Alsace part, District 02,
8    Lower Heidelberg, Maidencreek, Marion, Muhlenberg part,
9    Districts 02, 03, 05, 06, 07, 08 and 09, North Heidelberg,
10   Ontelaunee, Penn, Pike, Richmond, Rockland, Ruscombmanor,
11   South Heidelberg, Spring part, Districts 05, 07 and 08 and
12   Washington and the boroughs of Bally, Bechtelsville,
13   Bernville, Birdsboro, Boyertown, Fleetwood, Kenhorst,
14   Laureldale part, District 01 all blocks except 4034, 4039 and
15   4045 of tract 012800, Leesport, Robesonia, Shillington, St.
16   Lawrence, Wernersville, Womelsdorf and Wyomissing part,
17   Districts 01, 02, 04 and 05; part of Chester County
18   consisting of the townships of Caln part, Districts 01 and
19   04, Charlestown, East Bradford part, Districts North and
20   South part, Division 01, East Brandywine, East Caln, East
21   Coventry, East Goshen, East Nantmeal, East Pikeland, East
22   Vincent, East Whiteland, Easttown, North Coventry,
23   Schuylkill, South Coventry, Thornbury, Tredyffrin, Upper
24   Uwchlan, Uwchlan, West Bradford part, Precincts 01, 02 and
25   03, West Goshen, West Pikeland, West Vincent, West Whiteland,
26   Westtown and Willistown and the boroughs of Downingtown,
27   Malvern, Phoenixville, Spring City and West Chester; part of
28   Lebanon County consisting of the city of Lebanon part, Wards
29   01, 02, 04, 05, 07, 08, 09 and 10 and the townships of
30   Heidelberg, Jackson, Millcreek, North Lebanon part, District

1  EAST only block 2039 of tract 002702, South Lebanon and West
2  Cornwall and the boroughs of Cornwall, Myerstown and Richland
3  and part of Montgomery County consisting of the townships of
4  Douglass, Limerick, Lower Pottsgrove, Lower Providence, New
5  Hanover, Perkiomen part, Districts 01 all blocks except 1045,
6  1046, 1047, 1048, 1057, 1059, 1061 and 1065 of tract 206501
7  and 02, Upper Hanover part, District 03, Upper Pottsgrove,
8  Upper Providence, West Norriton part, Districts 01 part,
9  Division 01, 02 part, Division 01 and 03 and West Pottsgrove
10  and the boroughs of Collegeville, East Greenville, Pennsburg,
11  Pottstown, Red Hill, Royersford, Schwenksville and Trappe.
12      (7)  The Seventh District is composed of part of Berks
13  County consisting of the townships of Amity, Brecknock,
14  Caernarvon, Cumru part, Districts 02, 03 and 05, Douglass,
15  Earl, Oley, Robeson, Spring part, Districts 01, 06 and 11 and
16  Union and the boroughs of Mohnton and New Morgan; part of
17  Chester County consisting of the townships of Birmingham,
18  Caln part, District 03, East Bradford part, District South
19  part, Division 02, Highland, Honey Brook, Kennett part,
20  Precincts 01, 02 all blocks except 1003, 1004, 1005 and 1007
21  of tract 303301 and 04, London Britain, Londonderry, New
22  Garden, Newlin, Penn, Pennsbury part, Districts North part,
23  Division 02 and South, Pocopson, Sadsbury part, District
24  North, Upper Oxford, Wallace, Warwick, West Bradford part,
25  Precincts 04 and 05, West Brandywine, West Caln, West
26  Fallowfield, West Nantmeal and West Sadsbury and the boroughs
27  of Atglen, Elverson and Honey Brook; part of Delaware County
28  consisting of the city of Chester part, Ward 01 part,
29  Divisions 03, 06 and 07 and the townships of Aston, Bethel,
30  Chadds Ford, Concord, Darby part, Wards 03 part, Division 02,

1  04 and 05, Edgmont, Haverford, Lower Chichester, Marple,
2  Middletown, Newtown, Radnor, Ridley part, Wards 01 part,
3  Divisions 01 and 03, 02, 03, 04, 05, 06, 07, 08 and 09,
4  Springfield, Thornbury, Tinicum part, Wards 03 and 05, Upper
5  Chichester, Upper Darby part, Districts 01, 02 part,
6  Divisions 02, 03, 04, 05, 06 and 07, 03 and 05 part,
7  Divisions 03, 04, 06, 07, 08 and 09 and Upper Providence and
8  the boroughs of Aldan, Brookhaven, Chester Heights, Clifton
9  Heights, Glenolden part, Precincts 01 and 06, Marcus Hook,
10  Media, Morton, Norwood, Parkside, Prospect Park, Ridley Park,
11  Rutledge and Trainer; part of Lancaster County consisting of
12  the townships of Bart, Colerain, Leacock, Paradise, Sadsbury
13  and Salisbury and the borough of Christiana and part of
14  Montgomery County consisting of the townships of East
15  Norriton part, District 01 part, Divisions 01, 03 and 04,
16  Horsham part, Districts 02 part, Divisions 02 all blocks
17  except 2006 and 2027 of tract 200506, 03 and 04, 03 part,
18  Divisions 03 and 05 and 04 part, Divisions 01, 02 and 03,
19  Lower Gwynedd part, Districts 01 part, Divisions 02 and 03
20  and 02 part, Division 01, Perkiomen part, District 01 only
21  blocks 1045, 1046, 1047, 1048, 1057, 1059, 1061 and 1065 of
22  tract 206501, Plymouth part, Districts 01 part, Division 01,
23  02 part, Divisions 01, 02 and 03A and 03 part, Division 01,
24  Skippack, Springfield part, Districts 03, 06 and 07 part,
25  Division 02, Towamencin, Upper Dublin part, Districts 02
26  part, Division 01, 04 part, Division 01, 05 part, Division
27  01, 06 part, Division 02 and 07 part, Divisions 01 and 02,
28  Upper Gwynedd part, Districts 01, 02, 04, 05, 06 and 07,
29  Upper Merion part, Districts Belmont part, Divisions 02, 04
30  and 05, Gulph part, Division 02 and Roberts, West Norriton

1    part, Districts 01 part, Division 02, 02 part, Division 02
2    and 04, Whitemarsh part, Districts East and Middle part,
3    Division 05, Whitpain part, Districts 01, 02, 03, 05, 06, 07,
4    08, 11 and 12 and Worcester.
5        (8)  The Eighth District is composed of all of Bucks
6    County and part of Montgomery County consisting of the
7    townships of Franconia, Hatfield all blocks except 2006 and
8    2027 of tract 200506, Lower Frederick, Lower Salford,
9    Marlborough, Salford, Upper Frederick, Upper Hanover part,
10   Districts 01 and 02 and Upper Salford and the boroughs of
11   Green Lane, Hatfield, Souderton and Telford Montgomery County
12   Portion.
13       (9)  The Ninth District is composed of all of Bedford
14   County; all of Blair County; part of Cambria County
15   consisting of the townships of allegheny, Barr part,
16   Districts North and South only blocks 3001 and 3002 of tract
17   011800, Chest, Clearfield, Cresson, Dean, East Carroll part,
18   District North, Elder, Gallitzin, Munster, Reade,
19   Susquehanna, West Carroll and White and the boroughs of
20   Ashville, Chest Springs, Cresson, Gallitzin, Hastings,
21   Loretto, Northern Cambria part, Wards 01, 02, 03 only block
22   3026 of tract 011800, 04 and 05, Patton, Sankertown and
23   Tunnelhill Cambria County Portion; all of Fayette County; all
24   of Franklin County; all of Fulton County; part of Greene
25   County consisting of the townships of Cumberland, Dunkard,
26   Greene, Jefferson, Monongahela and Morgan part, Districts
27   Chart/t.grdn and Mather and the boroughs of Carmichaels,
28   Clarksville, Greensboro, Jefferson and Rices Landing; part of
29   Huntingdon County consisting of the townships of Carbon,
30   Cass, Clay, Cromwell, Dublin, Hopewell, Lincoln, Penn only

1  block 2102 of tract 950600, Shirley part, District Valley
2  Pt., Springfield, Tell, Todd and Wood and the boroughs of
3  Broad Top City, Cassville, Coalmont, Dudley, Marklesburg,
4  Orbisonia, Rockhill, Saltillo, Shade Gap and Three Springs;
5  all of Indiana County; part of Somerset County consisting of
6  the townships of Addison, allegheny, Brothersvalley, Elk
7  Lick, Fairhope, Greenville, Larimer, Lower Turkeyfoot,
8  Northampton, Southampton, Stonycreek and Summit and the
9  boroughs of Addison, Berlin, Callimont, Confluence, Garrett,
10  Indian Lake, Meyersdale, New Baltimore, Salisbury,
11  Shanksville, Ursina and Wellersburg; part of Washington
12  County consisting of the city of Monongahela and the
13  townships of Carroll, East Bethlehem and Fallowfield part,
14  Districts 01, 02 all blocks except 1030 of tract 781700, 03
15  and 04, and the boroughs of allenport, Bentleyville,
16  California, Centerville, Charleroi, Coal Center, Donora,
17  Dunlevy, Elco, Long Branch, New Eagle, North Charleroi,
18  Roscoe, Speers, Stockdale, Twilight and West Brownsville and
19  part of Westmoreland County consisting of the city of
20  Monessen and the borough of North Belle Vernon.
21     (10)  The Tenth District is composed of all of Bradford
22  County; all of Juniata County; part of LackAwanna County
23  consisting of the townships of Abington, Benton, Carbondale
24  part, Districts Northeast and South, Clifton, Covington,
25  Elmhurst, Fell, Glenburn, Greenfield, Jefferson, La Plume,
26  Madison, Newton, North Abington, Ransom, Roaring Brook,
27  Scott, South Abington and West Abington and the boroughs of
28  Archbald part, Wards 02 and 03, Clarks Green, Clarks Summit,
29  Dalton, Moscow, Olyphant part, Wards 03 part, Division 02 all
30  blocks except 1025 of tract 111400 and 04, Throop part, Ward

04 and Vandling; all of Lycoming County; all of Mifflin
County; part of Monroe County consisting of the townships of
Barrett, Jackson, Paradise, Pocono, Price and Stroud part,
Districts 02, 03 and 04 and the boroughs of East Stroudsburg,
Mount Pocono and Stroudsburg; part of Northumberland County
consisting of the townships of Delaware, East Chillisquaque,
Lewis, Point, Turbot and West Chillisquaque and the boroughs
of McEwensville, Milton, Northumberland, Turbotville and
Watsontown; part of Perry County consisting of the townships
of Buffalo, Centre, Greenwood, Howe, Jackson, Juniata,
Liverpool, Miller, North East Madison, Oliver, Saville, South
West Madison, Toboyne, Tuscarora, Tyrone and Watts and the
boroughs of Blain, Bloomfield, Landisburg, Liverpool,
Millerstown, New Buffalo, Newport and Riverside only blocks
2032, 2035, 2043, 2100, 2102, 2103, 3037, 3038, 3039, 3043,
3050 and 3051 of tract 080700; all of Pike County; all of
Snyder County; all of Sullivan County; all of Susquehanna
County; part of Tioga County consisting of the townships of
Bloss, Brookfield, Charleston, Covington, Deerfield, Delmar,
Duncan, Elk, Farmington, Hamilton, Jackson, Lawrence,
Liberty, Middlebury, Morris, Nelson, Osceola, Putnam,
Richmond, Rutland, Shippen only blocks 2016, 2017, 2093,
2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2105, 2106,
2107, 2108, 2109, 2110, 2116, 2132, 2133, 2134 and 2209 of
tract 950900, Sullivan, Tioga, Union, Ward and Westfield and
the boroughs of Blossburg, Elkland, Knoxville, Lawrenceville,
Liberty, Mansfield, Roseville, Tioga, Wellsboro and
Westfield; all of Union County and all of Wayne County.
    (11)  The Eleventh District is composed of part of Carbon
County consisting of the townships of Banks, Kidder,

1  Lausanne, Lehigh, Packer and Penn Forest and the boroughs of
2  Beaver Meadows, East Side and Weatherly; all of Columbia
3  County; part of Cumberland County consisting of the townships
4  of Cooke, Dickinson, Hopewell, Lower Frankford, Lower
5  Mifflin, Middlesex, Monroe, North Middleton, North Newton,
6  Penn, Shippensburg, South Middleton, South Newton,
7  Southampton, Upper allen part, Precincts 06 and 09, Upper
8  Frankford, Upper Mifflin and West Pennsboro and the boroughs
9  of Carlisle, Mechanicsburg part, Wards 01, 02 part, Division
10  01, 03, 04 and 05, Mount Holly Springs, Newburg, Newville and
11  Shippensburg Cumberland County Portion; part of Dauphin
12  County consisting of the city of Harrisburg part, Ward 01
13  part, Divisions 01 and 03 and the townships of Halifax,
14  Jackson, Jefferson, Lower Paxton, Lower Swatara, Lykens,
15  Middle Paxton, Mifflin, Reed, Rush, Susquehanna part, Wards
16  02, 03 all blocks except 4009, 4010, 4027, 4029, 4037 and
17  4038 of tract 022000, 04, 05, 06, 07, 08 and 09, Swatara,
18  Upper Paxton, Washington, Wayne, West Hanover part, District
19  01, Wiconisco and Williams and the boroughs of Berrysburg,
20  Dauphin, Elizabethville, Gratz, Halifax, Highspire, Lykens,
21  Millersburg, Paxtang, Penbrook, Pillow, Steelton and
22  Williamstown; part of Luzerne County consisting of the cities
23  of Hazleton and Nanticoke and the townships of Bear Creek,
24  Black Creek, Buck, Butler, Conyngham, Dallas, Dennison,
25  Dorrance, Exeter, Fairmount, Fairview, Foster, Franklin,
26  Hanover, Hazle, Hollenback, Hunlock, Huntington, Jackson,
27  Kingston, Lake, Lehman, Nescopeck, Newport, Plymouth, Rice,
28  Ross, Salem, Slocum, Sugarloaf, Union and Wright and the
29  boroughs of Ashley, Bear Creek Village, Conyngham, Courtdale,
30  Dallas, Edwardsville, Forty Fort, Freeland, Harveys Lake,

1    Jeddo, Kingston, Larksville, Laurel Run, Luzerne, Nescopeck,
2    New Columbus, Nuangola, Penn Lake Park, Plymouth, Pringle,
3    Shickshinny, Sugar Notch, Swoyersville, Warrior Run, West
4    Hazleton and White Haven; all of Montour County; part of
5    Northumberland County consisting of the cities of Shamokin
6    and Sunbury and the townships of Coal, East Cameron, Jackson,
7    Jordan, Little Mahanoy, Lower Augusta, Lower Mahanoy, Mount
8    Carmel, Ralpho, Rockefeller, Rush, Shamokin, Upper Augusta,
9    Upper Mahanoy, Washington, West Cameron and Zerbe and the
10   boroughs of Herndon, Kulpmont, Marion Heights, Mount Carmel,
11   Riverside all blocks except 2032, 2035, 2043, 2100, 2102,
12   2103, 3037, 3038, 3039, 3043, 3050 and 3051 of tract 080700
13   and Snydertown; part of Perry County consisting of the
14   townships of Carroll, Penn, Rye, Spring and Wheatfield and
15   the boroughs of Duncannon and Marysville and all of Wyoming
16   County.
17        (12)  The Twelfth District is composed of part of
18   Allegheny County consisting of the townships of Aleppo, Fawn,
19   Frazer, Hampton, Harrison part, Wards 01 part, Divisions 02
20   and 03, 03, 04 and 05 part, Division 02, Indiana, Kilbuck,
21   Marshall, McCandless, O'Hara, Ohio, Pine, Reserve, Richland,
22   Ross, Shaler and West Deer and the boroughs of Aspinwall,
23   Bell Acres, Bradford Woods, Fox Chapel, Franklin Park, Glen
24   Osborne, Haysville, Monroeville part, Wards 03 part,
25   Divisions 01 and 04 and 04 part, Division 03, Plum,
26   Sewickley, Sewickley Heights, Sewickley Hills and West View;
27   all of Beaver County; part of Cambria County consisting of
28   the city of Johnstown and the townships of Adams, Barr part,
29   Districts North and South all blocks except 3001 and 3002 of
30   tract 011800, Blacklick, Cambria, Conemaugh, Croyle, East

1    Carroll part, District South, East Taylor, Jackson, Lower
2    Yoder, Middle Taylor, Northern Cambria part, Ward 03 only
3    block 3026 of tract 011800, Portage, Richland, Stonycreek,
4    Summerhill, Upper Yoder, Washington and West Taylor and the
5    boroughs of Brownstown, Carrolltown, Cassandra, Daisytown,
6    Dale, East Conemaugh, Ebensburg, Ehrenfeld, Ferndale,
7    Franklin, Geistown, Lilly, Lorain, Nanty Glo, Portage, Scalp
8    Level, South Fork, Southmont, Summerhill, Vintondale,
9    Westmont and Wilmore; part of Lawrence County consisting of
10   the townships of Little Beaver, Perry and Wayne and the
11   boroughs of Ellport, Ellwood City Lawrence County Portion,
12   Enon Valley, New Beaver and Wampum; part of Somerset County
13   consisting of the townships of Black, Conemaugh, Jefferson,
14   Jenner, Lincoln, Middlecreek, Milford, Ogle, Paint,
15   Quemahoning, Shade, Somerset and Upper Turkeyfoot and the
16   boroughs of Benson, Boswell, Casselman, Central City,
17   Hooversville, Jennerstown, New Centerville, Paint, Rockwood,
18   Seven Springs Somerset County Portion, Somerset, Stoystown
19   and Windber and part of Westmoreland County consisting of the
20   city of Lower Burrell and the townships of allegheny, Bell,
21   Derry, Fairfield, Loyalhanna, Salem, St. Clair, Upper Burrell
22   and Washington and the boroughs of Avonmore, Bolivar,
23   Delmont, Derry, East Vandergrift, Export, Hyde Park,
24   Murrysville, New Alexandria, New Florence, Oklahoma, Seward,
25   Vandergrift and West Leechburg.
26       (13)  The Thirteenth District is composed of part of
27   Montgomery County consisting of the townships of Abington,
28   Cheltenham, East Norriton part, Districts 01 part, Division
29   02 and 02, Hatfield part, District 05 part, Division 02 only
30   block 3006 of tract 200704, Horsham part, Districts 01, 02

part, Divisions 01 and 02 only blocks 2006 and 2027 of tract 200506, 03 part, Divisions 01, 02 and 04 and 04 part, Division 04, Lower Gwynedd part, Districts 01 part, Divisions 01 and 04 and 02 part, Division 02, Lower Merion part, Ward 02 part, Division 02 only blocks 1000, 1001, 1002 and 1021 of tract 204800, Lower Moreland, Montgomery, Plymouth part, Districts 01 part, Division 02, 02 part, Divisions 03B and 03C, 03 part, Divisions 02 and 03 and 04, Springfield part, Districts 01, 02, 04, 05 and 07 part, Division 01, Upper Dublin part, Districts 01, 02 part, Divisions 02 and 03, 03, 04 part, Divisions 02 and 03, 05 part, Divisions 01, 02 and 03, 06 part, Divisions 01, 03A and 03B and 07 part, Division 03, Upper Gwynedd part, District 03, Upper Merion part, Districts Belmont part, Divisions 01 and 03, Candlebrook, Gulph part, Division 01, King, Swedeland and Swedesburg, Upper Moreland, Whitemarsh part, Districts Middle part, Divisions 01, 02, 03 and 04 and West and Whitpain part, Districts 04, 09 and 10 and the boroughs of Ambler, Bridgeport, Bryn Athyn, Conshohocken, Hatboro, Jenkintown, Lansdale, Norristown, North Wales, Rockledge and West Conshohocken and part of Philadelphia County consisting of the city of Philadelphia part, Wards 23, 35, 42, 53, 54 part, Divisions 01, 02, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 17, 18 and 22, 55 part, Division 24, 56, 57 part, Divisions 01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28, 58, 61 part, Divisions 03, 04, 05, 08, 09, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 25, 26, 27 and 28, 62 part, Divisions 10 and 20, 63, 64 part, Divisions 01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 13, 14, 15, 16, 17 and 18 and 66.

1     (14)  The Fourteenth District is composed of part of
2     Allegheny County consisting of the cities of Clairton,
3     Duquesne, McKeesport and Pittsburgh and the townships of
4     Baldwin, East Deer, Harmar, Harrison part, Wards 01 part,
5     Division 01, 02 and 05 part, Division 01, Kennedy, Neville,
6     North Versailles, Penn Hills, Robinson part, Districts 03 and
7     05, Springdale, Stowe and Wilkins and the boroughs of Avalon,
8     Baldwin, Bellevue, Ben Avon, Ben Avon Heights, Blawnox,
9     Brackenridge, Braddock, Braddock Hills, Brentwood, Chalfant,
10    Cheswick, Churchill, Coraopolis, Crafton, Dormont,
11    Dravosburg, East McKeesport, East Pittsburgh, Edgewood,
12    Emsworth, Etna, Forest Hills, Glassport, Glenfield, Green
13    Tree, Homestead, Ingram, Liberty, Lincoln, McKees Rocks,
14    Millvale, Monroeville part, Wards 01, 02 part, Division 02,
15    03 part, Division 03, 05 part, Divisions 01, 02 and 04, 06
16    and 07, Mount Oliver, Munhall, North Braddock, Oakmont,
17    Pitcairn, Port Vue, Rankin, Sharpsburg, Springdale,
18    Swissvale, Tarentum, Trafford allegheny County Portion,
19    Turtle Creek, Verona, Versailles, Wall, West Homestead, West
20    Mifflin, Whitaker, White Oak, Whitehall part, Districts 01
21    only blocks 2006, 2008 and 2009 of tract 477200, 02, 03, 04,
22    05, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15 and 16 Wilkinsburg
23    and Wilmerding and part of Westmoreland County consisting of
24    the cities of Arnold and New Kensington.
25       (15)  The Fifteenth District is composed of part of BERKS
26    County consisting of the townships of Albany, Bethel, Centre,
27    Greenwich, Hereford part, District 01, Jefferson, Longswamp,
28    Maxatawny, Perry, Tilden, Tulpehocken, Upper Bern, Upper
29    Tulpehocken and Windsor and the boroughs of Centerport,
30    Hamburg, Kutztown, Lenhartsville, Lyons, Shoemakersville,

1    Strausstown and Topton; part of Dauphin County consisting of
2    the townships of Conewago, Derry, East Hanover, Londonderry,
3    South Hanover and West Hanover part, Districts 02, 03 and 04
4    and the boroughs of Hummelstown, Middletown and Royalton;
5    part of Lebanon County consisting of the city of Lebanon
6    part, Wards 03 and 06 and the townships of Annville, Bethel,
7    East Hanover, North Annville, North Cornwall, North Lebanon
8    part, Districts East all blocks except 2039 of tract 002702,
9    Middle and West, North Londonderry, South Annville, South
10   Londonderry, Swatara, Union and West Lebanon and the boroughs
11   of Cleona, Jonestown, Mount Gretna and Palmyra; all of Lehigh
12   County and part of Northampton County consisting of the city
13   of Bethlehem Northampton County Portion part, Wards 01, 02,
14   03, 04, 05, 06, 07, 08, 09, 14, 15, 16 and 17 blocks 1026,
15   1123, 2018 and 2055 of tract 011300 and the townships of
16   Allen, Bushkill, East Allen, Hanover, Lehigh, Lower Nazareth,
17   Lower Saucon, Moore, Plainfield part, Districts Belfast,
18   Kesslersville and Plainfield Church, Upper Nazareth part,
19   District West and Williams and the boroughs of Bath, Chapman,
20   Hellertown, North Catasauqua, Northampton and Walnutport.
21        (16)  The Sixteenth District is composed of part of Berks
22   County consisting of the city of Reading and the townships of
23   Cumru part, District 01 only blocks 1000, 1001, 1003, 1004,
24   1005, 1006, 1007, 1018 and 1039 of tract 002600, Lower Alsace
25   part, District 01, Muhlenberg part, Districts 01 and 04 and
26   Spring part, Districts 02, 03, 04, 09, 10 and 12 and the
27   boroughs of Adamstown Berks County Portion, Laureldale part,
28   Districts 01 only blocks 4034, 4039 and 4045 of tract 012800
29   and 02, Mount Penn, Sinking Spring, West Reading and
30   Wyomissing part, District 03; part of Chester County

1    consisting of the city of Coatesville and the townships of
2    Caln part, District 02, East Fallowfield, East Marlborough,
3    East Nottingham, Elk, Franklin, Kennett part, Precinct 02
4    only blocks 1003, 1004, 1005 and 1007 of tract 303301 and 03,
5    London Grove, Lower Oxford, New London, Pennsbury part,
6    District North part, Division 01, Sadsbury part, District
7    South, Valley, West Marlborough and West Nottingham and the
8    boroughs of Avondale, Kennett Square, Modena, Oxford,
9    Parkesburg, South Coatesville and West Grove and part of
10   Lancaster County consisting of the city of Lancaster and the
11   townships of Brecknock, Caernarvon, Clay, Conestoga, Conoy,
12   Drumore, Earl, East Cocalico, East Donegal, East Drumore,
13   East Earl, East Hempfield, East Lampeter, Eden, Elizabeth,
14   Ephrata, Fulton, Lancaster, Little Britain, Manheim, Manor,
15   Martic, Mount Joy, Penn, Pequea, Providence, Rapho,
16   Strasburg, Upper Leacock, Warwick, West Cocalico, West
17   Donegal, West Earl, West Hempfield and West Lampeter and the
18   boroughs of Adamstown Lancaster County Portion, Akron,
19   Columbia, Denver, East Petersburg, Elizabethtown, Ephrata,
20   Lititz, Manheim, Marietta, Millersville, Mount Joy,
21   Mountville, New Holland, Quarryville, Strasburg and Terre
22   Hill.
23        (17)  The Seventeenth District is composed of part of
24   Carbon County consisting of the townships of East Penn,
25   Franklin, Lower Towamensing, Mahoning and Towamensing and the
26   boroughs of Bowmanstown, Jim Thorpe, Lansford, Lehighton,
27   Nesquehoning, Palmerton, Parryville, Summit Hill and
28   Weissport; part of Lackawanna County consisting of the cities
29   of Carbondale and Scranton and the townships of Carbondale
30   part, District Northwest, Spring Brook and Thornhurst and the

1    boroughs of Archbald part, Wards 01 and 04, Blakely, Dickson
2    City, Dunmore, Jermyn, Jessup, Mayfield, Moosic, Old Forge,
3    Olyphant part, Wards 01, 02 and 03 part, Divisions 01 and 02
4    only block 1025 of tract 111400, Taylor and Throop part,
5    Wards 01, 02 and 03; part of Luzerne County consisting of the
6    cities of Pittston and Wilkes-Barre and the townships of
7    Jenkins, Pittston, Plains and Wilkes-Barre and the boroughs
8    of Avoca, Dupont, Duryea, Exeter, Hughestown, Laflin, West
9    Pittston, West Wyoming, Wyoming and Yatesville; part of
10   Monroe County consisting of the townships of Chestnuthill,
11   Coolbaugh, Eldred, Hamilton, Middle Smithfield, Polk, Ross,
12   Smithfield, Stroud part, Districts 01, 05, 06 and 07,
13   Tobyhanna and Tunkhannock and the borough of Delaware Water
14   Gap; part of Northampton County consisting of the cities of
15   Bethlehem Northampton County Portion part, Ward 17 all except
16   blocks 1026, 1123, 2018 and 2055 of tract 011300 and Easton
17   and the townships of Bethlehem, Forks, Lower Mount Bethel,
18   Palmer, Plainfield part, District Delabole, Upper Mount
19   Bethel, Upper Nazareth part, District East and Washington and
20   the boroughs of Bangor, East Bangor, Freemansburg, Glendon,
21   Nazareth, Pen Argyl, Portland, Roseto, Stockertown, Tatamy,
22   West Easton, Wilson and Wind Gap and all of Schuylkill
23   County.
24       (18)  The Eighteenth District is composed of part of
25   Allegheny County consisting of the townships of Collier,
26   Crescent, Elizabeth, Findlay, Forward, Leet, Moon, Mount
27   Lebanon, North Fayette, Robinson part, Districts 01, 02, 04,
28   06, 07, 08 and 09, Scott, South Fayette, South Park, South
29   Versailles and Upper St. Clair and the boroughs of Bethel
30   Park, Bridgeville, Carnegie, Castle Shannon, Edgeworth,

Elizabeth, Heidelberg, Jefferson Hills, Leetsdale, McDonald

allegheny County Portion, Monroeville part, Wards 02 part,

Divisions 01 and 03, 03 part, Division 02, 04 part, Divisions

01 and 02 and 05 part, Division 03, Oakdale, Pennsbury

Village, Pleasant Hills, Rosslyn Farms, Thornburg, West

Elizabeth, and Whitehall part, Districts 01 all blocks except

2006, 2008 and 2009 of tract 477200, 02, 03, 04, 05, 06, 07,

08, 09, 10, 11, 12, 13, 14, 15 and 16; part of Greene County

consisting of the townships of Aleppo, Center, Franklin,

Freeport, Gilmore, Gray, Jackson, Morgan part, District

Lippencott, Morris, Perry, Richhill, Springhill, Washington,

Wayne and Whiteley and the borough of Waynesburg; part of

Washington County consisting of the city of Washington and

the townships of Amwell, Blaine, Buffalo, Canton, Cecil,

Chartiers, Cross Creek, Donegal, East Finley, Fallowfield

part, Districts 01, 02 only block 1030 of tract 781700, 03

and 04, Hanover, Hopewell, Independence, Jefferson, Morris,

Mount Pleasant, North Bethlehem, North Franklin, North

Strabane, Nottingham, Peters, Robinson, Smith, Somerset,

South Franklin, South Strabane, Union, West Bethlehem, West

Finley and West Pike Run and the boroughs of Beallsville,

Burgettstown, Canonsburg, Claysville, Cokeburg, Deemston,

East Washington, Ellsworth, Finleyville, Green Hills,

Houston, Marianna, McDonald Washington County Portion, Midway

and West Middletown and part of Westmoreland County

consisting of the cities of Greensburg, Jeannette and Latrobe

and the townships of Cook, Donegal, East Huntingdon,

Hempfield, Ligonier, Mount Pleasant, North Huntingdon, Penn,

Rostraver, Sewickley, South Huntingdon and Unity and the

boroughs of Adamsburg, Arona, Donegal, Hunker, Irwin, Laurel

1  ~~Mountain, Ligonier, Madison, Manor, Mount Pleasant, New~~

2  ~~Stanton, North Irwin, Penn, Scottdale, Smithton, South~~

3  ~~Greensburg, Southwest Greensburg, Sutersville, Trafford~~

4  ~~Westmoreland County Portion, West Newton, Youngstown and~~

5  ~~Youngwood.~~

6       (1)  THE FIRST DISTRICT IS COMPOSED OF PART OF DELAWARE     ←

7  COUNTY CONSISTING OF THE CITY OF CHESTER WARDS 01 (DIVISIONS

8  01, 02, 04, 05 AND 08), 02, 03, 04, 05, 06, 07, 08, 09, 10

9  AND 11 AND THE TOWNSHIPS OF CHESTER, DARBY WARDS 01, 02 AND

10  03 (DIVISION 01), NETHER PROVIDENCE, RIDLEY WARD 01 (DIVISION

11  02), TINICUM WARDS 01, 02 AND 04 AND UPPER DARBY DISTRICTS 02

12  (DIVISION 01), 04, 05 (DIVISIONS 01, 02 AND 05), 06 AND 07

13  AND THE BOROUGHS OF COLLINGDALE, COLWYN, DARBY, EAST

14  LANSDOWNE, EDDYSTONE, FOLCROFT, GLENOLDEN PRECINCTS 02, 03,

15  04 AND 05, LANSDOWNE, MILLBOURNE, ROSE VALLEY, SHARON HILL,

16  SWARTHMORE, UPLAND AND YEADON AND PART OF PHILADELPHIA COUNTY

17  CONSISTING OF THE CITY OF PHILADELPHIA WARDS 01, 02, 03, 05,

18  07, 14, 15 (DIVISIONS 01, 02, 03, 04, 05, 06, 07, 08, 09, 10,

19  11, 12, 13, 14, 16, 17, 18 AND 19), 18, 19, 20 (DIVISIONS 01,

20  02, 03, 04, 05, 06, 08, 10 AND 11), 25, 26, 31, 33, 34, 37

21  (DIVISIONS 17, 18, 19 AND 20), 39, 40, 41, 45, 47 (DIVISION

22  01), 54 (DIVISIONS 03, 14, 15, 16, 19, 20 AND 21), 55

23  (DIVISIONS 01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12,

24  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28

25  AND 29), 57 (DIVISION 18), 62 (DIVISIONS 01, 02, 03, 04, 05,

26  06, 07, 08, 09, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22,

27  23, 24, 25 AND 26), 64 (DIVISION 12) AND 65.

28       (2)  THE SECOND DISTRICT IS COMPOSED OF PART OF

29  MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIP OF LOWER MERION

30  WARDS 01, 02 (DIVISIONS 01, 02 ALL BLOCKS EXCEPT 1000, 1001,

1   1002 AND 1021 OF TRACT 204800 AND 03), 03, 04, 05, 06, 07,
2   08, 09, 10, 11, 12, 13 AND 14 AND THE BOROUGH OF NARBERTH AND
3   PART OF PHILADELPHIA COUNTY CONSISTING OF THE CITY OF
4   PHILADELPHIA WARDS 04, 06, 08, 09, 10, 11, 12, 13, 15
5   (DIVISION 15), 16, 17, 20 (DIVISIONS 07 AND 09), 21, 22, 24,
6   27, 28, 29, 30, 32, 36, 37 (DIVISIONS 01, 02, 03, 04, 05, 06,
7   07, 08, 09, 10, 11, 12, 13, 14, 15, 16 AND 21), 38, 43, 44,
8   46, 47 (DIVISIONS 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12,
9   13 AND 14), 48, 49, 50, 51, 52, 59, 60 AND 61 (DIVISIONS 01,
10  02, 06, 07, 17, 21, 22, 23 AND 24).
11      (3)  THE THIRD DISTRICT IS COMPOSED OF ALL OF ARMSTRONG
12  COUNTY; ALL OF BUTLER COUNTY; PART OF CLARION COUNTY
13  CONSISTING OF THE TOWNSHIPS OF BRADY, LICKING, MADISON,
14  MONROE, PERRY, PINEY ALL BLOCKS EXCEPT 3000, 3001, 3002,
15  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3013, 3014,
16  3015, 3021, 3024, 3026, 3030, 3031, 3032, 3037, 3038, 3039,
17  3044, 3046, 3056, 3136 AND 3137 OF TRACT 160500, PORTER,
18  REDBANK AND TOBY AND THE BOROUGHS OF CALLENSBURG, EAST BRADY,
19  HAWTHORN, NEW BETHLEHEM, RIMERSBURG AND SLIGO; PART OF
20  CRAWFORD COUNTY CONSISTING OF THE CITY OF MEADVILLE AND THE
21  TOWNSHIPS OF ATHENS, BEAVER, BLOOMFIELD, CAMBRIDGE, CONNEAUT,
22  CUSSEWAGO, EAST FAIRFIELD, EAST FALLOWFIELD, EAST MEAD,
23  FAIRFIELD, GREENWOOD, HAYFIELD, NORTH SHENANGO, OIL CREEK,
24  PINE, RANDOLPH, RICHMOND, ROCKDALE, ROME, SADSBURY, SOUTH
25  SHENANGO, SPARTA, SPRING, STEUBEN, SUMMERHILL, SUMMIT, TROY,
26  UNION, VENANGO, VERNON, WAYNE, WEST FALLOWFIELD, WEST MEAD,
27  WEST SHENANGO AND WOODCOCK AND THE BOROUGHS OF BLOOMING
28  VALLEY, CAMBRIDGE SPRINGS, CENTERVILLE, COCHRANTON, CONNEAUT
29  LAKE, CONNEAUTVILLE, HYDETOWN, LINESVILLE, SAEGERTOWN,
30  SPARTANSBURG, SPRINGBORO, TOWNVILLE, VENANGO AND WOODCOCK;

PART OF ERIE COUNTY CONSISTING OF THE CITY OF ERIE AND THE
TOWNSHIPS OF CONNEAUT, ELK CREEK, FAIRVIEW, GIRARD, LAKE
ERIE, MILLCREEK DISTRICTS 03, 04, 05, 06, 07, 08, 09, 10, 13,
14, 15, 16, 17, 22 AND 24 AND SPRINGFIELD AND THE BOROUGHS OF
ALBION, CRANESVILLE, GIRARD, LAKE CITY AND PLATEA; PART OF
LAWRENCE COUNTY CONSISTING OF THE CITY OF NEW CASTLE AND THE
TOWNSHIPS OF HICKORY, MAHONING, NESHANNOCK, NORTH BEAVER,
PLAIN GROVE, PULASKI, SCOTT, SHENANGO, SLIPPERY ROCK, TAYLOR,
UNION, WASHINGTON AND WILMINGTON AND THE BOROUGHS OF
BESSEMER, NEW WILMINGTON, S.N.P.J., SOUTH NEW CASTLE AND
VOLANT AND ALL OF MERCER COUNTY.

(4)  THE FOURTH DISTRICT IS COMPOSED OF ALL OF ADAMS
COUNTY; PART OF CUMBERLAND COUNTY CONSISTING OF THE TOWNSHIPS
OF EAST PENNSBORO, HAMPDEN, LOWER ALLEN, SILVER SPRING AND
UPPER ALLEN PRECINCTS 01, 02, 03, 04, 05, 07, 08 AND 10 AND
THE BOROUGHS OF CAMP HILL, LEMOYNE, MECHANICSBURG WARD 02
(DIVISION 02), NEW CUMBERLAND, SHIREMANSTOWN AND
WORMLEYSBURG; PART OF DAUPHIN COUNTY CONSISTING OF THE CITY
OF HARRISBURG WARDS 01 (DIVISION 02), 02, 03, 04, 05, 06, 07,
08, 09, 10, 11, 12, 13, 14 AND 15 AND THE TOWNSHIP OF
SUSQUEHANNA WARDS 01 AND 03 ONLY BLOCKS 4009, 4010, 4027,
4029, 4037 AND 4038 OF TRACT 022000 AND ALL OF YORK COUNTY.

(5)  THE FIFTH DISTRICT IS COMPOSED OF ALL OF CAMERON
COUNTY; ALL OF CENTRE COUNTY; PART OF CLARION COUNTY
CONSISTING OF THE TOWNSHIPS OF ASHLAND, BEAVER, CLARION, ELK,
FARMINGTON, HIGHLAND, KNOX, LIMESTONE, MILLCREEK, PAINT,
PINEY ONLY BLOCKS 3000, 3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 3013, 3014, 3015, 3021, 3024, 3026,
3030, 3031, 3032, 3037, 3038, 3039, 3044, 3046, 3056, 3136
AND 3137 OF TRACT 160500, RICHLAND, SALEM AND WASHINGTON AND

1    THE BOROUGHS OF CLARION, EMLENTON (CLARION COUNTY PORTION),
2    FOXBURG, KNOX, SHIPPENVILLE, ST. PETERSBURG AND
3    STRATTANVILLE; ALL OF CLEARFIELD COUNTY; ALL OF CLINTON
4    COUNTY; PART OF CRAWFORD COUNTY CONSISTING OF THE CITY OF
5    TITUSVILLE; ALL OF ELK COUNTY; PART OF ERIE COUNTY CONSISTING
6    OF THE CITY OF CORRY AND THE TOWNSHIPS OF AMITY, CONCORD,
7    FRANKLIN, GREENE, GREENFIELD, HARBORCREEK, LAWRENCE PARK,
8    LEBOEUF, MCKEAN, MILLCREEK DISTRICTS 01, 02, 11, 12, 18, 19,
9    20, 21 AND 23, NORTH EAST, SUMMIT, UNION, VENANGO,
10   WASHINGTON, WATERFORD AND WAYNE AND THE BOROUGHS OF EDINBORO,
11   ELGIN, MCKEAN, MILL VILLAGE, NORTH EAST, UNION CITY,
12   WATERFORD, WATTSBURG AND WESLEYVILLE; ALL OF FOREST COUNTY;
13   PART OF HUNTINGDON COUNTY CONSISTING OF THE TOWNSHIPS OF
14   BARREE, BRADY, FRANKLIN, HENDERSON, JACKSON, JUNIATA, LOGAN,
15   MILLER, MORRIS, ONEIDA, PENN ALL BLOCKS EXCEPT 2102 OF TRACT
16   950600, PORTER, SHIRLEY DISTRICTS MOUNT UNION AND SHIRLEY,
17   SMITHFIELD, SPRUCE CREEK, UNION, WALKER, WARRIORS MARK AND
18   WEST AND THE BOROUGHS OF ALEXANDRIA, BIRMINGHAM, HUNTINGDON,
19   MAPLETON, MILL CREEK, MOUNT UNION, PETERSBURG AND
20   SHIRLEYSBURG; ALL OF JEFFERSON COUNTY; ALL OF MCKEAN COUNTY;
21   ALL OF POTTER COUNTY; PART OF TIOGA COUNTY CONSISTING OF THE
22   TOWNSHIPS OF CHATHAM, CLYMER, GAINES AND SHIPPEN ALL BLOCKS
23   EXCEPT 2016, 2017, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
24   2100, 2101, 2105, 2106, 2107, 2108, 2109, 2110, 2116, 2132,
25   2133, 2134 AND 2209 OF TRACT 950900; ALL OF VENANGO COUNTY
26   AND ALL OF WARREN COUNTY.
27       (6)  THE SIXTH DISTRICT IS COMPOSED OF PART OF BERKS
28   COUNTY CONSISTING OF THE TOWNSHIPS OF ALSACE, BERN,
29   COLEBROOKDALE, CUMRU DISTRICTS 01 ALL BLOCKS EXCEPT 1000,
30   1001, 1003, 1004, 1005, 1006 AND 1007 OF TRACT 002600 AND

1    BLOCKS 1018 AND 1139 OF TRACT 002900, 04, 06 AND 07,

2    DISTRICT, EXETER, HEIDELBERG, HEREFORD DISTRICT 02, LOWER

3    ALSACE DISTRICT 02, LOWER HEIDELBERG, MAIDENCREEK, MARION,

4    MUHLENBERG  DISTRICTS 02, 03, 05, 06, 07, 08 AND 09, NORTH

5    HEIDELBERG, ONTELAUNEE, PENN, PIKE, RICHMOND, ROCKLAND,

6    RUSCOMBMANOR, SOUTH HEIDELBERG, SPRING DISTRICTS 05, 07 AND

7    08 AND WASHINGTON AND THE BOROUGHS OF BALLY, BECHTELSVILLE,

8    BERNVILLE, BIRDSBORO, BOYERTOWN, FLEETWOOD, KENHORST,

9    LAURELDALE DISTRICT 01 ALL BLOCKS EXCEPT 4034, 4039 AND 4045

10   OF TRACT 012800, LEESPORT, ROBESONIA, SHILLINGTON, ST.

11   LAWRENCE, WERNERSVILLE, WOMELSDORF AND WYOMISSING  DISTRICTS

12   01, 02, 04 AND 05; PART OF CHESTER COUNTY CONSISTING OF THE

13   TOWNSHIPS OF CALN DISTRICTS 01 AND 04, CHARLESTOWN, EAST

14   BRADFORD DISTRICTS NORTH AND SOUTH (DIVISION 01), EAST

15   BRANDYWINE, EAST CALN, EAST COVENTRY, EAST GOSHEN, EAST

16   NANTMEAL, EAST PIKELAND, EAST VINCENT, EAST WHITELAND,

17   EASTTOWN, NORTH COVENTRY, SCHUYLKILL, SOUTH COVENTRY,

18   THORNBURY, TREDYFFRIN, UPPER UWCHLAN, UWCHLAN, WEST BRADFORD

19   PRECINCTS 01, 02 AND 03, WEST GOSHEN, WEST PIKELAND, WEST

20   VINCENT, WEST WHITELAND, WESTTOWN AND WILLISTOWN AND THE

21   BOROUGHS OF DOWNINGTOWN, MALVERN, PHOENIXVILLE, SPRING CITY

22   AND WEST CHESTER; PART OF LEBANON COUNTY CONSISTING OF THE

23   CITY OF LEBANON WARDS 01, 02, 04, 05, 07, 08, 09 AND 10 AND

24   THE TOWNSHIPS OF HEIDELBERG, JACKSON, MILLCREEK, NORTH

25   LEBANON DISTRICT EAST ONLY BLOCK 2039 OF TRACT 002702, SOUTH

26   LEBANON AND WEST CORNWALL AND THE BOROUGHS OF CORNWALL,

27   MYERSTOWN AND RICHLAND AND PART OF MONTGOMERY COUNTY

28   CONSISTING OF THE TOWNSHIPS OF DOUGLASS, LIMERICK, LOWER

29   POTTSGROVE, LOWER PROVIDENCE, NEW HANOVER, PERKIOMEN

30   DISTRICTS 01 ALL BLOCKS EXCEPT 1045, 1046, 1047, 1048, 1057,

1    1059, 1061 AND 1065 OF TRACT 206501 AND 02, UPPER HANOVER

2    DISTRICT 03, UPPER POTTSGROVE, UPPER PROVIDENCE, WEST

3    NORRITON DISTRICTS 01 (DIVISION 01), 02 (DIVISION 01) AND 03

4    AND WEST POTTSGROVE AND THE BOROUGHS OF COLLEGEVILLE, EAST

5    GREENVILLE, PENNSBURG, POTTSTOWN, RED HILL, ROYERSFORD,

6    SCHWENKSVILLE AND TRAPPE.

7        (7)   THE SEVENTH DISTRICT IS COMPOSED OF PART OF BERKS

8    COUNTY CONSISTING OF THE TOWNSHIPS OF AMITY, BRECKNOCK,

9    CAERNARVON, CUMRU DISTRICTS 02, 03 AND 05, DOUGLASS, EARL,

10   OLEY, ROBESON, SPRING DISTRICTS 01, 06 AND 11 AND UNION AND

11   THE BOROUGHS OF MOHNTON AND NEW MORGAN; PART OF CHESTER

12   COUNTY CONSISTING OF THE TOWNSHIPS OF BIRMINGHAM, CALN

13   DISTRICT 03, EAST BRADFORD DISTRICT SOUTH (DIVISION 02),

14   HIGHLAND, HONEY BROOK, KENNETT PRECINCTS 01, 02 ALL BLOCKS

15   EXCEPT 1003, 1004, 1005 AND 1007 OF TRACT 303301 AND 04,

16   LONDON BRITAIN, LONDONDERRY, NEW GARDEN, NEWLIN, PENN,

17   PENNSBURY DISTRICTS NORTH (DIVISION 02) AND SOUTH, POCOPSON,

18   SADSBURY DISTRICT NORTH, UPPER OXFORD, WALLACE, WARWICK, WEST

19   BRADFORD PRECINCTS 04 AND 05, WEST BRANDYWINE, WEST CALN,

20   WEST FALLOWFIELD, WEST NANTMEAL AND WEST SADSBURY AND THE

21   BOROUGHS OF ATGLEN, ELVERSON AND HONEY BROOK; PART OF

22   DELAWARE COUNTY CONSISTING OF THE CITY OF CHESTER WARD 01

23   (DIVISIONS 03, 06 AND 07) AND THE TOWNSHIPS OF ASTON, BETHEL,

24   CHADDS FORD, CONCORD, DARBY WARDS 03 (DIVISION 02), 04 AND

25   05, EDGMONT, HAVERFORD, LOWER CHICHESTER, MARPLE, MIDDLETOWN,

26   NEWTOWN, RADNOR, RIDLEY WARDS 01 (DIVISIONS 01 AND 03), 02,

27   03, 04, 05, 06, 07, 08 AND 09, SPRINGFIELD, THORNBURY,

28   TINICUM WARDS 03 AND 05, UPPER CHICHESTER, UPPER DARBY

29   DISTRICTS 01, 02 (DIVISIONS 02, 03, 04, 05, 06 AND 07), 03

30   AND 05 (DIVISIONS 03, 04, 06, 07, 08 AND 09) AND UPPER

1  PROVIDENCE AND THE BOROUGHS OF ALDAN, BROOKHAVEN, CHESTER

2  HEIGHTS, CLIFTON HEIGHTS, GLENOLDEN PRECINCTS 01 AND 06,

3  MARCUS HOOK, MEDIA, MORTON, NORWOOD, PARKSIDE, PROSPECT PARK,

4  RIDLEY PARK, RUTLEDGE AND TRAINER; PART OF LANCASTER COUNTY

5  CONSISTING OF THE TOWNSHIPS OF BART, COLERAIN, LEACOCK,

6  PARADISE, SADSBURY AND SALISBURY AND THE BOROUGH OF

7  CHRISTIANA AND PART OF MONTGOMERY COUNTY CONSISTING OF THE

8  TOWNSHIPS OF EAST NORRITON  DISTRICT 01 (DIVISIONS 01, 03 AND

9  04), HORSHAM DISTRICTS 02 (DIVISIONS 02 ALL BLOCKS EXCEPT

10 2006 AND 2027 OF TRACT 200506, 03 AND 04), 03 (DIVISIONS 03

11 AND 05) AND 04 (DIVISIONS 01, 02 AND 03), LOWER GWYNEDD

12 DISTRICTS 01 (DIVISIONS 02 AND 03) AND 02 (DIVISION 01),

13 PERKIOMEN DISTRICT 01 ONLY BLOCKS 1045, 1046, 1047, 1048,

14 1057, 1059, 1061 AND 1065 OF TRACT 206501, PLYMOUTH DISTRICTS

15 01 (DIVISION 01), 02 (DIVISIONS 01, 02 AND 03A) AND 03

16 (DIVISION 01), SKIPPACK, SPRINGFIELD DISTRICTS 03, 06 AND 07

17 (DIVISION 02), TOWAMENCIN, UPPER DUBLIN DISTRICTS 02

18 (DIVISION 01), 04 (DIVISION 01), 05 (DIVISION 01), 06

19 (DIVISION 02) AND 07 (DIVISIONS 01 AND 02), UPPER GWYNEDD

20 DISTRICTS 01, 02, 04, 05, 06 AND 07, UPPER MERION DISTRICTS

21 BELMONT (DIVISIONS 02, 04 AND 05), GULPH (DIVISION 02) AND

22 ROBERTS, WEST NORRITON DISTRICTS 01 (DIVISION 02), 02

23 (DIVISION 02) AND 04, WHITEMARSH DISTRICTS EAST AND MIDDLE

24 (DIVISION 05), WHITPAIN DISTRICTS 01, 02, 03, 05, 06, 07, 08,

25 11 AND 12 AND WORCESTER.

26     (8)  THE EIGHTH DISTRICT IS COMPOSED OF ALL OF BUCKS

27 COUNTY AND PART OF MONTGOMERY COUNTY CONSISTING OF THE

28 TOWNSHIPS OF FRANCONIA, HATFIELD ALL BLOCKS EXCEPT 3006 OF

29 TRACT 200704, LOWER FREDERICK, LOWER SALFORD, MARLBOROUGH,

30 SALFORD, UPPER FREDERICK, UPPER HANOVER DISTRICTS 01 AND 02

1 AND UPPER SALFORD AND THE BOROUGHS OF GREEN LANE, HATFIELD,

2 SOUDERTON AND TELFORD (MONTGOMERY COUNTY PORTION).

3     (9)  THE NINTH DISTRICT IS COMPOSED OF ALL OF BEDFORD

4 COUNTY; ALL OF BLAIR COUNTY; PART OF CAMBRIA COUNTY

5 CONSISTING OF THE TOWNSHIPS OF ALLEGHENY, BARR DISTRICT SOUTH

6 ONLY BLOCKS 3001 AND 3002 OF TRACT 011800, CHEST, CLEARFIELD,

7 CRESSON, DEAN, EAST CARROLL DISTRICT NORTH, ELDER, GALLITZIN,

8 MUNSTER, READE, SUSQUEHANNA, WEST CARROLL AND WHITE AND THE

9 BOROUGHS OF ASHVILLE, CHEST SPRINGS, CRESSON, GALLITZIN,

10 HASTINGS, LORETTO, NORTHERN CAMBRIA WARDS 01, 02, 03 ALL

11 BLOCKS EXCEPT 3026 OF TRACT 011800, 04 AND 05, PATTON,

12 SANKERTOWN AND TUNNELHILL (CAMBRIA COUNTY PORTION); ALL OF

13 FAYETTE COUNTY; ALL OF FRANKLIN COUNTY; ALL OF FULTON COUNTY;

14 PART OF GREENE COUNTY CONSISTING OF THE TOWNSHIPS OF

15 CUMBERLAND, DUNKARD, GREENE, JEFFERSON, MONONGAHELA AND

16 MORGAN DISTRICTS CHART/T.GRDN AND MATHER AND THE BOROUGHS OF

17 CARMICHAELS, CLARKSVILLE, GREENSBORO, JEFFERSON AND RICES

18 LANDING; PART OF HUNTINGDON COUNTY CONSISTING OF THE

19 TOWNSHIPS OF CARBON, CASS, CLAY, CROMWELL, DUBLIN, HOPEWELL,

20 LINCOLN, PENN ONLY BLOCK 2102 OF TRACT 950600, SHIRLEY

21 DISTRICT VALLEY PT., SPRINGFIELD, TELL, TODD AND WOOD AND THE

22 BOROUGHS OF BROAD TOP CITY, CASSVILLE, COALMONT, DUDLEY,

23 MARKLESBURG, ORBISONIA, ROCKHILL, SALTILLO, SHADE GAP AND

24 THREE SPRINGS; ALL OF INDIANA COUNTY; PART OF SOMERSET COUNTY

25 CONSISTING OF THE TOWNSHIPS OF ADDISON, ALLEGHENY,

26 BROTHERSVALLEY, ELK LICK, FAIRHOPE, GREENVILLE, LARIMER,

27 LOWER TURKEYFOOT, NORTHAMPTON, SOUTHAMPTON, STONYCREEK AND

28 SUMMIT AND THE BOROUGHS OF ADDISON, BERLIN, CALLIMONT,

29 CONFLUENCE, GARRETT, INDIAN LAKE, MEYERSDALE, NEW BALTIMORE,

30 SALISBURY, SHANKSVILLE, URSINA AND WELLERSBURG; PART OF

1    WASHINGTON COUNTY CONSISTING OF THE CITY OF MONONGAHELA AND

2    THE TOWNSHIPS OF CARROLL, EAST BETHLEHEM AND FALLOWFIELD

3    DISTRICTS 01, 02 ALL BLOCKS EXCEPT 1030 OF TRACT 781700, 03

4    AND 04, AND THE BOROUGHS OF ALLENPORT, BENTLEYVILLE,

5    CALIFORNIA, CENTERVILLE, CHARLEROI, COAL CENTER, DONORA,

6    DUNLEVY, ELCO, LONG BRANCH, NEW EAGLE, NORTH CHARLEROI,

7    ROSCOE, SPEERS, STOCKDALE, TWILIGHT AND WEST BROWNSVILLE AND

8    PART OF WESTMORELAND COUNTY CONSISTING OF THE CITY OF

9    MONESSEN AND THE BOROUGH OF NORTH BELLE VERNON.

10       (10)  THE TENTH DISTRICT IS COMPOSED OF ALL OF BRADFORD

11   COUNTY; ALL OF JUNIATA COUNTY; PART OF LACKAWANNA COUNTY

12   CONSISTING OF THE TOWNSHIPS OF ABINGTON, BENTON, CARBONDALE

13   DISTRICTS NORTHEAST AND SOUTH, CLIFTON, COVINGTON, ELMHURST,

14   FELL, GLENBURN, GREENFIELD, JEFFERSON, LA PLUME, MADISON,

15   NEWTON, NORTH ABINGTON, RANSOM, ROARING BROOK, SCOTT, SOUTH

16   ABINGTON AND WEST ABINGTON AND THE BOROUGHS OF ARCHBALD WARDS

17   02 AND 03, CLARKS GREEN, CLARKS SUMMIT, DALTON, MOSCOW,

18   OLYPHANT WARDS 03 (DIVISION 02 ALL BLOCKS EXCEPT 1025 OF

19   TRACT 111400) AND 04, THROOP WARD 04 AND VANDLING; ALL OF

20   LYCOMING COUNTY; ALL OF MIFFLIN COUNTY; PART OF MONROE COUNTY

21   CONSISTING OF THE TOWNSHIPS OF BARRETT, JACKSON, PARADISE,

22   POCONO, PRICE AND STROUD DISTRICTS 02, 03 AND 04 AND THE

23   BOROUGHS OF EAST STROUDSBURG, MOUNT POCONO AND STROUDSBURG;

24   PART OF NORTHUMBERLAND COUNTY CONSISTING OF THE TOWNSHIPS OF

25   DELAWARE, EAST CHILLISQUAQUE, LEWIS, POINT, TURBOT AND WEST

26   CHILLISQUAQUE AND THE BOROUGHS OF MCEWENSVILLE, MILTON,

27   NORTHUMBERLAND, RIVERSIDE ONLY BLOCKS 2032, 2035, 2043, 2100,

28   2102, 2103, 3037, 3038, 3039, 3043, 3050 AND 3051 OF TRACT

29   080700, TURBOTVILLE AND WATSONTOWN; PART OF PERRY COUNTY

30   CONSISTING OF THE TOWNSHIPS OF BUFFALO, CENTRE, GREENWOOD,

1    HOWE, JACKSON, JUNIATA, LIVERPOOL, MILLER, NORTH EAST

2    MADISON, OLIVER, SAVILLE, SOUTH WEST MADISON, TOBOYNE,

3    TUSCARORA, TYRONE AND WATTS AND THE BOROUGHS OF BLAIN,

4    BLOOMFIELD, LANDISBURG, LIVERPOOL, MILLERSTOWN, NEW BUFFALO

5    AND NEWPORT; ALL OF PIKE COUNTY; ALL OF SNYDER COUNTY; ALL OF

6    SULLIVAN COUNTY; ALL OF SUSQUEHANNA COUNTY; PART OF TIOGA

7    COUNTY CONSISTING OF THE TOWNSHIPS OF BLOSS, BROOKFIELD,

8    CHARLESTON, COVINGTON, DEERFIELD, DELMAR, DUNCAN, ELK,

9    FARMINGTON, HAMILTON, JACKSON, LAWRENCE, LIBERTY, MIDDLEBURY,

10   MORRIS, NELSON, OSCEOLA, PUTNAM, RICHMOND, RUTLAND, SHIPPEN

11   ONLY BLOCKS 2016, 2017, 2093, 2094, 2095, 2096, 2097, 2098,

12   2099, 2100, 2101, 2105, 2106, 2107, 2108, 2109, 2110, 2116,

13   2132, 2133, 2134 AND 2209 OF TRACT 950900, SULLIVAN, TIOGA,

14   UNION, WARD AND WESTFIELD AND THE BOROUGHS OF BLOSSBURG,

15   ELKLAND, KNOXVILLE, LAWRENCEVILLE, LIBERTY, MANSFIELD,

16   ROSEVILLE, TIOGA, WELLSBORO AND WESTFIELD; ALL OF UNION

17   COUNTY AND ALL OF WAYNE COUNTY.

18        (11)  THE ELEVENTH DISTRICT IS COMPOSED OF PART OF CARBON

19   COUNTY CONSISTING OF THE TOWNSHIPS OF BANKS, KIDDER,

20   LAUSANNE, LEHIGH, PACKER AND PENN FOREST AND THE BOROUGHS OF

21   BEAVER MEADOWS, EAST SIDE AND WEATHERLY; ALL OF COLUMBIA

22   COUNTY; PART OF CUMBERLAND COUNTY CONSISTING OF THE TOWNSHIPS

23   OF COOKE, DICKINSON, HOPEWELL, LOWER FRANKFORD, LOWER

24   MIFFLIN, MIDDLESEX, MONROE, NORTH MIDDLETON, NORTH NEWTON,

25   PENN, SHIPPENSBURG, SOUTH MIDDLETON, SOUTH NEWTON,

26   SOUTHAMPTON, UPPER ALLEN PRECINCTS 06 AND 09, UPPER

27   FRANKFORD, UPPER MIFFLIN AND WEST PENNSBORO AND THE BOROUGHS

28   OF CARLISLE, MECHANICSBURG WARDS 01, 02 (DIVISION 01), 03, 04

29   AND 05, MOUNT HOLLY SPRINGS, NEWBURG, NEWVILLE AND

30   SHIPPENSBURG (CUMBERLAND COUNTY PORTION); PART OF DAUPHIN

COUNTY CONSISTING OF THE CITY OF HARRISBURG WARD 01
(DIVISIONS 01 AND 03) AND THE TOWNSHIPS OF HALIFAX, JACKSON,
JEFFERSON, LOWER PAXTON, LOWER SWATARA, LYKENS, MIDDLE
PAXTON, MIFFLIN, REED, RUSH, SUSQUEHANNA WARDS 02, 03 ALL
BLOCKS EXCEPT 4009, 4010, 4027, 4029, 4037 AND 4038 OF TRACT
022000, 04, 05, 06, 07, 08 AND 09, SWATARA, UPPER PAXTON,
WASHINGTON, WAYNE, WEST HANOVER DISTRICT 01, WICONISCO AND
WILLIAMS AND THE BOROUGHS OF BERRYSBURG, DAUPHIN,
ELIZABETHVILLE, GRATZ, HALIFAX, HIGHSPIRE, LYKENS,
MILLERSBURG, PAXTANG, PENBROOK, PILLOW, STEELTON AND
WILLIAMSTOWN; PART OF LUZERNE COUNTY CONSISTING OF THE CITIES
OF HAZLETON AND NANTICOKE AND THE TOWNSHIPS OF BEAR CREEK,
BLACK CREEK, BUCK, BUTLER, CONYNGHAM, DALLAS, DENNISON,
DORRANCE, EXETER, FAIRMOUNT, FAIRVIEW, FOSTER, FRANKLIN,
HANOVER, HAZLE, HOLLENBACK, HUNLOCK, HUNTINGTON, JACKSON,
KINGSTON, LAKE, LEHMAN, NESCOPECK, NEWPORT, PLYMOUTH, RICE,
ROSS, SALEM, SLOCUM, SUGARLOAF, UNION AND WRIGHT AND THE
BOROUGHS OF ASHLEY, BEAR CREEK VILLAGE, CONYNGHAM, COURTDALE,
DALLAS, EDWARDSVILLE, FORTY FORT, FREELAND, HARVEYS LAKE,
JEDDO, KINGSTON, LARKSVILLE, LAUREL RUN, LUZERNE, NESCOPECK,
NEW COLUMBUS, NUANGOLA, PENN LAKE PARK, PLYMOUTH, PRINGLE,
SHICKSHINNY, SUGAR NOTCH, SWOYERSVILLE, WARRIOR RUN, WEST
HAZLETON AND WHITE HAVEN; ALL OF MONTOUR COUNTY; PART OF
NORTHUMBERLAND COUNTY CONSISTING OF THE CITIES OF SHAMOKIN
AND SUNBURY AND THE TOWNSHIPS OF COAL, EAST CAMERON, JACKSON,
JORDAN, LITTLE MAHANOY, LOWER AUGUSTA, LOWER MAHANOY, MOUNT
CARMEL, RALPHO, ROCKEFELLER, RUSH, SHAMOKIN, UPPER AUGUSTA,
UPPER MAHANOY, WASHINGTON, WEST CAMERON AND ZERBE AND THE
BOROUGHS OF HERNDON, KULPMONT, MARION HEIGHTS, MOUNT CARMEL,
RIVERSIDE ALL BLOCKS EXCEPT 2032, 2035, 2043, 2100, 2102,

1    2103, 3037, 3038, 3039, 3043, 3050 AND 3051 OF TRACT 080700

2    AND SNYDERTOWN; PART OF PERRY COUNTY CONSISTING OF THE

3    TOWNSHIPS OF CARROLL, PENN, RYE, SPRING AND WHEATFIELD AND

4    THE BOROUGHS OF DUNCANNON AND MARYSVILLE AND ALL OF WYOMING

5    COUNTY.

6        (12)  THE TWELFTH DISTRICT IS COMPOSED OF PART OF

7    ALLEGHENY COUNTY CONSISTING OF THE TOWNSHIPS OF ALEPPO, FAWN,

8    FRAZER, HAMPTON, HARRISON WARDS 01 (DIVISIONS 02 AND 03), 03,

9    04 AND 05 (DIVISION 02), INDIANA, KILBUCK, MARSHALL,

10   MCCANDLESS, O'HARA, OHIO, PINE, RESERVE, RICHLAND, ROSS,

11   SHALER AND WEST DEER AND THE BOROUGHS OF ASPINWALL, BELL

12   ACRES, BRADFORD WOODS, FOX CHAPEL, FRANKLIN PARK, GLEN

13   OSBORNE, HAYSVILLE, MONROEVILLE WARDS 03 (DIVISIONS 01 AND

14   04) AND 04 (DIVISION 03), PLUM, SEWICKLEY, SEWICKLEY HEIGHTS,

15   SEWICKLEY HILLS AND WEST VIEW; ALL OF BEAVER COUNTY; PART OF

16   CAMBRIA COUNTY CONSISTING OF THE CITY OF JOHNSTOWN AND THE

17   TOWNSHIPS OF ADAMS, BARR DISTRICTS NORTH AND SOUTH ALL BLOCKS

18   EXCEPT 3001 AND 3002 OF TRACT 011800, BLACKLICK, CAMBRIA,

19   CONEMAUGH, CROYLE, EAST CARROLL DISTRICT SOUTH, EAST TAYLOR,

20   JACKSON, LOWER YODER, MIDDLE TAYLOR, NORTHERN CAMBRIA WARD 03

21   ONLY BLOCK 3026 OF TRACT 011800, PORTAGE, RICHLAND,

22   STONYCREEK, SUMMERHILL, UPPER YODER, WASHINGTON AND WEST

23   TAYLOR AND THE BOROUGHS OF BROWNSTOWN, CARROLLTOWN,

24   CASSANDRA, DAISYTOWN, DALE, EAST CONEMAUGH, EBENSBURG,

25   EHRENFELD, FERNDALE, FRANKLIN, GEISTOWN, LILLY, LORAIN, NANTY

26   GLO, PORTAGE, SCALP LEVEL, SOUTH FORK, SOUTHMONT, SUMMERHILL,

27   VINTONDALE, WESTMONT AND WILMORE; PART OF LAWRENCE COUNTY

28   CONSISTING OF THE TOWNSHIPS OF LITTLE BEAVER, PERRY AND WAYNE

29   AND THE BOROUGHS OF ELLPORT, ELLWOOD CITY (LAWRENCE COUNTY

30   PORTION), ENON VALLEY, NEW BEAVER AND WAMPUM; PART OF

1    SOMERSET COUNTY CONSISTING OF THE TOWNSHIPS OF BLACK,

2    CONEMAUGH, JEFFERSON, JENNER, LINCOLN, MIDDLECREEK, MILFORD,

3    OGLE, PAINT, QUEMAHONING, SHADE, SOMERSET AND UPPER

4    TURKEYFOOT AND THE BOROUGHS OF BENSON, BOSWELL, CASSELMAN,

5    CENTRAL CITY, HOOVERSVILLE, JENNERSTOWN, NEW CENTERVILLE,

6    PAINT, ROCKWOOD, SEVEN SPRINGS (SOMERSET COUNTY PORTION),

7    SOMERSET, STOYSTOWN AND WINDBER AND PART OF WESTMORELAND

8    COUNTY CONSISTING OF THE CITY OF LOWER BURRELL AND THE

9    TOWNSHIPS OF ALLEGHENY, BELL, DERRY, FAIRFIELD, LOYALHANNA,

10   SALEM, ST. CLAIR, UPPER BURRELL AND WASHINGTON AND THE

11   BOROUGHS OF AVONMORE, BOLIVAR, DELMONT, DERRY, EAST

12   VANDERGRIFT, EXPORT, HYDE PARK, MURRYSVILLE, NEW ALEXANDRIA,

13   NEW FLORENCE, OKLAHOMA, SEWARD, VANDERGRIFT AND WEST

14   LEECHBURG.

15       (13)  THE THIRTEENTH DISTRICT IS COMPOSED OF PART OF

16   MONTGOMERY COUNTY CONSISTING OF THE TOWNSHIPS OF ABINGTON,

17   CHELTENHAM, EAST NORRITON DISTRICTS 01 (DIVISION 02) AND 02,

18   HATFIELD DISTRICT 05 (DIVISION 02 ONLY BLOCK 3006 OF TRACT

19   200704), HORSHAM DISTRICTS 01, 02 (DIVISIONS 01 AND 02 ONLY

20   BLOCKS 2006 AND 2027 OF TRACT 200506), 03 (DIVISIONS 01, 02

21   AND 04) AND 04 (DIVISION 04), LOWER GWYNEDD DISTRICTS 01

22   (DIVISIONS 01 AND 04) AND 02 (DIVISION 02), LOWER MERION WARD

23   02 (DIVISION 02 ONLY BLOCKS 1000, 1001, 1002 AND 1021 OF

24   TRACT 204800), LOWER MORELAND, MONTGOMERY, PLYMOUTH DISTRICTS

25   01 (DIVISION 02), 02 (DIVISIONS 03B AND 03C), 03 (DIVISIONS

26   02 AND 03) AND 04, SPRINGFIELD DISTRICTS 01, 02, 04, 05 AND

27   07 (DIVISION 01), UPPER DUBLIN DISTRICTS 01, 02 (DIVISIONS 02

28   AND 03), 03, 04 (DIVISIONS 02 AND 03), 05 (DIVISIONS 01, 02

29   AND 03), 06 (DIVISIONS 01, 03A AND 03B) AND 07 (DIVISION 03),

30   UPPER GWYNEDD DISTRICT 03, UPPER MERION DISTRICTS BELMONT

1    (DIVISIONS 01 AND 03), CANDLEBROOK, GULPH (DIVISION 01),
2    KING, SWEDELAND AND SWEDESBURG, UPPER MORELAND, WHITEMARSH
3    DISTRICTS MIDDLE (DIVISIONS 01, 02, 03 AND 04) AND WEST AND
4    WHITPAIN DISTRICTS 04, 09 AND 10 AND THE BOROUGHS OF AMBLER,
5    BRIDGEPORT, BRYN ATHYN, CONSHOHOCKEN, HATBORO, JENKINTOWN,
6    LANSDALE, NORRISTOWN, NORTH WALES, ROCKLEDGE AND WEST
7    CONSHOHOCKEN AND PART OF PHILADELPHIA COUNTY CONSISTING OF
8    THE CITY OF PHILADELPHIA WARDS 23, 35, 42, 53, 54 (DIVISIONS
9    01, 02, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 17, 18 AND
10   22), 55 (DIVISION 24), 56, 57 (DIVISIONS 01, 02, 03, 04, 05,
11   06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,
12   22, 23, 24, 25, 26, 27 AND 28), 58, 61 (DIVISIONS 03, 04, 05,
13   08, 09, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 25, 26, 27
14   AND 28), 62 (DIVISIONS 10 AND 20), 63, 64 (DIVISIONS 01, 02,
15   03, 04, 05, 06, 07, 08, 09, 10, 11, 13, 14, 15, 16, 17 AND
16   18) AND 66.
17        (14)  THE FOURTEENTH DISTRICT IS COMPOSED OF PART OF
18   ALLEGHENY COUNTY CONSISTING OF THE CITIES OF CLAIRTON,
19   DUQUESNE, MCKEESPORT AND PITTSBURGH AND THE TOWNSHIPS OF
20   BALDWIN, EAST DEER, HARMAR, HARRISON WARDS 01 (DIVISION 01),
21   02 AND 05 (DIVISION 01), KENNEDY, NEVILLE, NORTH VERSAILLES,
22   PENN HILLS, ROBINSON DISTRICTS 03 AND 05, SPRINGDALE, STOWE
23   AND WILKINS AND THE BOROUGHS OF AVALON, BALDWIN, BELLEVUE,
24   BEN AVON, BEN AVON HEIGHTS, BLAWNOX, BRACKENRIDGE, BRADDOCK,
25   BRADDOCK HILLS, BRENTWOOD, CHALFANT, CHESWICK, CHURCHILL,
26   CORAOPOLIS, CRAFTON, DORMONT, DRAVOSBURG, EAST MCKEESPORT,
27   EAST PITTSBURGH, EDGEWOOD, EMSWORTH, ETNA, FOREST HILLS,
28   GLASSPORT, GLENFIELD, GREEN TREE, HOMESTEAD, INGRAM, LIBERTY,
29   LINCOLN, MCKEES ROCKS, MILLVALE, MONROEVILLE WARDS 01, 02
30   (DIVISION 02), 03 (DIVISION 03), 05 (DIVISIONS 01, 02 AND

1    04), 06 AND 07, MOUNT OLIVER, MUNHALL, NORTH BRADDOCK,

2    OAKMONT, PITCAIRN, PORT VUE, RANKIN, SHARPSBURG, SPRINGDALE,

3    SWISSVALE, TARENTUM, TRAFFORD (ALLEGHENY COUNTY PORTION),

4    TURTLE CREEK, VERONA, VERSAILLES, WALL, WEST HOMESTEAD, WEST

5    MIFFLIN, WHITAKER, WHITE OAK, WHITEHALL DISTRICT 01 ONLY

6    BLOCKS 2006, 2008 AND 2009 OF TRACT 477200, WILKINSBURG AND

7    WILMERDING AND PART OF WESTMORELAND COUNTY CONSISTING OF THE

8    CITIES OF ARNOLD AND NEW KENSINGTON.

9    (15)  THE FIFTEENTH DISTRICT IS COMPOSED OF PART OF BERKS

10   COUNTY CONSISTING OF THE TOWNSHIPS OF ALBANY, BETHEL, CENTRE,

11   GREENWICH, HEREFORD DISTRICT 01, JEFFERSON, LONGSWAMP,

12   MAXATAWNY, PERRY, TILDEN, TULPEHOCKEN, UPPER BERN, UPPER

13   TULPEHOCKEN AND WINDSOR AND THE BOROUGHS OF CENTERPORT,

14   HAMBURG, KUTZTOWN, LENHARTSVILLE, LYONS, SHOEMAKERSVILLE,

15   STRAUSSTOWN AND TOPTON; PART OF DAUPHIN COUNTY CONSISTING OF

16   THE TOWNSHIPS OF CONEWAGO, DERRY, EAST HANOVER, LONDONDERRY,

17   SOUTH HANOVER AND WEST HANOVER DISTRICTS 02, 03 AND 04 AND

18   THE BOROUGHS OF HUMMELSTOWN, MIDDLETOWN AND ROYALTON; PART OF

19   LEBANON COUNTY CONSISTING OF THE CITY OF LEBANON WARDS 03 AND

20   06 AND THE TOWNSHIPS OF ANNVILLE, BETHEL, EAST HANOVER, NORTH

21   ANNVILLE, NORTH CORNWALL, NORTH LEBANON DISTRICTS EAST ALL

22   BLOCKS EXCEPT 2039 OF TRACT 002702, MIDDLE AND WEST, NORTH

23   LONDONDERRY, SOUTH ANNVILLE, SOUTH LONDONDERRY, SWATARA,

24   UNION AND WEST LEBANON AND THE BOROUGHS OF CLEONA, JONESTOWN,

25   MOUNT GRETNA AND PALMYRA; ALL OF LEHIGH COUNTY AND PART OF

26   NORTHAMPTON COUNTY CONSISTING OF THE CITY OF BETHLEHEM

27   (NORTHAMPTON COUNTY PORTION) WARDS 01, 02, 03, 04, 05, 06,

28   07, 08, 09, 14, 15, 16 AND 17 BLOCKS 1026, 1123, 2018 AND

29   2055 OF TRACT 011300 AND THE TOWNSHIPS OF ALLEN, BUSHKILL,

30   EAST ALLEN, HANOVER, LEHIGH, LOWER NAZARETH, LOWER SAUCON,

1    MOORE, PLAINFIELD DISTRICTS BELFAST, KESSLERSVILLE AND

2    PLAINFIELD CHURCH, UPPER NAZARETH DISTRICT WEST AND WILLIAMS

3    AND THE BOROUGHS OF BATH, CHAPMAN, HELLERTOWN, NORTH

4    CATASAUQUA, NORTHAMPTON AND WALNUTPORT.

5        (16)  THE SIXTEENTH DISTRICT IS COMPOSED OF PART OF BERKS

6    COUNTY CONSISTING OF THE CITY OF READING AND THE TOWNSHIPS OF

7    CUMRU DISTRICT 01 ONLY BLOCKS 1000, 1001, 1003, 1004, 1005,

8    1006 AND 1007 OF TRACT 002600 AND BLOCKS 1018 AND 1139 OF

9    TRACT 002900, LOWER ALSACE DISTRICT 01, MUHLENBERG DISTRICTS

10   01 AND 04 AND SPRING DISTRICTS 02, 03, 04, 09, 10 AND 12 AND

11   THE BOROUGHS OF ADAMSTOWN (BERKS COUNTY PORTION), LAURELDALE

12   DISTRICTS 01 ONLY BLOCKS 4034, 4039 AND 4045 OF TRACT 012800

13   AND 02, MOUNT PENN, SINKING SPRING, WEST READING AND

14   WYOMISSING DISTRICT 03; PART OF CHESTER COUNTY CONSISTING OF

15   THE CITY OF COATESVILLE AND THE TOWNSHIPS OF CALN DISTRICT

16   02, EAST FALLOWFIELD, EAST MARLBOROUGH, EAST NOTTINGHAM, ELK,

17   FRANKLIN, KENNETT PRECINCT 02 ONLY BLOCKS 1003, 1004, 1005

18   AND 1007 OF TRACT 303301 AND 03, LONDON GROVE, LOWER OXFORD,

19   NEW LONDON, PENNSBURY DISTRICT NORTH (DIVISION 01), SADSBURY

20   DISTRICT SOUTH, VALLEY, WEST MARLBOROUGH AND WEST NOTTINGHAM

21   AND THE BOROUGHS OF AVONDALE, KENNETT SQUARE, MODENA, OXFORD,

22   PARKESBURG, SOUTH COATESVILLE AND WEST GROVE AND PART OF

23   LANCASTER COUNTY CONSISTING OF THE CITY OF LANCASTER AND THE

24   TOWNSHIPS OF BRECKNOCK, CAERNARVON, CLAY, CONESTOGA, CONOY,

25   DRUMORE, EARL, EAST COCALICO, EAST DONEGAL, EAST DRUMORE,

26   EAST EARL, EAST HEMPFIELD, EAST LAMPETER, EDEN, ELIZABETH,

27   EPHRATA, FULTON, LANCASTER, LITTLE BRITAIN, MANHEIM, MANOR,

28   MARTIC, MOUNT JOY, PENN, PEQUEA, PROVIDENCE, RAPHO,

29   STRASBURG, UPPER LEACOCK, WARWICK, WEST COCALICO, WEST

30   DONEGAL, WEST EARL, WEST HEMPFIELD AND WEST LAMPETER AND THE

1    BOROUGHS OF ADAMSTOWN (LANCASTER COUNTY PORTION), AKRON,

2    COLUMBIA, DENVER, EAST PETERSBURG, ELIZABETHTOWN, EPHRATA,

3    LITITZ, MANHEIM, MARIETTA, MILLERSVILLE, MOUNT JOY,

4    MOUNTVILLE, NEW HOLLAND, QUARRYVILLE, STRASBURG AND TERRE

5    HILL.

6        (17)  THE SEVENTEENTH DISTRICT IS COMPOSED OF PART OF

7    CARBON COUNTY CONSISTING OF THE TOWNSHIPS OF EAST PENN,

8    FRANKLIN, LOWER TOWAMENSING, MAHONING AND TOWAMENSING AND THE

9    BOROUGHS OF BOWMANSTOWN, JIM THORPE, LANSFORD, LEHIGHTON,

10   NESQUEHONING, PALMERTON, PARRYVILLE, SUMMIT HILL AND

11   WEISSPORT; PART OF LACKAWANNA COUNTY CONSISTING OF THE CITIES

12   OF CARBONDALE AND SCRANTON AND THE TOWNSHIPS OF CARBONDALE

13   DISTRICT NORTHWEST, SPRING BROOK AND THORNHURST AND THE

14   BOROUGHS OF ARCHBALD WARDS 01 AND 04, BLAKELY, DICKSON CITY,

15   DUNMORE, JERMYN, JESSUP, MAYFIELD, MOOSIC, OLD FORGE,

16   OLYPHANT WARDS 01, 02 AND 03 (DIVISIONS 01 AND 02 ONLY BLOCK

17   1025 OF TRACT 111400), TAYLOR AND THROOP WARDS 01, 02 AND 03;

18   PART OF LUZERNE COUNTY CONSISTING OF THE CITIES OF PITTSTON

19   AND WILKES-BARRE AND THE TOWNSHIPS OF JENKINS, PITTSTON,

20   PLAINS AND WILKES-BARRE AND THE BOROUGHS OF AVOCA, DUPONT,

21   DURYEA, EXETER, HUGHESTOWN, LAFLIN, WEST PITTSTON, WEST

22   WYOMING, WYOMING AND YATESVILLE; PART OF MONROE COUNTY

23   CONSISTING OF THE TOWNSHIPS OF CHESTNUTHILL, COOLBAUGH,

24   ELDRED, HAMILTON, MIDDLE SMITHFIELD, POLK, ROSS, SMITHFIELD,

25   STROUD DISTRICTS 01, 05, 06 AND 07, TOBYHANNA AND TUNKHANNOCK

26   AND THE BOROUGH OF DELAWARE WATER GAP; PART OF NORTHAMPTON

27   COUNTY CONSISTING OF THE CITIES OF BETHLEHEM (NORTHAMPTON

28   COUNTY PORTION) WARD 17 ALL EXCEPT BLOCKS 1026, 1123, 2018

29   AND 2055 OF TRACT 011300 AND EASTON AND THE TOWNSHIPS OF

30   BETHLEHEM, FORKS, LOWER MOUNT BETHEL, PALMER, PLAINFIELD

1  DISTRICT DELABOLE, UPPER MOUNT BETHEL, UPPER NAZARETH
2  DISTRICT EAST AND WASHINGTON AND THE BOROUGHS OF BANGOR, EAST
3  BANGOR, FREEMANSBURG, GLENDON, NAZARETH, PEN ARGYL, PORTLAND,
4  ROSETO, STOCKERTOWN, TATAMY, WEST EASTON, WILSON AND WIND GAP
5  AND ALL OF SCHUYLKILL COUNTY.
6      (18)  THE EIGHTEENTH DISTRICT IS COMPOSED OF PART OF
7  ALLEGHENY COUNTY CONSISTING OF THE TOWNSHIPS OF COLLIER,
8  CRESCENT, ELIZABETH, FINDLAY, FORWARD, LEET, MOON, MOUNT
9  LEBANON, NORTH FAYETTE, ROBINSON DISTRICTS 01, 02, 04, 06,
10  07, 08 AND 09, SCOTT, SOUTH FAYETTE, SOUTH PARK, SOUTH
11  VERSAILLES AND UPPER ST. CLAIR AND THE BOROUGHS OF BETHEL
12  PARK, BRIDGEVILLE, CARNEGIE, CASTLE SHANNON, EDGEWORTH,
13  ELIZABETH, HEIDELBERG, JEFFERSON HILLS, LEETSDALE, MCDONALD
14  (ALLEGHENY COUNTY PORTION), MONROEVILLE WARDS 02 (DIVISIONS
15  01 AND 03), 03 (DIVISION 02), 04 (DIVISIONS 01 AND 02) AND 05
16  (DIVISION 03), OAKDALE, PENNSBURY VILLAGE, PLEASANT HILLS,
17  ROSSLYN FARMS, THORNBURG, WEST ELIZABETH, AND WHITEHALL
18  DISTRICTS 01 ALL BLOCKS EXCEPT 2006, 2008 AND 2009 OF TRACT
19  477200, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14,
20  15 AND 16; PART OF GREENE COUNTY CONSISTING OF THE TOWNSHIPS
21  OF ALEPPO, CENTER, FRANKLIN, FREEPORT, GILMORE, GRAY,
22  JACKSON, MORGAN DISTRICT LIPPENCOTT, MORRIS, PERRY, RICHHILL,
23  SPRINGHILL, WASHINGTON, WAYNE AND WHITELEY AND THE BOROUGH OF
24  WAYNESBURG; PART OF WASHINGTON COUNTY CONSISTING OF THE CITY
25  OF WASHINGTON AND THE TOWNSHIPS OF AMWELL, BLAINE, BUFFALO,
26  CANTON, CECIL, CHARTIERS, CROSS CREEK, DONEGAL, EAST FINLEY,
27  FALLOWFIELD DISTRICT 02 ONLY BLOCK 1030 OF TRACT 781700,
28  HANOVER, HOPEWELL, INDEPENDENCE, JEFFERSON, MORRIS, MOUNT
29  PLEASANT, NORTH BETHLEHEM, NORTH FRANKLIN, NORTH STRABANE,
30  NOTTINGHAM, PETERS, ROBINSON, SMITH, SOMERSET, SOUTH

1  FRANKLIN, SOUTH STRABANE, UNION, WEST BETHLEHEM, WEST FINLEY

2  AND WEST PIKE RUN AND THE BOROUGHS OF BEALLSVILLE,

3  BURGETTSTOWN, CANONSBURG, CLAYSVILLE, COKEBURG, DEEMSTON,

4  EAST WASHINGTON, ELLSWORTH, FINLEYVILLE, GREEN HILLS,

5  HOUSTON, MARIANNA, MCDONALD (WASHINGTON COUNTY PORTION),

6  MIDWAY AND WEST MIDDLETOWN AND PART OF WESTMORELAND COUNTY

7  CONSISTING OF THE CITIES OF GREENSBURG, JEANNETTE AND LATROBE

8  AND THE TOWNSHIPS OF COOK, DONEGAL, EAST HUNTINGDON,

9  HEMPFIELD, LIGONIER, MOUNT PLEASANT, NORTH HUNTINGDON, PENN,

10  ROSTRAVER, SEWICKLEY, SOUTH HUNTINGDON AND UNITY AND THE

11  BOROUGHS OF ADAMSBURG, ARONA, DONEGAL, HUNKER, IRWIN, LAUREL

12  MOUNTAIN, LIGONIER, MADISON, MANOR, MOUNT PLEASANT, NEW

13  STANTON, NORTH IRWIN, PENN, SCOTTDALE, SMITHTON, SOUTH

14  GREENSBURG, SOUTHWEST GREENSBURG, SUTERSVILLE, TRAFFORD

15  (WESTMORELAND COUNTY PORTION), WEST NEWTON, YOUNGSTOWN AND

16  YOUNGWOOD.

17  Section 302.  Current officeholders and vacancies.

18  (a)  Current officeholders.--The members of Congress now in

19  office shall continue in the office until the expiration of

20  their respective terms.

21  (b)  Vacancies.--Vacancies now existing or happening after

22  the passage of this chapter and before the commencement of the

23  terms of the members elected at the election of 2012 shall be

24  filled for the unexpired terms from the districts established

25  under section 301.

26  Section 303.  Missed political subdivision.

27  In the event any political subdivision or part thereof should

28  be omitted in the description of the congressional districts,

29  the political subdivision or part thereof shall be included as a

30  part of the congressional district which completely surrounds

1  it. Should any omitted political subdivision or part thereof be

2  not completely surrounded by one congressional district, it

3  shall become a part of that congressional district to which it

4  is contiguous, or if there are two or more such contiguous

5  districts, it shall become a part of that congressional district

6  contiguous thereto which has the least population.

7  Section 304.  Duty to publish notice of redistricting.

8      The secretary shall publish notice of the congressional

9  districts as established at least once in at least one newspaper

10  of general circulation in each county in which such newspapers

11  are published. The notice shall contain legal descriptions for

12  all congressional districts in the county in which the

13  publication is made. The notice shall also state the population

14  of the districts having the smallest and largest populations and

15  the percentage variation of such districts from the average

16  population for congressional districts.

17                          CHAPTER 15

18                    MISCELLANEOUS PROVISIONS

19  Section 1510.  Effective date.

20      This act shall take effect immediately.