IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOUIS AGRE, *et al.* <br><br> v. <br><br> **THOMAS W. WOLF**, Governor of Pennsylvania, **ROBERT TORRES**[1], Acting Secretary of State of Pennsylvania, **JONATHAN MARKS**, Commissioner of the Bureau of Elections – in their official capacities. | CIVIL ACTION <br><br> NO. 17-4392 <br><br> DATE OF NOTICE:  November 30, 2017 |
|---|---|

## NOTICE

TAKE NOTICE:

The Court requires that the Plaintiffs, Legislative Defendants and Executive Defendants to pay for the trial and hearing transcripts as outlined in the Procedural Order (ECF 154).  In that regard, kindly provide the following information **no later than 3:00 p.m. on Friday, December 1, 2017** to Deputy Clerk, Lori DiSanti (lori_disanti@paed.uscourts.gov) indicating the following:

Name of Responsible Party

Billing Address and Telephone Number

E-mail address

/s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 17\17-4392 Agre v Wolf\17cv4392 Notice re Transcript Billing Info.doc

---

[1] As of October 11, 2017, Robert Torres is the Acting Secretary of the Commonwealth of Pennsylvania and is hereby substituted as a defendant.  *See* Fed. R. Civ. P. 25(d).