IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Louis Agre, et al.                                )
                                                  )
                    Plaintiffs,                   )
                                                  )   Civil Action No. 17-4392
           v.                                     )
                                                  )
Thomas W. Wolf, Governor of Pennsylvania,         )
et al.                                            )
                    Defendants.                   )

## PLAINTIFFS' EXHIBITS LIST

| Trial Exh. No. | Name of Exhibit | Plaintiffs' Document Numbers | Description | Is it the subject of a stipulation? | Was it a deposition exhibit? |
|---|---|---|---|---|---|
| 1. | Official state website maps | | Found at http://www.redistricting.state.pa.us/congressional-redistricting.cfm | | |
| 2. | Already used maps | 0576-0583 | D053-2, D053-3 D053-4, D053-5 | Yes D150-2 (black and white) | |
| 3. | Two-pages showing R and D representation over the Years | 0584-0585 | D053-6 | Yes | |
| 4. | Pa Congressional delegation listings | 0721-0725 | | Yes | |
| 5. | First bill (blank bill) | | | Yes | Turzai Ex. 10 |

| Trial Exh. No. | Name of Exhibit | Plaintiffs' Document Numbers | Description | Is it the subject of a stipulation? | Was it a deposition exhibit? |
|---|---|---|---|---|---|
| 6. | Second bill (pre-amendment) | | | Yes | Turzai Ex. 11 |
| 7. | Final bill, as enacted | | | Yes | Turzai Ex. 12 |
| 8. | McGlone Report | Maps at 0054-0575 | Maps at ECF DOC153-1 pages 10-32 | | |
| 9. | "Reserved" | | | | |
| 10. | Hanna Report | | D099-6 | No | |
| 11. | Hanna Supplemental Report | | D153-2 | No | Yes? |
| 12. | Legislative journal -- House second reading | | Legislative Journal: 195th General Assembly, December 20, 2011, No. 88 | | Turzai Ex 9 |
| 13. | Excerpt from public hearing transcripts | Scarnati 0006-7 and 00180-00186 | McIlhinney comment - process was already in place in the spring; | | Scarnati Ex. 1 |
| 14. | "Reserved" | | | | |
| 15. | Scarnati meeting notices | Yes | Showing meetings with Congressmen, lobbyists, and others regarding redistricting | | Scarnati Ex 6 |
| 16. | Recitation of Legislative history | No, but filed as part of D150 | Paragraphs 1-18 of D150 | Yes | |
| 17. | | 0755 | Bth red blue 2011 districts | | |

| Trial Exh. No. | Name of Exhibit | Plaintiffs' Document Numbers | Description | Is it the subject of a stipulation? | Was it a deposition exhibit? |
|---|---|---|---|---|---|
| 18. | | 0756 | Pbg red blue 2011 districts | | |
| 19. | | 0757 | Phl red blue 2011 districts | | |
| 20. | | 0758 | Rdg red blue 2011 districts | | |
| 21. | | 0759 | Red blue | | |
| 22. | | 0760 | Red blue 2002 districts | | |
| 23. | | 0761 | Red blue 2011 districts | | |
| 24. | | 0762 | PA PRESR04-PRESD04 | | |
| 25. | | 0763 | PA PRESR04-PRESD04 Pa. Philadelphia 2011 | | |
| 26. | McGlone Dep Exhibit 2 | | | | |
| 27. | McGlone Dep Exhibit 3 | | | | |
| 28. | McGlone Dep Exhibit 4 | | | | |
| 29. | SB1249 Senate Debate 12/14/11 | 0764-0817 | | | |
| 30. | Redmap Documents | 0166-0169 | | | |
| | All Anne Hanna dep exhibits | | | | |

| Trial Exh. No. | Name of Exhibit | Plaintiffs' Document Numbers | Description | Is it the subject of a stipulation? | Was it a deposition exhibit? |
|---|---|---|---|---|---|
| | All Needham dep exhibits | | | | |
| | All Exec defendant documents | | | | |
| | All Turzai documents | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Plaintiffs' Exhibits List was served upon parties of record via the Court's ECF system.

                                                   /S/
                                    Alice W. Ballard, Esquire

December 1, 2017