## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Louis Agre, William Ewing *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | Civil Action No. 2:17-cv-4392 |
| | : | |
| **v.** | : | |
| | : | |
| Thomas W. Wolf *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

Pursuant to the Court's November 29, 2017 Procedural Order re: Trial, Plaintiffs object to specific exhibits of the Legislative Defendants for the reasons set forth below:

## PLAINTIFFS' OBJECTIONS TO

## LEGISLATIVE DEFENDANTS' INTENDED TRIAL EXHIBITS

| Exhibit | Description | Bates Number OBJECTION |
|---|---|---|
| LD 1 | Costa Amendment Vote; Senate Roll Calls; 2011-2012 Regular Session | Objection: Hearsay |
| LD 2 | House Vote on SB1249; House Roll Calls; 2011-2012 Regular Session | Objection: Hearsay |
| LD 3 | Hanna Amendment Map | Objection: Hearsay |
| LD 4 | Redistricting Vote: Who Crossed Party Lines – Politics PA | Objection: Hearsay |
| LD 5 | Altmire to Harrisburg Dems: Vote for GOP Redistricting Plan – Politics PA | Objection: Hearsay |
| LD 6 | U.S. Census Bureau Delivers Pennsylvania's 2010 Census Population Totals, Including First Look at Race and Hispanic Origin% | Objection: Hearsay |
| LD 7 | Wendy K. Tam Cho, Ph.D. CV | Objection: Hearsay |
| LD 8 | Wendy K. Tam Cho, Ph.D. Expert Report | Objection: Hearsay |
| LD 9 | James G. Gimpel, Ph.D. CV | Objection: Hearsay |
| LD 10 | James G. Gimpel, Ph.D. Expert Report | Objection: Hearsay |

| LD 11 | Nolan McCarty, Ph.D. CV | Objection: Hearsay |
|---|---|---|
| LD 12 | Nolan McCarty, Ph.D. Expert Report | Objection: Hearsay |
| LD 13 | Senate Dem. Congressional Plan Map | Objection: Hearsay |
| LD 14 | State Maps 115th Congress | Objection: Hearsay |
| LD 15 | Letter dated 1-6-2012 From Kathy A. Sullivan to Jonathan M. Marks re 2011 Congressional Reapportionment Plan | ED000227<br><br>Objection: Hearsay |
| LD 16 | Transcript - Joint Senate and House State Government Committee Hearing In re:  Congressional Redistricting – Volume I – Pages 1-50 - Thursday, May 12, 2011 – 11:00 am | Turzai – 00006<br><br>Objection:  Hearsay, except  as  to  the excerpt  shown  in Plaintiffs'  Exhibit 13. |
| LD 17 | Transcript - Joint Senate and House State Government Committee Hearing In re:  Congressional Redistricting – Volume II – Pages 51-123 – Thursday, June 9, 2011 – 11:00 am | Turzi – 00064<br><br>Objection: Hearsay |
| LD 18 | Transcript - Joint Senate and House State Government Committee Hearing In re:  Congressional Redistricting – Volume III – Pages 124-151 – Thursday, June 14, 2011 – 9:00 am | Turzai – 00159<br><br>Objection: Hearsay |
| LD 19 | Commonwealth of PA – Legislative Journal – 195th of the General Assembly – Session of 2011 – No. 84 – Wednesday, December 14, 2011 | Admissible |
| LD 20 | Commonwealth of PA - Legislative Journal - 195th of the General Assembly - Session of 2011 - No. 85 - Thursday, December 15, 2011 | Admissible |
| LD 21 | Commonwealth of PA - Legislative Journal - 195th of the General Assembly - Session of 2011 - No. 87 - Monday, December 19, 2011 | Admissible |
| LD 22 | Commonwealth of PA - Legislative Journal - 195th of the General Assembly - Session of 2011 - No. 88 - Monday, December 20, 2011 | Admissible |
| LD 23 | Nelson Quinones, *Another View: Rendell Urges Latino Media to Get Out the Vote*, MORNING CALL (Apr. 3, 2006) | Objection: Hearsay |
| LD 24 | Ivey DeJesus, *Latino Country: Hispanic Population Surpasses Amish in Lancaster County, U.S. Census Data Show*, PENN LIVE (May 22, 2011) | Objection: Hearsay |

| LD 25 | Spreadsheet of Plaintiffs' Political Contributions, marked as Ex. 1 to Deposition Transcript of Plaintiff William Ewing | Objection: Hearsay unless Ewing is called |
|-------|--------------------------------------------------------------------------------------------------------------------------|-------------------------------------------|
| LD 26 | Composite Pennsylvania Congressional Maps – Michael Turzai Deposition Exhibits 2-8                                        | Admissible                                |

Dated:  December 1, 2017


Respectfully submitted,


s/ Brian A. Gordon, Esquire

GORDON & ASHWORTH, PC
GSB Building, Suite 519
One Belmont Avenue
Bala Cynwyd, PA 19004

Tel (610) 667 – 4500
Email: briangordon249@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Plaintiffs' Exhibits List Plaintiffs' Objections to Legislative Defendants' Intended Trial Exhibits was served upon parties of record via the Court's ECF system.

_____
                                                              /S/
                                                    Alice W. Ballard, Esquire

December 1, 2017

4