# EXHIBIT A

# DEPOSITION TRANSCRIPT OF MICHAEL C. TURZAI NOVEMBER 28, 2017

# TO BE FILED UNDER SEAL OR AFTER COMMENCEMENT OF TRIAL