# EXHIBIT B

## IMPROPER CLAIMS OF PRIVILEGE AND DIRECTIONS NOT TO ANSWER AT THE DEPOSITION OF SPEAKER TURZAI

| SUBJECT MATTER OF QUESTION (shortened/paraphrased) | BASIS FOR OBJECTION | CITATION |
|---|---|---|
| Who gave direction to the staff on what map should look like? | Legislative Privilege | 11:14-22 |
| Did Congressman Bob Brady support the bill? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 18:3-20 |
| How did anyone communicate to you that a group of Democrats supported the bill? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 19:6-14 |
| Are the state rules as to setting district lines good rules that are important to follow? | Legislative Privilege, insofar as question calls for communications with other members of legislature | 34:1-13 |
| What did you do to get the Democrats on board for bipartisan support? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 48:2-8 |
| What are the names of the staff members who worked on the map? | Legislative Privilege | 59:12 – 60:9 |
| Was any partisan intent at play in the creation of the 17th district? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 90:21-91:5 |
| Were some legislators upset that the Lehigh Valley was being divided between two congressmen? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 92:8 - 24 |

| SUBJECT MATTER OF QUESTION (shortened/paraphrased) | BASIS FOR OBJECTION | CITATION |
|---|---|---|
| Was the 17th district intended to concentrate Democratic votes? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 94:22 – 95:14 |
| Do you know why some Democratic members voted for the map? | Legislative Privilege, insofar as question calls for communications with other members of legislature or staff | 95:24 – 96:4 |
| Did Bill Schaller ("the head of our redistricting") meet with members of Congress or their staff? | Legislative Privilege, insofar as question calls for information the Speaker learned in communications with other members of legislature or staff | 99:8 – 21, *see also* 98:14-15 |