## Louis Agre, et al. v. Thomas W. Wolf, et al.
## Turzai Privilege Log

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00215 | Turzai – 00215 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Turzai [Mturzai@pahousegop.com] | Krystjan Callahan [Kcallaha@pahousegop.com];Michael Hritz [Mhritz@pahousegop.com];Sara Bresnahan [Sbresnah@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00216 | Turzai – 00216 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00217 | Turzai – 00217 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | mike.turzai@gmail.com | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/20/2012 |
| Legislative | Turzai – 00218 | Turzai – 00218 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00219 | Turzai – 00219 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00220 | Turzai – 00220 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | mike.turzai@gmail.com | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/23/2012 |
| Legislative | Turzai – 00221 | Turzai – 00221 | Kuklis, Joseph V. [JVKuklis@dmgs.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/20/2012 |
| Legislative | Turzai – 00222 | Turzai – 00222 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Jane Connolly Connolly [jncnol@gmail.com] | Sara Bresnahan [Sbresnah@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/3/2012 |
| Legislative | Turzai – 00223 | Turzai – 00223 | Jane Connolly Connolly [jncnol@gmail.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/2/2012 |
| Legislative | Turzai – 00224 | Turzai – 00224 | Herbert Corky Goldstein [hcg@abomkutulakis.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/27/2011 |
| Legislative | Turzai – 00225 | Turzai – 00225 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/20/2011 |
| Legislative | Turzai – 00226 | Turzai – 00227 | Paul Indorf [allianceconcierge@gmail.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00228 | Turzai – 00228 | Elaine Gorski [emg109@consolidated.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/20/2011 |
| Legislative | Turzai – 00229 | Turzai – 00229 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00230 | Turzai – 00230 | Jane Kirkland [jane@kirklandpartners.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00231 | Turzai – 00231 | june [junieg@consolidated.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00232 | Turzai – 00232 | Jane Moyer [jmoyer1540@verizon.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |

 227 226

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00233 | Turzai – 00233 | Jemele Sanderson [jsanderson710@verizon.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/18/2011 |
| Legislative | Turzai – 00234 | Turzai – 00234 | Jackie Johnson [jhjhart1@verizon.net] | Mark Mustio [Mmustio@pahousegop.com];Michael Turzai [Mturzai@pahousegop.com];jpippy@pasen.gov;info@rcac.net;metz@rcac.net | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/18/2011 |
| Legislative | Turzai – 00235 | Turzai – 00235 | tracy hoffmann [tracy@nhgi.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/18/2011 |
| Legislative | Turzai – 00236 | Turzai – 00236 | Bensing, Wesley M [wmb002@lvc.edu] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/16/2011 |
| Legislative | Turzai – 00237 | Turzai – 00242 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00243 | Turzai – 00243 | Cwhoffma@aol.com | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/16/2011 |
| Legislative | Turzai – 00244 | Turzai – 00244 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00245 | Turzai – 00245 | Deb Kearse [dkearse@kohlbp.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00246 | Turzai – 00246 | June Clougher [jclougher@bellcocu.org] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00247 | Turzai – 00247 | Michael Rivera [mrivera@greaterreadingchamber.org] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00248 | Turzai – 00250 | Nancy and Bill Brackbill [matmich1@aol.com] | Michael Turzai [Mturzai@pahousegop.com];eayeakel@enter.net;costa@pasenate.gov;dpilegi@pasenate.gov;drifko@ptd.net;FSKN803TON@rcn.com;homer961@rcn.com;Jlb1040@rcn.com;peg4ro@rcn.com;ivydot1@verizon.net | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00251 | Turzai – 00251 | Victor hammel [victor.hammel@jcehrlich.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00252 | Turzai – 00252 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00253 | Turzai – 00253 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00254 | Turzai – 00254 | Doug Reed [alwaystexan2000@gmail.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/19/2011 |
| Legislative | Turzai – 00255 | Turzai – 00257 | Nancy and Bill Brackbill [matmich1@aol.com] | Michael Turzai [Mturzai@pahousegop.com];costa@pasenate.gov;dpilegi@pasenate.gov | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/16/2011 |
| Legislative | Turzai – 00258 | Turzai – 00258 | Anthony Aliano [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANTHONY ALIANOBF9] | Michael Turzai [Mturzai@pahousegop.com];Samuel Smith [Shsmith@pahousegop.com];David Thomas [Dthomas@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/16/2011 |

_Handwritten margin annotations:_ "238-242" / "237" (near Turzai – 00237 row); "249-250" / "248" (near Turzai – 00248 row); "256-257" / "255" (near Turzai – 00255 row)

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00259 | Turzai – 00259 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00260 | Turzai – 00260 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00261 | Turzai – 00261 | BRIAN LEVAN [blevan@levanmachine.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00262 | Turzai – 00262 | Michael Duddy, II [mduddy@world-electronics.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00263 | Turzai – 00263 | Alicia Julia-Stanley [rev87mom@gmail.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00264 | Turzai – 00264 | Jeff Rush [jeffrush@me.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00265 | Turzai – 00265 | Ron Scalese [rscalese@fultonbank.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00266 | Turzai – 00266 | virginia rush [dinrush@comcast.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00267 | Turzai – 00267 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00268 | Turzai – 00268 | Gail Landis, C.P.M. [glandis@greaterreadingchamber.org] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00269 | Turzai – 00269 | Scott Vaughn [Svaughn@standardgroup.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00270 | Turzai – 00270 | Michele Richards [mrsmoe11@msn.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00271 | Turzai – 00271 | Dan Casciano [casciano@comcast.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/15/2011 |
| Legislative | Turzai – 00272 | Turzai – 00272 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Michael Hritz [Mhritz@pahousegop.com] | Chad Horner [Chorner@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Legislative | Turzai – 00273 | Turzai – 00273 | Donald Schalk [dschalk@chbriggs.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Legislative | Turzai – 00274 | Turzai – 00274 | Mark Mohn [Mark@ChangeInBerks.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Legislative | Turzai – 00275 | Turzai – 00275 | Donald Moll, Jr [dmoll@bgglass.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Legislative | Turzai – 00276 | Turzai – 00276 | Jemele Sanderson [jsanderson710@verizon.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

*Handwritten margin notes: 277, 278, 282, 281, 291, 290*

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Attorney Client; Work Product; Legislative | Turzai – 00277 | Turzai – 00277 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | mike.turzai@gmail.com | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Attorney Client; Work Product; Legislative | Turzai – 00278 | Turzai – 00278 | KGallagher@eckertseamans.com | Michael Turzai [Mturzai@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];James Mann [Jmann@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com];Rod Corey [Rcorey@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Legislative | Turzai – 00279 | Turzai – 00279 | Kurtes Smith [kurtessmith@comcast.net] | Michael Turzai [Mturzai@pahousegop.com];Bob Brobson [patbob1@comcast.net] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/13/2011 |
| Legislative | Turzai – 00280 | Turzai – 00280 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Tricia Graham [Tgraham@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/8/2011 |
| Legislative | Turzai – 00281 | Turzai – 00282 | Cathy Waddington [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CATHY WADDINGTONB33] | Michael Turzai [Mturzai@pahousegop.com];Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];James Mann [Jmann@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/1/2011 |
| Legislative | Turzai – 00283 | Turzai – 00283 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Terry Jacobs [tsjacobs@penneco.com] | Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 9/14/2011 |
| Legislative | Turzai – 00284 | Turzai – 00284 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00285 | Turzai – 00285 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00286 | Turzai – 00286 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 9/12/2011 |
| Legislative | Turzai – 00287 | Turzai – 00287 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00288 | Turzai – 00288 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00289 | Turzai – 00289 | Terry Jacobs [tsjacobs@penneco.com] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 9/12/2011 |
| Legislative | Turzai – 00290 | Turzai – 00291 | home [johnserpa@comcast.net] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 8/28/2011 |
| Legislative | Turzai – 00292 | Turzai – 00292 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00293 | Turzai – 00293 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00294 | Turzai – 00294 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00295 | Turzai – 00296 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 8/29/2011 |
| Legislative | Turzai – 00297 | Turzai – 00297 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00298 | Turzai – 00298 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00299 | Turzai – 00299 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00300 | Turzai – 00300 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Bob Nye [Bnye@pahousegop.com];Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 6/7/2011 |
| Legislative | Turzai – 00301 | Turzai – 00301 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Sara Bresnahan [Sbresnah@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/27/2011 |
| Legislative | Turzai – 00302 | Turzai – 00304 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00305 | Turzai – 00305 | David Millard [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVID MILLARDD3C] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/21/2011 |
| Legislative | Turzai – 00306 | Turzai – 00306 | Strine, Neil [hstrin2@bloomu.edu] | David Millard [Dmillard@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/19/2011 |
| Legislative | Turzai – 00307 | Turzai – 00307 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/21/2011 |
| Legislative | Turzai – 00308 | Turzai – 00308 | Strine, Neil [hstrin2@bloomu.edu] | David Millard [Dmillard@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/19/2011 |
| Legislative | Turzai – 00309 | Turzai – 00309 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/7/2011 |
| Legislative | Turzai – 00310 | Turzai – 00310 | DelDOT [Drew.McCaskey@state.de.us] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/6/2011 |
| Attorney Client; Legislative | Turzai – 00311 | Turzai – 00312 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | KGallagher@eckertseamans.com | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 2/16/2011 |
| Legislative | Turzai – 00313 | Turzai – 00313 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |





**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Attorney Client; Legislative | Turzai – 00314 | Turzai – 00315 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Bob Nye [Bnye@pahousegop.com];Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];James Mann [Jmann@pahousegop.com];Rod Corey [Rcorey@pahousegop.com];Thomas Weeter [Tweeter@pahousegop.com];KGallagher@eckertseamans.com | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 2/16/2011 |
| Legislative | Turzai – 00316 | Turzai – 00316 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Stephen Miskin [SMiskin@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/13/2011 |
| Legislative | Turzai – 00317 | Turzai – 00317 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Sara Bresnahan [Sbresnah@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/10/2011 |
| Legislative | Turzai – 00318 | Turzai – 00318 | Bonita Hoke [bchoke@palwv.org] | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/10/2011 |
| Legislative | Turzai – 00319 | Turzai – 00319 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Terri Boyer [Tboyer@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/6/2011 |
| Attorney Client; Legislative | Turzai – 00320 | Turzai – 00321 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 2/16/2011 |
| Legislative | Turzai – 00322 | Turzai – 00322 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00323 | Turzai – 00323 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 5/31/2011 |
| Legislative | Turzai – 00324 | Turzai – 00324 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Stephen Miskin [SMiskin@pahousegop.com];Tricia Graham [Tgraham@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/20/2011 |
| Legislative | Turzai – 00325 | Turzai – 00325 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Republican House Members [Republican#032#House#032#Members@pahousegop.com] | Anthony Aliano [Aaliano@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/23/2011 |
| Legislative | Turzai – 00326 | Turzai – 00327 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00328 | Turzai – 00334 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00335 | Turzai – 00335 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | sush1@comcast.net | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/24/2011 |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00336 | Turzai – 00342 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Attorney Client; Legislative | Turzai – 00343 | Turzai – 00343 | James Mann [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JAME S MANN705] | mike.turzai@gmail.com;Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com];Rod Corey [Rcorey@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/1/2011 |
| Attorney Client; Legislative | Turzai – 00344 | Turzai – 00344 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Attorney Client; Legislative | Turzai – 00345 | Turzai – 00345 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Attorney Client; Legislative | Turzai – 00346 | Turzai – 00346 | Rod Corey [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROD COREYDC4] | mike.turzai@gmail.com | Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 12/14/2011 |
| Attorney Client; Legislative | Turzai – 00347 | Turzai – 00352 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Attorney Client; Legislative | Turzai – 00353 | Turzai – 00354 | Mike Turzai [mike.turzai@gmail.com] | Sara Bresnahan [Sbresnah@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com];Karen Coates [Kcoates@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 11/15/2012 |
| Legislative | Turzai – 00355 | Turzai – 00355 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Terri Boyer [Tboyer@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 1/18/2011 |
| Legislative | Turzai – 00356 | Turzai – 00356 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00357 | Turzai – 00357 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Mark Mustio [Mmustio@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |
| Legislative | Turzai – 00358 | Turzai – 00358 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Republican House Members [Republican#032#House#032#Members@paho usegop.com] | Anthony Aliano [Aaliano@pahousegop.com];Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |
| Legislative | Turzai – 00359 | Turzai – 00370 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00371 | Turzai – 00373 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | MMcCabe@grblaw.com | JoAnna Cameron [Jcameron@pahousegop.com];Sara Bresnahan [Sbresnah@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/18/2011 |
| Legislative | Turzai – 00374 | Turzai – 00374 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00375 | Turzai – 00375 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00376 | Turzai – 00376 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**



| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00377 | Turzai – 00377 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00378 | Turzai – 00380 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | JoAnna Cameron [Jcameron@pahousegop.com];Sara Bresnahan [Sbresnah@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/18/2011 |
| Legislative | Turzai – 00381 | Turzai – 00381 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00382 | Turzai – 00382 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00383 | Turzai – 00383 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00384 | Turzai – 00384 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00385 | Turzai – 00386 | MMcCabe@grblaw.com | Michael Turzai [Mturzai@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/18/2011 |
| Legislative | Turzai – 00387 | Turzai – 00387 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00388 | Turzai – 00388 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00389 | Turzai – 00389 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00390 | Turzai – 00390 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00391 | Turzai – 00391 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Republican House Members [Republican#032#House#032#Members@paho usegop.com] | Bob Nye [Bnye@pahousegop.com];Bill Schaller [Bschalle@pahousegop.com];Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 4/13/2011 |
| Legislative | Turzai – 00392 | Turzai – 00397 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai – 00398 | Turzai – 00398 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 5/17/2011 |
| Legislative | Turzai – 00399 | Turzai – 00399 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICH AEL TURZAI37E] | Terri Boyer [Tboyer@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai – 00400 | Turzai – 00400 | Carol Barnacle [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CAROL BARNACLE650] | Carole Reddecliff [Creddecl@pahousegop.com];Julianne Naccarato [Jnaccara@pahousegop.com];Lisa Shenfeld [Lshenfel@pahousegop.com];Sandra Pancoe [Sapancoe@pahousegop.com];William Adolph [Wadolph@pahousegop.com];Dave Reed [Dreed@pahousegop.com];Jennifer Harrison [Jharriso@pahousegop.com];Jess Henninger [Jhenning@pahousegop.com];Michael Turzai [Mturzai@pahousegop.com];Mike Vereb [Mvereb@pahousegop.com];Pam Albert [Palbert@pahousegop.com];Richard Stevenson [Rstevens@pahousegop.com];Stan Saylor [Ssaylor@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |
| Legislative | Turzai – 00401 | Turzai – 00401 | Michael Turzai [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL TURZAI37E] | Dave Reddecliff [Dreddecl@pahousegop.com];Krystjan Callahan [Kcallaha@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |
| Legislative | Turzai – 00402 | Turzai – 00402 | Carol Barnacle [/O=GOPHOUSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CAROL BARNACLE650] | Carole Reddecliff [Creddecl@pahousegop.com];Julianne Naccarato [Jnaccara@pahousegop.com];Lisa Shenfeld [Lshenfel@pahousegop.com];Sandra Pancoe [Sapancoe@pahousegop.com];William Adolph [Wadolph@pahousegop.com];Dave Reed [Dreed@pahousegop.com];Jennifer Harrison [Jharriso@pahousegop.com];Jess Henninger [Jhenning@pahousegop.com];Michael Turzai [Mturzai@pahousegop.com];Mike Vereb [Mvereb@pahousegop.com];Pam Albert [Palbert@pahousegop.com];Richard Stevenson [Rstevens@pahousegop.com];Stan Saylor [Ssaylor@pahousegop.com] | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | 3/7/2011 |
| Legislative | Turzai - 00403 | Turzai - 00404 | | | | Daily Schedule | |
| Legislative | Turzai - 00405 | Turzai - 00406 | | | | Daily Schedule | |
| Legislative | Turzai - 00407 | Turzai - 00407 | | | | Daily Schedule | |
| Legislative | Turzai - 00408 | Turzai - 00408 | | | | Daily Schedule | |
| Legislative | Turzai - 00409 | Turzai - 00409 | | | | Daily Schedule | |
| Legislative | Turzai - 00410 | Turzai - 00410 | | | | Daily Schedule | |
| Legislative | Turzai - 00411 | Turzai - 00411 | | | | Daily Schedule | |
| Legislative | Turzai - 00412 | Turzai - 00412 | | | | Daily Schedule | |
| Legislative | Turzai - 00413 | Turzai - 00413 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 00414 | Turzai - 00414 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 00415 | Turzai - 00433 | | | | Notes | |
| Legislative | Turzai - 00434 | Turzai - 00434 | | | | Daily Schedule | |
| Legislative | Turzai - 00435 | Turzai - 00435 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai - 00436 | Turzai - 00436 | | | | Daily Schedule | |
| Legislative | Turzai - 00437 | Turzai - 00478 | | | | Daily Schedule | |
| Legislative | Turzai - 00479 | Turzai - 00480 | | | | Daily Schedule | |
| Legislative | Turzai - 00481 | Turzai - 00481 | | | | Daily Schedule | |
| Legislative | Turzai - 00482 | Turzai - 00482 | | | | Daily Schedule | |
| Legislative | Turzai - 00483 | Turzai - 00523 | | | | Daily Schedule | |
| Legislative | Turzai - 00524 | Turzai - 00564 | | | | Daily Schedule | |
| Legislative | Turzai - 00565 | Turzai - 00605 | | | | Daily Schedule | |
| Legislative | Turzai - 00606 | Turzai - 00647 | | | | Daily Schedule | |
| Legislative | Turzai - 00648 | Turzai - 00688 | | | | Daily Schedule | |
| Legislative | Turzai - 00689 | Turzai - 00730 | | | | Daily Schedule | |
| Legislative | Turzai - 00731 | Turzai - 00772 | | | | Daily Schedule | |
| Legislative | Turzai - 00773 | Turzai - 00814 | | | | Daily Schedule | |
| Legislative | Turzai - 00815 | Turzai - 00830 | | | | Daily Schedule | |
| Legislative | Turzai - 00831 | Turzai - 00845 | | | | Notes | |
| Legislative | Turzai - 00846 | Turzai - 00846 | | | | Meeting Agenda | |
| Legislative | Turzai - 00847 | Turzai - 00847 | | | | Meeting Agenda | |
| Legislative | Turzai - 00848 | Turzai - 00848 | | | | Notes | |
| Legislative | Turzai - 00849 | Turzai - 00863 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00864 | Turzai - 00877 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00878 | Turzai - 00893 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00894 | Turzai - 00906 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00907 | Turzai - 00917 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00918 | Turzai - 00936 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00937 | Turzai - 00950 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00951 | Turzai - 00969 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00970 | Turzai - 00985 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 00986 | Turzai - 01000 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01001 | Turzai - 01009 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01010 | Turzai - 01020 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01021 | Turzai - 01039 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01040 | Turzai - 01049 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01050 | Turzai - 01066 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01067 | Turzai - 01082 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01083 | Turzai - 01100 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01101 | Turzai - 01113 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01114 | Turzai - 01127 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01128 | Turzai - 01145 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01146 | Turzai - 01156 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01157 | Turzai - 01171 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01172 | Turzai - 01189 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01190 | Turzai - 01219 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01220 | Turzai - 01232 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01233 | Turzai - 01249 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01250 | Turzai - 01265 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01266 | Turzai - 01276 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01277 | Turzai - 01293 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01294 | Turzai - 01302 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01303 | Turzai - 01315 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01316 | Turzai - 01334 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01335 | Turzai - 01352 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01353 | Turzai - 01363 | | | | Majority Leader Briefing Book | |
| Legislative | Turzai - 01364 | Turzai - 01364 | | | | Notes | |
| Legislative | Turzai - 01365 | Turzai - 01371 | | | | Notes | |
| Legislative | Turzai - 01372 | Turzai - 01372 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai - 01373 | Turzai - 01373 | | | | Notes | |
| Legislative | Turzai - 01374 | Turzai - 01374 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01375 | Turzai - 01386 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01387 | Turzai - 01387 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01388 | Turzai - 01388 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01389 | Turzai - 01396 | | | | Notes | |
| Legislative | Turzai - 01397 | Turzai - 01398 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01399 | Turzai - 01399 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01400 | Turzai - 01402 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01403 | Turzai - 01403 | | | | Notes | |
| Attorney Client; Work Product; Legislative | Turzai - 01404 | Turzai - 01409 | | | | Notes | |
| Legislative | Turzai - 01410 | Turzai - 01410 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01411 | Turzai - 01411 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01412 | Turzai - 01412 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01413 | Turzai - 01431 | | | | Notes | |
| Legislative | Turzai - 01432 | Turzai - 01452 | | | | Notes | |
| Legislative | Turzai - 01453 | Turzai - 01473 | | | | Notes | |
| Legislative | Turzai - 01474 | Turzai - 01494 | | | | Notes | |
| Legislative | Turzai - 01495 | Turzai - 01515 | | | | Notes | |
| Legislative | Turzai - 01516 | Turzai - 01516 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01517 | Turzai - 01517 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01518 | Turzai - 01518 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Attorney Client; Work Product; Legislative | Turzai - 01519 | Turzai - 01520 | | | | Notes | |
| Legislative | Turzai - 01521 | Turzai - 01535 | | | | Notes | |
| Legislative | Turzai - 01536 | Turzai - 01536 | | | | Meeting Agenda | |
| Legislative | Turzai - 01537 | Turzai - 01537 | | | | Meeting Agenda | |
| Legislative | Turzai - 01538 | Turzai - 01538 | | | | Meeting Agenda | |
| Legislative | Turzai - 01539 | Turzai - 01539 | | | | Meeting Agenda | |
| Legislative | Turzai - 01540 | Turzai - 01540 | | | | Meeting Agenda | |
| Legislative | Turzai - 01541 | Turzai - 01541 | | | | Meeting Agenda | |
| Legislative | Turzai - 01542 | Turzai - 01542 | | | | Meeting Agenda | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Legislative | Turzai - 01543 | Turzai - 01543 | | | | Meeting Agenda | |
| Legislative | Turzai - 01544 | Turzai - 01544 | | | | Meeting Agenda | |
| Legislative | Turzai - 01545 | Turzai - 01545 | | | | Meeting Agenda | |
| Legislative | Turzai - 01546 | Turzai - 01546 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01547 | Turzai - 01547 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01548 | Turzai - 01548 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01549 | Turzai - 01549 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01550 | Turzai - 01550 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01551 | Turzai - 01551 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01552 | Turzai - 01552 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01553 | Turzai - 01553 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01554 | Turzai - 01554 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01555 | Turzai - 01555 | | | | Notes | |
| Attorney Client; Work Product; Legislative | Turzai - 01556 | Turzai - 01556 | | | | Notes | |
| Attorney Client; Work Product; Legislative | Turzai - 01557 | Turzai - 01590 | | | | Notes | |
| Attorney Client; Work Product; Legislative | Turzai - 01591 | Turzai - 01591 | | | | Notes | |
| Attorney Client; Work Product; Legislative | Turzai - 01592 | Turzai - 01592 | | | | Notes | |
| Legislative | Turzai - 01593 | Turzai - 01593 | | | | Notes | |
| Legislative | Turzai - 01594 | Turzai - 01600 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01601 | Turzai - 01601 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01602 | Turzai - 01602 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01603 | Turzai - 01603 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01604 | Turzai - 01605 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01606 | Turzai - 01629 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |

**Louis Agre, et al. v. Thomas W. Wolf, et al.**
**Turzai Privilege Log**

1630

1634   1633

| Privilege Type | Production Bates Begin (outgoing) | Production Bates End (outgoing) | Email From | Email To | Email CC | Subject of Document | Email Sent Date |
|---|---|---|---|---|---|---|---|
| Attorney Client; Work Product; Legislative | Turzai - 01630 | Turzai - 01630 | | | | Notes | |
| Legislative | Turzai - 01631 | Turzai - 01631 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01632 | Turzai - 01632 | | | | Daily Schedule | |
| Legislative | Turzai - 01633 | Turzai - 01634 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01635 | Turzai - 01635 | | | | Daily Schedule | |
| Legislative | Turzai - 01636 | Turzai - 01636 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01637 | Turzai - 01637 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01638 | Turzai - 01638 | | | | Communication and deliberation concerning the legislation for the 2011 Congressional Redistricting Plan | |
| Legislative | Turzai - 01639 | Turzai - 01639 | | | | Daily Schedule | |