# EXHIBIT D

## TURZAI DOCUMENTS WITH CLAIM OF LEGISLATIVE PRIVLEGE
## NOT PRODUCED AS OF DECEMBER 3, 2017

| BATES NUMBERS NOT PRODUCED | RELATED BATES NUMBERS THAT WERE PRODUCED | OTHER PRIVILEGE CLAIMS |
|---|---|---|
| 227 | 226 | |
| 238 - 242 | 237 | |
| 249-250 | 248 | |
| 277 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 282 | 281 | |
| 291 | 290 | |
| 296 | 295 | |
| 303-304 | 302 | |
| 320-321 | | Attorney Client Privilege also claimed, but no attorney listed |
| 327 | 326 | |
| 329-334 | 328 | |
| 337-342 | 336 | |
| 343 | | Attorney Client Privilege also claimed, but no attorney listed |
| 344 | | Attorney Client Privilege also claimed, but no attorney listed |
| 345 | | Attorney Client Privilege also claimed, but no attorney listed |
| 346 | | Attorney Client Privilege also claimed, but no attorney listed |
| 347 | | Attorney Client Privilege also claimed, but no attorney listed |
| 353 | | Attorney Client Privilege also claimed, but no attorney listed |
| 360-370 | 359 | |
| 372-373 | 371 | |
| 379-380 | 378 | |
| 386 | 385 | |

| BATES NUMBERS NOT PRODUCED | RELATED BATES NUMBERS THAT WERE PRODUCED | OTHER PRIVILEGE CLAIMS |
|---|---|---|
| 393-397 | 392 | |
| 404 | 403 | |
| 406 | 405 | |
| 416-433 | 415 | |
| 437–439; 441-478 | 440 | |
| 480 | 479 | |
| 483-484; 486-523 | 485 | |
| 524 - 564 | | |
| 565-605 | | |
| 606-647 | | |
| 648-688 | | |
| 689-730 | | |
| 731-772 | | |
| 773-814 | | |
| 816-830 | 815 | |
| 832-845 | 831 | |
| 846-1363 (Multiple Documents Identified as Majority Leader Briefing Book) | | |
| 1366-1371 | 1365 | |
| 1376-1386 | 1375 | |
| 1390-1396 | 1389 | |
| 1398 | 1397 | |
| 1401-1402 | 1400 | |
| 1404-1409 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1414-1431 | 1413 | |
| 1432-1515 | | |

| BATES NUMBERS NOT PRODUCED | RELATED BATES NUMBERS THAT WERE PRODUCED | OTHER PRIVILEGE CLAIMS |
|---|---|---|
| 1519-1520 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1556 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1557 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1591 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1592 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1594-1600 | | |
| 1605 | 1604 | |
| 1607-1629 | 1606 | |

4

| BATES NUMBERS NOT PRODUCED | RELATED BATES NUMBERS THAT WERE PRODUCED | OTHER PRIVILEGE CLAIMS |
|---|---|---|
| 1630 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1634 | 1633 | |

Case 2:17-cv-04392-MMB   Document 175-5   Filed 12/03/17   Page 4 of 4

4

| BATES NUMBERS NOT PRODUCED | RELATED BATES NUMBERS THAT WERE PRODUCED | OTHER PRIVILEGE CLAIMS |
|---|---|---|
| 1630 | | Attorney Client Privilege also claimed, but no attorney listed; Work Product Privilege also claimed but no showing that litigation anticipated or that document produced at direction of counsel |
| 1634 | 1633 | |

4