# EXHIBIT E

# DEPOSITION TRANSCRIPT OF JOSEPH B. SCARNATI, III
# NOVEMBER 29, 2017

# TO BE FILED UNDER SEAL OR AFTER COMMENCEMENT OF TRIAL