# EXHIBIT 1

| | |
|---|---|
| **Subject:** | FW: Activity in Case 2:17-cv-04392-MMB AGRE et al v. WOLF et al Order on Motion for Protective Order |

**From:** ecf_paed@paed.uscourts.gov [mailto:ecf_paed@paed.uscourts.gov]
**Sent:** Tuesday, November 28, 2017 12:14 PM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:17-cv-04392-MMB AGRE et al v. WOLF et al Order on Motion for Protective Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## Eastern District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered on 11/28/2017 at 12:13 PM EST and filed on 11/28/2017
**Case Name:**   AGRE et al v. WOLF et al
**Case Number:**   2:17-cv-04392-MMB
**Filer:**
**Document Number:** 142

**Docket Text:**
**ORDER RE: ASSERTION OF LEGISLATIVE PRIVILEGE AND DELIBERATIVE PRIVILEGE AND "CONSENT" MOTION FOR PROTECTIVE ORDER IS DENIED. SIGNED BY HONORABLE MICHAEL M. BAYLSON ON 11/28/17.11/28/17 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, )**

**2:17-cv-04392-MMB Notice has been electronically mailed to:**

ROBERT E. PAUL    rpaul@paulreichandmyerspc.com

JASON A. SNYDERMAN    snyderman@blankrome.com, khatchikian@blankrome.com

GAREN MEGUERIAN    gm@garenmlaw.com

JOHN E. HALL    jack@jackhallpc.com, daniele@jackhallpc.com, tkuhn@c-wlaw.com, vince@jackhallpc.com

ALICE W. BALLARD    awballard@awballard.com, mbguben@awballard.com, phyland@awballard.com

BRIAN S. PASZAMANT    paszamant@blankrome.com, cooper-m@blankrome.com

MARK A. ARONCHICK    maronchick@hangley.com, dac@hangley.com, ecffilings@hangley.com

BRIAN A. GORDON    briangordon249@gmail.com, briangordon4@aol.com

ELLIOT B. PLATT    ebplatt@att.net

MICHELE D. HANGLEY    mhangley@hangley.com, ecffilings@hangley.com, gml@hangley.com

LISA A. MATHEWSON    lam@mathewson-law.com, llk@mathewson-law.com

ADAM C. BONIN    adam@boninlaw.com

GREGORY GEORGE SCHWAB    grschwab@pa.gov

MICHAEL R. ABBOTT    mabbott@c-wlaw.com, whines@c-wlaw.com

TIFFANIE C. BENFER    tbenfer@hardwickbenfer.com, ebixel@hardwickbenfer.com, khagerich@hardwickbenfer.com

VIRGINIA L. HARDWICK    vhardwick@hardwickbenfer.com, ebixel@hardwickbenfer.com, khagerich@hardwickbenfer.com

TIMOTHY E. GATES    tgates@pa.gov, ieverhart@pa.gov, kkotula@pa.gov, lelhaddad@pa.gov

MICHAEL J. HEALEY    mike@unionlawyers.net

DANIEL STEPHEN MORRIS    morris-d@blankrome.com

RUSSELL D. GIANCOLA    rgiancola@c-wlaw.com, samoroso@c-wlaw.com

KATHLEEN A. GALLAGHER    kgallagher@c-wlaw.com, cmcgee@c-wlaw.com, tkuhn@c-wlaw.com

JOHN P. WIXTED    jwixted@blankrome.com, ARC@blankrome.com

CLAUDIA DEPALMA    cdepalma@hangley.com, ecffilings@hangley.com, paw@hangley.com

MARC E. ELIAS    melias@perkinscoie.com, kguity@perkinscoie.com

KATHLEEN MARIE KOTULA    kkotula@pa.gov

MICHAEL P. PERSOON    mpersoon@dsgchicago.com

SEAN MORALES-DOYLE    smoralesdoyle@dsgchicago.com

THOMAS H. GEOGHEGAN    tgeoghegan@dsgchicago.com, admin@dsgchicago.com

JASON B. TORCHINSKY    jtorchinsky@hvjt.law, dwpolio@hvjt.law, pgordon@hvjt.law, spsaxe@hvjt.law

SHAWN T. SHEEHY    ssheehy@hvjt.law, dwpolio@hvjt.law, pgordon@hvjt.law, spsaxe@hvjt.law

BRUCE V. SPIVA    Bspiva@perkinscoie.com, DocketWDC@perkinscoie.com, Jwinovich@perkinscoie.com, Mdepass@perkinscoie.com

ALEXANDER TISCHENKO    Atischenko@perkinscoie.com, Dholland@perkinscoie.com

ARIA BRANCH    abranch@perkinscoie.com

AMANDA REBECCA CALLAIS    Acallais@perkinscoie.com

JASON R. MCLEAN    jrmclean@c-wlaw.com, kgallagher@c-wlaw.com, tkuhn@c-wlaw.com

CAROLYN BATZ MCGEE    cmcgee@c-wlaw.com, jrmclean@c-wlaw.com, kgallagher@c-wlaw.com, tkuhn@c-wlaw.com

ASHTON R. LATTIMORE    arl@hangley.com, czk@hangley.com, ecffilings@hangley.com

**2:17-cv-04392-MMB Notice will not be electronically mailed to:**

BRUCE M. GORMAN , JR
BLANK ROME LLP
301 CARNEGIE CENTER, 3RD FLOOR
PRINCETON, NJ 08540

PATRICK T. LEWIS
BAKER & HOSTETLER LLP
KEY TOWER
127 PUBLIC SQUARE, SUITE 2000
CLEVELAND, OH 44114

PHILLIP M. GORDON
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 NORTH HILL DRIVE, SUITE 100
WARRENTON, VA 20186

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=11/28/2017] [FileNumber=15192155
-0] [79636335fbb30fe496495effbb2fa7072cadc91603e067d54a5ce953710660e20
08734d8769d339fbdc0b7789312ad218f813c48d86bf32b79a703b1ff6de1c8]]