# EXHIBIT 2

| Bates Numbers Allegedly Not Produced | Bates Numbers Produced | Explanation |
|---|---|---|
| 227 | 226 | The PDF labeled 226 is a 2 page PDF which contains Bates numbered page 227. Bates 227 was produced. |
| 238-242 | 237 | The PDF labeled 237 is a 6 page PDF which contains Bates numbered pages 238-242. Bates 238-242 were produced. |
| 249-250 | 248 | The PDF labeled 248 is a 3 page PDF which contains Bates numbered pages 249-250. Bates 249-250 were produced. |
| 277 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 282 | 281 | The PDF labeled 281 is a 2 page PDF which contains Bates numbered page 282. Bates 282 was produced. |
| 291 | 290 | The PDF labeled 290 is a 2 page PDF which contains Bates numbered page 291. Bates 291 was produced. |
| 296 | 295 | The PDF labeled 295 is a 2 page PDF which contains Bates numbered page 296. Bates 296 was produced. |
| 303-304 | 302 | The PDF labeled 302 is a 3 page PDF which contains Bates numbered pages 303-304. Bates 303-304 were produced. |
| 320-321 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 327 | 326 | The PDF labeled 326 is a 2 |

| | | |
|---|---|---|
| | | page PDF which contains Bates numbered page 327. Bates 327 was produced. |
| 329-334 | 328 | The PDF labeled 328 is a 7 page PDF which contains Bates numbered pages 329-334. Bates 329-334 were produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 337-342 | 336 | The PDF labeled 336 is a 7 page PDF which contains Bates numbered pages 337-342. Bates 337-342 were produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 343 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 344 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 345 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 346 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 347 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 353 | | Withheld on the basis of attorney client privilege, which was not overruled by the Court |
| 360-370 | 359 | The PDF labeled 359 is a 12 |

| | | |
|---|---|---|
| | | page PDF which contains Bates numbered pages 360-370.  Bates 360-370 were produced. |
| 372-373 | 371 | The PDF labeled 371 is a 3 page PDF which contains Bates numbered pages 372-373.  Bates 372-373 were produced. |
| 379-380 | 378 | The PDF labeled 378 is a 3 page PDF which contains Bates numbered pages 379-380.  Bates 379-380 were produced. |
| 386 | 385 | The PDF labeled 385 is a 2 page PDF which contains Bates numbered page 386.  Bates 386 was produced. |
| 393-397 | 392 | The PDF labeled 392 is a 6 page PDF which contains Bates numbered pages 393-397.  Bates 393-397 were produced. |
| 404 | 403 | The PDF labeled 403 is a 2 page PDF which contains Bates numbered page 404.  Bates 404 was produced.  Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 406 | 405 | The PDF labeled 405 is a 2 page PDF which contains Bates numbered page 406.  Bates 406 was produced.  Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 416-433 | 415 | The PDF labeled 415 is a 19 page PDF which contains Bates numbered pages 416-433.  Bates 416-433 were produced.  Personal or |

| | | |
|---|---|---|
| | | irrelevant information was redacted from this document, but the redacted pages were still produced |
| 437-439; 441-478 | 440 | The PDF labeled 440 is a 2 page PDF which contains Bates numbered page 441. This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates numbered pages 437-478. In the interest of expediency, only those pages of this set with responsive entries were produced, which consisted of Bates numbered pages 440 and 441. |
| 480 | 479 | The PDF labeled 479 is a 2 page PDF which contains Bates numbered page 480. Bates 480 was produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 483-484; 486-523 | 485 | The PDF labeled 485 is a 1 page PDF. This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates numbered pages 483-523. In the interest of expediency, only those pages of this set with responsive entries were produced, which consisted of Bates numbered page 485. |
| 524-564 | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates |

| | | | |
|---|---|---|---|
| | | | number pages 524-564. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 565-605 | | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 565-605. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 606-647 | | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 606-647. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 648-688 | | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 648-688. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 689-730 | | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 689-730. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 731-772 | | | This document represents a set |

| | | |
|---|---|---|
| | | of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 731-772. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 773-814 | | This document represents a set of the Speaker's daily calendars from 2012. The entirety of this set of the calendar spanned Bates number pages 773-814. There were no responsive entries in these pages, and therefore in the interest of expediency they were not produced. |
| 816-830 | 815 | The PDF labeled 815 is a 16 page PDF which contains Bates numbered pages 816-830. Bates numbers 816-830 were produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 832-845 | 831 | The PDF labeled 831 is a 15 page PDF which contains Bates numbered pages 832-845. Bates 832-845 were produced. |
| 846-848 | | These documents were produced in separately marked 1 page PDFs bearing Bates numbers 846, 847, and 848. |
| 849-1363 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1366-1371 | 1365 | The PDF labeled 1365 is a 7 page PDF which contains Bates numbered pages 1366-1371. Bates 1366-1371 were |

| | | |
|---|---|---|
| | | produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 1376-1386 | 1375 | The PDF labeled 1375 is a 12 page PDF which contains Bates numbered pages 1376-1386. Bates 1376-1386 were produced. |
| 1390-1396 | 1389 | The PDF labeled 1389 is an 8 page PDF which contains Bates numbered pages 1390-1396. Bates 1390-1396 were produced. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 1398 | 1397 | The PDF labeled 1397 is a 2 page PDF which contains Bates numbered page 1398. Bates 1398 was produced. |
| 1401-1402 | 1400 | The PDF labeled 1400 is a 3 page PDF which contains Bates numbered pages 1401-1402. Bates 1401-1402 were produced. |
| 1404-1409 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1414-1431 | 1413 | The PDF labeled 1413 is a 19 page PDF which contains Bates numbered pages 1414-1431. Bates 1414-1431 were produced. These documents are a set of meeting requests. Personal or irrelevant information was redacted from this document, but the redacted pages were still produced |
| 1432-1515 | | These documents were a continuation of the prior set of |

| | | |
|---|---|---|
| | | meeting requests found at Bates range 1413-1431, and did not contain any additional responsive information. In the interest of expediency they were not produced. |
| 1519-1520 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1556 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1557 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1591 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1592 | | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1594-1600 | | These documents concerned only State Reapportionment and therefore were not responsive and should not have been included on the privilege log. |
| 1605 | 1604 | The PDF labeled 1604 is a 2 page PDF which contains Bates numbered page 1605. Bates 1605 was produced. |
| 1607-1629 | 1606 | The PDF labeled 1606 is a 24 page PDF which contains Bates numbered pages 1607-1629. Bates 1607-1629 were produced. |

| 1630 |  | Withheld on the basis of attorney client privilege and work product doctrine, which were not overruled by the Court |
| 1634 | 1633 | The PDF labeled 1633 is a 2 page PDF which contains Bates numbered page 1634. Bates 1634 was produced. |