IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Louis Agre** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:17-cv-4392 |
| | : | |
| v. | : | |
| | : | |
| **Thomas W. Wolf** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## LEGISLATIVE DEFENDANTS' MOTION FOR JUDGMENT
## PURSUANT TO RULE 50 OR RULE 52(c)

Legislative Defendants, Michael C. Turzai, in his official capacity as Speaker of the Pennsylvania House of Representatives, and Joseph B. Scarnati, III, in his official capacity as Pennsylvania Senate President Pro Tempore (collectively, "Legislative Defendants"), file this Motion for Judgment pursuant to Federal Rules of Civil Procedure 50 or, alternatively, 52(c). In support of their motion, Legislative Defendants rely upon their Memorandum of Law filed herewith.

Dated: December 6, 2017                                Respectfully submitted,

| **BLANK ROME LLP** | **CIPRIANI & WERNER, P.C.** |
|---|---|
| */s/ Brian S. Paszamant* | */s/ Kathleen A. Gallagher* |
| BRIAN S. PASZAMANT | KATHLEEN A. GALLAGHER |
| JASON A. SNYDERMAN | CAROLYN BATZ MCGEE |
| JOHN P. WIXTED | 650 Washington Road, Suite 700 |
| One Logan Square | Pittsburgh, Pennsylvania 15228 |
| 130 N. 18th Street | Phone: 412-563-4978 |
| Philadelphia, Pennsylvania 19103 | Email: kgallagher@c-wlaw.com |
| Phone: 215-569-5791 | cmcgee@c-wlaw.com |
| Email: paszamant@blankrome.com | |
| snyderman@blankrome.com | *Attorneys for Legislative Defendant* |
| jwixted@blankrome.com | *Representative Michael Turzai* |
| | |
| *Attorneys for Legislative Defendant* | |
| *Senator Joseph Scarnati III* | |

| HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC | BAKER & HOSTETLER LLP |
|---|---|
| /s/ Jason Torchinsky | /s/ Patrick T. Lewis |
| JASON TORCHINSKY (admitted *Pro Hac Vice*) | PATRICK T. LEWIS |
| SHAWN SHEEHY (admitted *Pro Hac Vice*) | (admitted *Pro Hac Vice*) |
| 45 North Hill Drive, Suite 100 | Key Tower |
| Warrenton, Virginia 20186 | 127 Public Square |
| Phone: 540-341-8808 | Suite 2000 |
| Facsimile: 540-341-8809 | Cleveland, Ohio 44144 |
| Email: jtorchinsky@hvjt.law | Phone: 216-621-0200 |
| ssheehy@hvjt.law | Email: plewis@bakerlaw.com |
| *Attorneys for Legislative Defendants Senator Joseph Scarnati III and Representative Michael Turzai* | *Attorney for Legislative Defendant Representative Michael Turzai* |

2

## CERTIFICATE OF SERVICE

I, Kathleen A. Gallagher, hereby, certify that on this 6th day of December, 2017, I caused a true and correct copy of the foregoing ***LEGISLATIVE DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO RULE 50 OR RULE 52(c)*** to be served on all counsel of record, via the Court's ECF Filing System.

Respectfully submitted,

Dated: December 6, 2017         */s/ Kathleen A. Gallagher*
                                KATHLEEN A. GALLAGHER

                                **CIPRIANI & WERNER, P.C.**
                                650 Washington Road, Suite 700
                                Pittsburgh, PA  15228
                                (412) 563-2500 (Telephone)
                                (412) 563-2080 (Facsimile)