IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOUIS AGRE, *et al.* | CIVIL ACTION |
|---|---|
| v. | NO. 17-4392 |
| THOMAS W. WOLF, *et al.* | |

# ORDER

**BEFORE: Smith, Chief Circuit Judge; Shwartz, Circuit Judge; Baylson, District Judge:**

The Court has been unable to locate any testimony (live or by deposition) from the Plaintiff Dana Kellerman, who, according to the Amended Complaint, lives in the twelfth congressional district. The Court notes that Dana Kellerman's name appears on the list of witnesses whose testimony was to be presented via deposition. Plaintiffs shall file a statement identifying where such testimony is located, or if it is not in the record, why not. If Plaintiffs believe they can remedy this omission by requesting to reopen the record, Plaintiffs shall state how and in what time frame they can provide this testimony.

With respect to the testimony from Plaintiff Turnage, Plaintiffs shall also identify by page and line number where she testified she sustained "injury in fact."

Plaintiff shall file their statement by <u>Wednesday, December 13, 2017 by 4:00 pm.</u>

Defendant shall file their reply by<u> Friday December 15, 2017 by noon.</u>

                                                    **BY THE COURT:**

                                                    <u>**/s/ Michael M. Baylson**</u>
                                                    **MICHAEL M. BAYLSON**
                                                    **United States District Court Judge**