IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Louis Agre, William Ewing, Floyd Montgomery, Joy Montgomery, and Rayman Solomon,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>Thomas W. Wolf, Governor of Pennsylvania, Pedro Cortes, Secretary of State of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities,<br><br>　　　Defendants.<br><br>　　　　　and<br><br>Michael Turzai, Speaker of the Pennsylvania House, and Joseph Scarnati, President Pro Tem of the Pennsylvania Senate, in their Official capacities<br><br>　　　Defendant-Intervenors | Civil Action No. 17-4392 |

**(proposed) ORDER**

And now, this ___ day of _____, 2017, in consideration of Plaintiffs' Statement in Response to the Court's Order of December 12, 2017 Regarding Dana Kellerman, the record in this matter is hereby reopened so that Plaintiffs may add the cross-designated transcript of the deposition testimony of Dana Kellerman as Exhibit P-55 to their case in chief.

AND IT IS SO ORDERED.

_____

Baylson, J.