IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS AGRE, *et al.* <br><br> v. <br><br> THOMAS W. WOLF, Governor of Pennsylvania, **ROBERT TORRES**[1], Acting Secretary of State of Pennsylvania, **JONATHAN MARKS**, Commissioner of the Bureau of Elections – in their official capacities. | CIVIL ACTION <br><br> NO. 17-4392 <br><br> FILED <br> DEC 15 2017 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk |

## ORDER

**BEFORE:** Smith, Chief Circuit Judge; Shwartz, Circuit Judge; Baylson, District Judge:

And now, this 15th day of December, 2017, in consideration of Plaintiffs Statement in Response to the Court's Order of December 12, 2017 Regarding Dana Kellerman, the record in this matter is hereby reopened so that Plaintiffs may add the cross designated transcript of the deposition testimony of Dana Kellerman as Exhibit P-55 to their case in chief.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge