IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS AGRE,** *et al.*<br><br>v.<br><br>**THOMAS W. WOLF**, Governor of the Commonwealth of Pennsylvania, **JONATHAN MARKS**, Commissioner of the Pennsylvania Bureau of Commissions, Elections and Legislation, **ROBERT TORRES**, Acting Secretary of the Commonwealth of Pennsylvania, **JOSEPH B. SCARNATI, III**, President Pro Tempore of the Pennsylvania Senate, and **MICHAEL C. TURZAI**, Speaker of the Pennsylvania House of Representatives, in their official capacities. | **CIVIL ACTION**<br><br>**NO. 17-4392** |

## JUDGMENT

**BEFORE:** Smith, Chief Circuit Judge; Shwartz, Circuit Judge; Baylson, District Judge:

**AND NOW** this 10th day of January, 2018, based on the opinions of Chief Circuit Judge Smith and Circuit Judge Shwartz, filed today, it is **ORDERED**

That **FINAL JUDGMENT** is entered in favor of all Defendants and against Plaintiffs.

Judge Baylson has filed a dissenting opinion.

BY THE COURT:

*D. Brooks Smith*

D. Brooks Smith
Chief United States Circuit Judge

O:\CIVIL 17\17-4392 Agre v Wolf\17cv4392 Judgment.docx