IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Louis Agre, William Ewing, Floyd Montgomery, Joy Montgomery, and Rayman Solomon, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Thomas W. Wolf, Governor of Pennsylvania, Pedro Cortes, Secretary of State of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities,<br><br>Defendants.<br><br>and<br><br>Michael Turzai, Speaker of the Pennsylvania House, and Joseph Scarnati, President Pro Tem of the Pennsylvania Senate, in their Official capacities<br><br>Intervenor-Defendants | Civil Action No. 17-4392 |

## NOTICE OF APPEAL

Plaintiffs Louis Agre, William Ewing, Floyd Montgomery, Joy Montgomery, Rayman Solomon, John Gallagher, Ani Diakatos, Joseph Zebrowitz, Shawndra Holmberg, Cindy Harmon, Heather Turnage, Leigh Ann Congdon, Reagan Hauer, Jason Magidson, Joe Landis, James Davis, Ed Gragert, Ginny Mazzei, Dana Kellerman, Brian Burychka, Marina Kats, Douglas Graham, Jean Shenk, Kristin Polston, Tara Stephenson, and Barbara Shah, through their undersigned counsel, hereby give notice of their appeal to the Supreme Court of the United States from the final judgment entered against the plaintiffs and in favor of all defendants in the captioned matter on January 10, 2018 (ECF Document No. 210).

This appeal is taken under 28 U.S.C. §1253.

Respectfully submitted this 18th day of January, 2018,

Alice W. Ballard, Esquire
LAW OFFICE OF ALICE W. BALLARD, P.C.
123 S. Broad Street, Suite 2135
Philadelphia, PA 19109
215-893-9708
Fax: 215-893-9997
Email: awballard@awballard.com
http://awballard.com/
One of Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served the attached Notice of Appeal via the court electronic filing system on all Counsel of Record.

                                                  /s/
                                      ALICE W. BALLARD, ESQUIRE
                                      Counsel for Plaintiffs

Dated: _____1/18/2018_____

1