UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS AGRE, WILLIAM EWING, FLOYD MONTGOMERY, JOY MONTGOMERY and RAYMAN SOLOMON,<br><br>                    Plaintiffs,<br>            v.<br><br>THOMAS W. WOLF, Governor of Pennsylvania; PEDRO CORTES, Secretary of State of Pennsylvania; JONATHAN MARKS, Commissioner of the Bureau of Elections – in their official capacities,<br>                    Defendants. | CIVIL ACTION<br><br>No. 2:17-cv-4392-MMB |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Claudia De Palma of the law firm Hangley Aronchick Segal Pudlin & Schiller as counsel on behalf of defendants Thomas W. Wolf, Governor of Pennsylvania, Robert Torres, Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities, in the above-captioned matter.

                                              HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: April 26, 2018      By:     */s/ Claudia De Palma*
                                                 Claudia De Palma (PA ID. No. 320136)
                                                 One Logan Square, 27th Floor
                                                 Philadelphia, PA 19103
                                                 (215) 568-6200

                                                 *Attorney for Defendants Thomas W. Wolf, Governor of Pennsylvania, Robert Torres, Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2018, I caused the foregoing Withdrawal of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                                   */s/ Claudia De Palma*
                                                   Claudia De Palma