# Supreme Court of the United States

No. 17-1339

LOUIS AGRE, ET AL.,

Appellants

v.

THOMAS W. WOLF, GOVERNOR OF PENNSYLVANIA, ET AL.

ON APPEAL FROM the United States District Court for the Eastern District of Pennsylvania.

THIS CAUSE having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the appeal is dismissed as moot.

May 29, 2018



SCOTT S. HARRIS
Clerk of the Supreme Court of the United States